**REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.**
ATTORNEYS AT LAW
200 VANDERBILT MOTOR PARKWAY, SUITE C-17
HAUPPAUGE, NEW YORK 11788

| | | |
|---|---|---|
| **JAMES T. REYNOLDS** | | **OF COUNSEL:** |
| **PETER R. CARONIA, LLC.** | _____ | |
| **PAUL GIANELLI** | TEL: 631.231.1199 | **JOHN T. CATTERSON** |
| **ANTHONY M. LA PINTA** | FAX: 631.300.4380 | **CATHERINE E. MILLER** |
| ____ | www.rcgllaw.com | **CHRISTOPHER J. PURCELL** |
| | | |
| **MICHAEL E. FEHRINGER** | | |
| **BRENDAN M. AHERN** | | |

<u>**FILED ECF**</u>

March 8, 2016

The Honorable Denis R. Hurley
United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

  **Re:** <u>**USA v. Justin Kaliebe**</u>
    13 CR 72 (DRH)

Your Honor:

  I represent Mr. Kaliebe in the above matter. Kindly accept this request to adjourn the status conference presently scheduled for Thursday, March 10, 2016 at 10:30 a.m.

  As the parties explained to you at our last court appearance, we are attempting to reach a stipulation in lieu of conducting a <u>Fatico</u> hearing. However, I am still working on proposing a stipulation, as it has taken much longer than I expected.

  Kindly accept this request to adjourn this status conference to the first week in May. That date would give the parties amble time to hopefully resolve this issue. If a stipulation cannot be reached, we will be prepared to commence the hearing. Please note that I will be away on vacation the last week in April.

  AUSA John Durham does not oppose this application.

  Please contact my office if you are in need of anything

further to accommodate this request.

Respectfully submitted,

ANTHONY M. LA PINTA

cc: John Durham, Esq. (Via ECF)
    Michael Canty, Esq.(via ECF)