146

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,       :
                                 :   13-CR-72(DRH)
                                 :
                                 :
       -against-                 :
                                 :   United States Courthouse
                                 :   Central Islip, New York
                                 :
JUSTIN KALIEBE,                  :
                                 :
              Defendant.         :   Friday, July 1, 2016
                                 :   10:00 a.m.
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR FATICO HEARING
BEFORE THE HONORABLE DENIS R. HURLEY
UNITED STATES SENIOR DISTRICT COURT JUDGE

A P P E A R A N C E S :

For the Government:    ROBERT L. CAPERS, ESQ.
                       United States Attorney
                       BY: MICHAEL CANTY, ESQ.
                           SETH D. DuCHARME, ESQ.
                           Assistant United States Attorneys


For the Defendant:     BY: ANTHONY LaPINTA, **ESQ.**



Court Reporter:    FREDERICK GUERINO, CSR
                   Official Court Reporter
                   Telephone: (631) 712-6105
                   E-mail:  Frederickguerino@aol.com


Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

147

1                    (Judge Hurley enters the courtroom.)

2                    THE COURT:  Both sides ready to proceed?  Mr.

3   Canty?

4                    MR. CANTY:  Yes, your Honor.

5                    THE COURT:  Mr. La Pinta, you are as well.

6                    MR. La PINTA:  I am, your Honor.

7              Good morning.

8                    THE COURT:  Good morning.

9              Defense next witness.

10                   MR. La PINTA:  Yes.  Before I begin, I want to

11  give you a bit of a preview how I expect to go forward

12  today, and ask actually for your approval.

13             I have a fact witness I'm starting off with today

14  whose name is Bial, B-i-a-l, Hito, H-i-t-o.  Mr. Hito was a

15  member of the Bay Shore Mosque where Justin was attending

16  and where he met the undercover operative.  He's not going

17  to be a long witness, but I believe he has relevant

18  information by virtue of his observations that could benefit

19  the court in assessing the situation.

20             After Mr. Hito's short testimony, I plan on

21  playing for the court snippets of the operative's

22  surreptitious recordings.

23             Now, what we have done for the sake of expediency,

24  we haven't recorded for the court's presentation today the

25  entire conversations leading up to what I consider to be the

148

1    relevant portions of the recordings.  I have taken snippets.

2    I want the court to be abundantly clear and aware that

3    there's more dialogue that is involved, besides the snippets

4    I'm offering.  If I introduce the entire dialogue, we'll be

5    here for two days.  So what I would like to do is, if the

6    court would want to hear the dialogue, or if it is of

7    particular interest to you, then obviously we have all of

8    these recordings unedited or more elaborate context.

9            So I think this is the most relevant and efficient

10   way of doing it.

11           THE COURT:  Has this been discussed with the

12   Government?

13           MR. La PINTA:  I told them I'm offering certain

14   snippets of it.

15           THE COURT:  Right.

16           MR. La PINTA:  The snippets I'm offering are the

17   exact ones contained in my second submission to the court in

18   my reply sentencing memorandum.

19           THE COURT:  Is there any Rule of 106 problem?

20           MR. CANTY:  No, your Honor.  For purposes of this

21   hearing, we'll accept the representation of defense counsel.

22   These are part of the authentic recordings we provided to

23   them.  Certainly we have no reason that they wouldn't be.

24           In the event we feel there's an issue with respect

25   to completeness, we'll furnish the full recordings to the

149

1    court.

2         THE COURT:  All right.  That sounds like an

3    appropriate plan.

4         So after the snippets of the recordings, what

5    next?  We have Mr. Hito.  We have the snippets of the

6    recordings.

7         MR. La PINTA:  Doctor Bardey is here.  He's

8    outside.  We'll finish off with his expert testimony.

9         THE COURT:  All right.  Very good.

10        MR. La PINTA:  I hope to do that all before lunch,

11   with a hope and a prayer.

12        THE COURT:  Very good.  We'll start with Mr. Hito.

13        MR. La PINTA:  One last comment, with your

14   approval.

15        THE COURT:  Yes, sir?

16        MR. La PINTA:  I would like to, before playing the

17   snippets, I would like to explain to the court in one or two

18   sentences the relevance of the snippets and how it pertains

19   to the defense's position.  Is that okay?

20        THE COURT:  That certainly is.

21        MR. La PINTA:  And I'm referring to the exact

22   language that I had previously submit in my reply

23   memorandum.

24        THE COURT:  Yes, sir.

25        MR. La PINTA:  So the government is fully aware of

Hito - Direct/LaPinta

150

1    what I'm about to say to the court.  Thank you.

2         One moment.

3         (Pause)

4         THE COURT:  Good morning, sir.

5         THE WITNESS:  Good morning, your Honor.

6    B I L A L   H I T O,

7         called as a witness, having been first duly sworn,

8         testifies as follows:

9         THE COURT:  Very good.  Thank you, sir.  Please be

10   seated.

11        If you would state your first and last name and

12   spell each for the court reporter.

13        THE WITNESS:  Sure.  My first name is Bilal,

14   B-i-l-a-l.  My last name is Hito, H-i-t-o.

15        THE COURT:  Perfect.  Thank you, sir.

16        MR. La PINTA:  Thank you, your Honor.

17        THE COURT:  Mr. La Pinta.

18   DIRECT EXAMINATION

19   BY MR. La PINTA:

20   Q    Mr. Hito, before we begin with questions, I will ask

21   you to scoot up in your chair as close as you possibly can

22   to the microphone and speak into the microphone clearly,

23   loudly, and slowly.

24        Mr. Hito, how old are you?

25   A    Thirty years old.

151

1    Q    Where do you reside?

2    A    West Islip, New York.

3    Q    Are you employed?

4    A    Yes.

5    Q    What do you do for a living?

6    A    I'm a medical diagnosis technician, and also do real

7    estate on the side.

8    Q    Selling of real estate?

9    A    Buying and selling.

10   Q    You are not a medically trained professional, are you,

11   in terms of having a medical degree of sorts?

12   A    No.

13   Q    You have certain certifications that will allow you to

14   complete diagnostic testing?

15   A    Yes.

16   Q    All right.

17          In your job as a diagnostic technician, have you

18   had the occasion to work closely in the medical offices of

19   endocrinologists?

20   A    Yes, sir.

21   Q    How long have you been doing this?

22   A    About eight years now.

23   Q    Okay.

24          Would you please tell Judge Hurley what your

25   educational background is?

Hito - Direct/LaPinta

152

1    A    Sure.  So I have an Associate's in business

2    administration, and a Bachelor's in natural sciences.

3    Q    Where did you attend college?

4    A    Dowling College and my Associate's is from Suffolk

5    County Community College.

6    Q    Okay.

7         Mr. Hito, were you a member of the Masjid Darul

8    Quran Mosque located in Bay Shore, New York?

9    A    Yes.

10   Q    And were a member of that mosque in the years 2011

11   through 2013?

12   A    Yes.

13   Q    I presume, sir, then, that you are of Muslim faith?

14   A    Yes, I am.

15   Q    And did you have any official positions at the mosque?

16   A    I taught at the Sunday school, and that was for

17   children, you know, that went up to about grade school; and

18   I was also am a youth coordinator, youth programs, part of

19   the community that dealt with new commerce to the mosque.

20   Q    Regarding your duties as a Sunday school teacher, would

21   you teach religion to them?

22   A    Yes.

23   Q    And these are children of members of the mosque?

24   A    Correct.

25   Q    All right.

Hito - Direct/LaPinta

153

1        Would you explain to Judge Hurley what your role

2   was as the youth program coordinator?

3   A    Well, we would design and, you know, set up programs

4   for the youth members there, and in addition to people who

5   were coming in new to the community, you have welcoming

6   parties and activities.

7   Q    Is it fair to say that you were in charge of religious

8   programming and social activities for the younger members

9   there?

10  A    Yes.

11  Q    Okay.

12       And did you also have a position as a member of

13  the outreach committee?

14  A    Yes.

15  Q    And would you explain that role a little bit more

16  carefully, please?

17  A    So, you know, we would send out literature to people

18  who had requested it.  Sometimes schools reported trips,

19  come to the mosque and have presentations to that, and also

20  extended to people interested in the faith that wanted to

21  come in and wanted to learn more, embrace the faith, kind of

22  a stepping stone platform for them.

23  Q    As part of your duties as the outreach committee

24  member, did you often deal with individuals that were

25  desirous of becoming members of the mosque?

Hito - Direct/LaPinta

154

1    A    Yes.

2    Q    And did those members sometimes include individuals

3    that were willing to convert their existing religion to the

4    Muslim faith?

5    A    Yes, correct.

6    Q    Okay.

7              Back in 2011, to the best of your recollection,

8    how many members were part of this mosque?

9    A    It is not to put a number on it, but I would give a

10   rough estimate that the occupancy or capacity for Friday

11   prayers, which is the largest gathering for the week, was

12   maybe around 400, 500.  So, you know, then their family

13   members, some of the kids were in school because it's

14   Friday, and I would try to triple that number and say it is

15   anywhere from 1000 to 2000 people.  At that time it was the

16   largest mosque in Long Island.

17   Q    Okay.

18             Would it be fair to say that the members of the

19   mosque range from young children to adolescents to mid-age

20   adults to elderly folk?

21   A    Yes, all age ranges.  You heard babies crying and

22   people in wheelchairs with gray hair, elderly.

23   Q    So, in general terms, would you please describe what

24   the mosque did there?  What was the function of the mosque?

25   Was it purely for religious purposes, or was it more than

Hito - Direct/LaPinta

155

1   that?

2   A    More or less it is purely for religious purposes.  Not

3   to get too long-winded, most of the Muslim immigration

4   started in the mid-sixties, so people that set up the mosque

5   that is in existence today they are probably the immigrant

6   generation, and set up the mosque generally like in their

7   own country, which is prayers, prayers bidding fair well to

8   the deceased, loved ones, and marriage ceremonies.

9   Q    So would you agree it was predominantly for religious

10  purposes?

11  A    Yes.

12  Q    But there was also the social component to it as well?

13  A    People coming together to celebrate the holidays in

14  prayer.

15  Q    Mr. Hito, I will direct your attention to 2011.

16       Did you have an occasion to meet with a young man

17  named Justin Kaliebe?

18  A    Yes, I did.

19  Q    Would you explain to Judge Hurley the circumstances in

20  which you met Mr. Kaliebe?  Let me direct you.

21       Did there come a time that Mr. Kaliebe and other

22  young students expressed an interest in becoming affiliated

23  with your mosque?

24  A    Yes.

25  Q    Do you know how old Mr. Kaliebe was at that time?

Hito - Direct/LaPinta

156

1  A     Around 16.  I remember he was in high school, but kind

2  of the latter part.

3  Q     And could you explain to Judge Hurley the circumstances

4  in which you first met Mr. Kaliebe?

5  A     So we had a couple of conversations over the phone, and

6  he had some literature with a number on it, and he expressed

7  his desire to meet.  We met in person, that's the first

8  encounter.  I had picked him up, and when I saw him, I kind

9  of I didn't really know exactly -- at that point how old he

10 was.  So, you know, he got in the car and we just started

11 talking.  I was doing most of the talking.  He kind of

12 seemed nervous, shy, timid.  There were some things I

13 noticed socially awkward to a degree, kind of took a little

14 while for to be figured out.  So I did most of the talking,

15 and I did notice things were a little bit different, you

16 know, than from the others.

17 Q     Now, when you made your initial observations of Mr.

18 Kaliebe, in the your mind at the time did you associate the

19 way he looked and acted to other patients that you had seen

20 in the course of your duties in the medical field?

21 A     Yes, I did.  So I do tests on patients of all kinds,

22 and, you know, certain patients of hormonal imbalance, and

23 you can see on the chart and visually there were certain

24 signs that I saw of the body, in addition to just the

25 overall veneer interaction itself, social attraction.

Hito - Direct/LaPinta

157

1   Q     Once again this comparison you made, you kind of

2   thought it to yourself?

3   A     Yes, of course.

4   Q     That was based upon your experiences working in the

5   medical field, correct?

6   A     Yes.

7   Q     And you are not a doctor?

8   A     No, I'm not a physician.

9   Q     All right.

10         So, was the fact that Mr. Kaliebe -- the fact that

11   he was 16 years old at the time pose a concern to you?

12   A     Yes, it did.  I obviously was of age, and I realized

13   this was a minor, and I felt uncomfortable in the car.  It

14   wasn't at the mosque or public setting yet, so I wanted to

15   meet with one or both of his parents, kind of getting the

16   okay or consent that it could be okay that me or other

17   members might pick him up at the time.  He never drove, so

18   he relied on people to take him.

19   Q     When you spoke to Mr. Kaliebe on the phone, did he

20   explain to you his then existing family circumstances?

21   A     Yes.  I asked him a little bit about himself and kind

22   of just straight into that, and it seemed like there were a

23   lot of problems at home, and briefly explained the family

24   situation.  Spent some time here and there, and it was

25   something that really seemed upsetting.  I would come to

Hito - Direct/LaPinta

158

1  learn later on to what degree, but even in those initial

2  conversations, it seemed like there was some trouble.

3  Q    You said it was upsetting.  Were these observations

4  that you made by the manner that you spoke and afterward

5  visually when talking to him face-to-face?

6  A    Yes.

7  Q    Did there come a time when you met with Justin's father

8  Robert Kaliebe to inform him of your request to meet with

9  his son regarding potential membership at the mosque?

10 A    Yes.  I asked Justin to arrange something, and me and a

11 friend from the mosque we all went out to lunch.  Justin and

12 his father and me and my friend got to know each other, had

13 small talk, talked a little bit about what goes on, and it

14 was a nice encounter.  That kind of set the stage for him to

15 be able to get permission to attend.

16 Q    If you could, just raise the level of your voice

17 louder.

18 A    Sure.

19 Q    After meeting with Mr. Robert Kaliebe, did he give you

20 permission to speak with Justin regarding his desire to

21 become a member of the mosque?

22 A    Yes.

23 Q    Let me stop you there.

24 A    Sure.

25 Q    After gaining permission from Robert about Justin

1  Kaliebe, did you have a more elaborate face-to-face

2  encounter with Justin?

3  A    Yes.

4  Q    Explain to the court what your observations were of

5  Justin during that initial face-to-face meeting that you

6  had?

7  A    So there was a degree of social awkwardness.  I had to

8  lead and steer the conversation.  Eye contact was minimal.

9  You know, just certain things seemed a little bit off, and,

10  of course, I didn't want to ask someone about that, their

11  development or anything like that, just out of etiquette.

12  Q    Okay.

13        Did he seem nervous in your dealings in terms of

14  his body movement?

15  A    Yeah.  Like I said, the first I notice was the seat

16  belt situation, kind of limper hands, you know, the way he

17  moved, the way he walked, carried himself.

18  Q    When you spoke to him, did you find that he was

19  engaging?

20  A    Not that much, no.  He wasn't have engaging.

21  Q    So when you spoke with him and had discussion, were you

22  doing all of the talking or was he?

23  A    Yes, yes, in general me or anybody else.  He was more

24  of the bystander, you know.

25  Q    Okay.

Hito - Direct/LaPinta

160

1      When he spoke, did he speak with fluency in terms

2  of his elaborate discussion, or did he keep his answers

3  minimal?

4  A    It was minimal, you know.

5  Q    Did you come to learn upon meeting him face-to-face

6  more facts and circumstances regarding his family history?

7  A    Yes.

8  Q    And were you able to observe, in your discussion with

9  him, his the state of being, whether he was happy, sad, or

10 depressed?

11 A    Yes.  So initially he was very sad, depressed, and it

12 continued like that.  But, you know, as he got integrated

13 into the community, he started becoming, you know, popular

14 and welcomed, and you saw that he felt appreciative of that,

15 and that changed the way he acted.

16 Q    Okay.

17      If you can, Mr. Hito, can you be more specific in

18 terms of what you observed that led you to the opinion that

19 he became more happy?

20 A    I mean, he was known as the mosque's lap child.

21 Q    Lap child?

22 A    Yes.

23 Q    What do you mean by that?

24 A    He was like, you know, as if he was the grandchild of

25 every member there.  People liked him, and everybody knew

Hito - Direct/LaPinta

161

1   his name, and he would, you know, be attending every

2   program, come in early, stay late, interacting with anybody

3   and everybody.  And his demeanor, he was smiling.  He was

4   doing more talking.  So, you know, it seemed like a very

5   positive progression.

6   Q    Would it be fair to say, based upon your description of

7   these interactions, members of the mosque embraced Justin?

8   A    Absolutely, absolutely.

9   Q    And they would be members that vary from children to

10  adolescents to adults to elder folk?

11  A    Yes.

12          MR. La PINTA:  One moment, please.

13          (Pause)

14          MR. La PINTA:  Your Honor, I've discussed with the

15  government a situation that is necessary to explain to the

16  court.

17          Mr. Hito in his dealings with the mosque came to

18  observe Justin's interactions with whom we know now to be

19  the undercover operative.  And in a respectful way that

20  would not jeopardize the identity or integrity of this

21  investigation, we agreed at this juncture to refer to the

22  operative as UC-1.

23          THE COURT:  Use the plural of operative UC-1,

24  maybe UC-1, UC-2.

25          MR. La PINTA:  Right, so the court is aware, the

Hito - Direct/LaPinta

162

1   only operative that Justin dealt with face-to-face at the

2   mosque was UC-1.

3          THE COURT:  Oh, that's fine.

4          MR. La PINTA:  The second operative was introduced

5   to Justin by UC-1 who is UC-2, and those interactions were

6   strictly via e-mail and internet.

7          THE COURT:  All right.

8          MR. La PINTA:  Presumably UC-2 was located in

9   Yemen, presumably.  With your permission, we'll move

10  forward.

11         THE COURT:  With my permission.

12         MR. La PINTA:  We'll move forward, with that

13  understanding.

14         THE COURT:  Okay.

15  BY MR. La PINTA:

16  Q   Mr. Hito, in the course of your the experiences at the

17  mosque after you met Justin, did you have an occasion to

18  witness Justin's interactions with UC-1?

19  A   Yes.

20  Q   By the way, in a general way would you describe the age

21  of UC-1?

22  A   It was hard to tell, but mid to do late twenties.

23  Q   Okay.

24         Would you agree that he was of mid-eastern decent?

25  A   Yes.

Hito - Direct/LaPinta

163

1   Q    Okay.

2        What did you observe regarding Justin is dealings

3   with UC-1, tell the court what you saw?

4   A    What I noticed was that their interactions were removed

5   from the mosque.  It was generally in private.  They would

6   go out alone into the adjacent properties or across the

7   street or down the street or around the block.

8   Q    And would you say that you observed Justin and UC-1 on

9   numerous occasions?

10  A    Yes.

11  Q    Okay.

12       What role did you UC-1 have at the mosque?  What

13  did you see UC-1 do in general?

14  A    UC-1, he was a new comer himself, so Justin had been at

15  the mosque for a while before this individual came.  He was

16  actually not from our community.

17  Q    Was UC-1 from any particular geographical area?

18  A    From what I understood, he was from Brooklyn.

19  Q    Did he commute on a regular basis from Brooklyn to Bay

20  Shore on a regular basis to attend mosque activities?

21  A    Yes.

22  Q    As Justin was socializing more with other members of

23  the mosque and UC-1, did he ever speak about other friends

24  that he had in the past?

25  A    No, and it was kind of peculiar, because when he came

Hito - Direct/LaPinta

164

1    in, there was no mention of any old friends or anybody from

2    the past.  It was just this is my community now.  The past

3    was either nonexistent, there were either no friends, or had

4    been forgotten, I'm not sure.

5    Q    Okay.

6              Did you know, excuse me, a mosque member at that

7    time from 2011 to say 2013 by the name of Marcos Zea?

8    A    Yes, I did.

9    Q    M-a-r-c-o-s, Z-e-a?

10   A    Yes.

11   Q    How old was Marcos Zea during that time period?

12   A    I assumed that he was slightly younger than me, because

13   we attended the same college.

14   Q    So you knew him outside of the mosque?

15   A    I recognized him in the mosque and when I saw him in

16   college, but I never interacted with him in college.

17   Q    But you did interact with him at the mosque?

18   A    Yes.

19   Q    Would you say you spent a sufficient amount of time

20   with Marcos Zea to feel comfortable knowing the type of

21   person that he was?

22   A    Yes.

23   Q    Describe to Judge Hurley what you know about Marcos

24   Zea?

25   A    He was intimidating, and I think that he threw around

Hito - Direct/LaPinta

165

1    an air and weight of ultra conservatism to either impress or

2    attract people.

3    Q    Okay.

4         Would you compare, please, your knowledge and

5    understanding of the type of person you knew Justin to be

6    compared to the type of person that you knew Marcos Zea to

7    be?

8    A    Justin was a sweet, shy boy, and Marcos was arrogant

9    and brash and inflammatory.

10   Q    Mr. Hito, are you aware that Marcos Zea was

11   subsequently arrested by the federal authorities and charged

12   with various terrorism crimes?

13   A    Yes, I do.

14   Q    Would you agree that Marcos Zea was approximately ten

15   years older than Justin at that time or now, even around?

16   A    Yes, I mean, I knew he was a little bit younger than

17   me, so.

18   Q    It would be about eight to ten years?

19   A    Yes, something like that.

20   Q    Did UC-1 ever give lectures at the mosque?

21   A    There were little circles where guys would get together

22   and talk.  Some people would present certain topics.  And I

23   think he kind of pushed himself into a situation where he

24   had that platform and he wanted to present topics, and I

25   guess there was allowance for him to do so.  But he was

Hito - Direct/LaPinta

166

1  never given a position, but just within a little circle,

2  study circle, he would present topics.  That's how I knew

3  what he was doing.

4  Q    Did you ever see Justin socialize with UC-1 and Zea,

5  just the three of them?

6  A    It happened in private.  I remember I was helping out

7  with security for a prayer program and requested some guys

8  to -- I needed help for parking, and UC-1 would either take

9  one or the other, or perhaps both, into separate company,

10 you know.

11 Q    Did you come to observe, after Justin entered the

12 mosque, and after his the dealings with or introduction to

13 UC-1 and Marcos Zea, did you notice anything particular

14 about the subject matter and particular language that Justin

15 would use when speaking to you and other members of the

16 mosque?

17 A    Yes.  So I knew Justin from the get-go, and I

18 understood his own demeanor, and I noticed later on he would

19 kind of parrot things that weren't inherent in his own

20 vocabulary, kind of posing, so to speak.

21 Q    Sorry?

22 A    Kind of posing.

23 Q    Posing?

24 A    Mimicking the kind of lingo they would use to be part

25 and parcel.

Hito - Direct/LaPinta

167

1   Q    Could you give us an example in terms of explaining

2   what you mean by that?

3   A    One of the things I noticed, and I wasn't privy to this

4   after all was said and done, and I read in a newspaper about

5   the case, and I recall Justin saying something about, you

6   know, the Yemen operation and American puppets and so on,

7   and that just struck me as kind of copy and paste, not

8   something that was organically conjured by Justin in his own

9   thought.

10  Q    Of course this is your own opinion, and you never had

11  an opportunity to ask particular questions as to whether in

12  fact it is of a parroting nature or not, correct?

13  A    Right.

14  Q    Okay.

15          Let me direct your attention now to the fall of

16  2013.

17          Would you agree that it was approximately two

18  years or so after Justin was first introduced to the mosque?

19  A    Yes, around there.

20  Q    And regarding your observations of Justin in the fall

21  of 2013, how would you describe your observations of him?

22  What was his demeanor like then?

23  A    He was livelier, more jovial, happier, kind of more

24  interactive, I guess you would say.

25  Q    Did he appear to be depressed in any way?

Hito - Direct/LaPinta

168

1   A    I mean, my interaction at the mosque, of course I

2   didn't see as much of him, but from what I saw things got

3   progressively more social.  From day one to the last time I

4   saw him, it was pretty wide spectrum of where he was and

5   where he went socially.

6   Q    Would you categorize it as all positive developments

7   regarding his socialization with people in terms of what you

8   observed?

9   A    Apparently, yes, absolutely.

10  Q    In the course of the two-year period that you knew

11  Justin at the mosque, how would you describe his demeanor in

12  general?

13  A    Different.

14  Q    More particularly regarding his attitude, was he mean

15  spirited, violent, antagonistic, or was he nice, respectful

16  and peaceful, or a combination of both?

17  A    Very, very soft, gentle, and delicate.

18  Q    Did you ever hear him espouse views of violence to

19  people?

20  A    No.  All of his activities involved in the mosque were

21  very altruistic, charitable?

22  Q    By the way, did you know as part of his activities at

23  the mosque did he often volunteer at homeless shelters to

24  feed homeless people?

25  A    All of those types of activities would take place

Hito - Direct/LaPinta

169

1    there, absolutely.

2    Q    As a general function of the mosque, was there a

3    community service with what the members would do?

4    A    Yes, absolutely.

5    Q    Did you know Justin to voluntarily participate in those

6    community services tasks?

7    A    Yes.

8    Q    Mr. Hito, during your experience at the mosque -- and,

9    by the way, how long have you been affiliated with the

10   mosque?

11   A    The mosque sits on the same property as where the

12   mosque was when it was first constructed.  So since birth, I

13   would say my family has been attending.

14   Q    Did you ever know of any terrorism discussions or

15   plotting or anything that could be construed as advancing

16   illegal activities regarding terrorist organizations?

17   A    No.  Actually it had a reputation of being liberal

18   amongst more conservative communities.

19   Q    I believe you said it was the most populated mosque

20   attended, the mosque out on Long Island?

21   A    At that time.

22        MR. La PINTA:  One moment, please.

23        (Pause)

24        MR. La PINTA:  I have nothing further.  Thank you

25   you, Mr. Hito.

Hito - Cross/DuCharme

170

1           THE COURT:  Thank you, Mr. La Pinta.

2           Mr. DuCharme.

3           MR. DuCHARME:  Thank you, your Honor.

4   CROSS-EXAMINATION

5   BY MR. DuCHARME:

6   Q    Good morning, Mr. Hito.

7   A    Good morning.

8   Q    Just to clear something up in terms of your time frame.

9   On your direct I think you testified about some contact you

10  had with Mr. Kaliebe in the fall of 2013.

11          Do you recall that?

12  A    It could have been late summer.  The reason I'm saying

13  that is, I was remembering what he was wearing when I walked

14  into the mosque.  He was kind of sitting alone and wearing a

15  very thin white gown no bigger than a T-shirt.  That's what

16  I had remembered about my last interaction with him.

17  Q    Could it have been much earlier than that?

18  A    I don't know how much earlier it could be.  This is

19  just trying to say what I remember.  It could have been

20  earlier, could have been around that time.  I don't know the

21  precise time.  I mean, I didn't know that it was going to be

22  the last time that I saw him, so I didn't make a particular

23  mental image.  That's just what I remember that he was

24  wearing.  It couldn't have been very cold, that's why I'm

25  saying it.

1  Q    Do you remember approximately when you first Mr.

2  Kaliebe?

3  A    Yes, it was around age 16 or so.

4  Q    I'm sorry?

5  A    When he was about 16 or so.

6  Q    Do you remember roughly month and year?

7  A    Oh, no, I don't.  I remember he was in the latter part

8  of high school, but he had different school situation, so I

9  couldn't really use that to gauge his the age.

10  Q    You have some memory of at least some of the events of

11  his meeting you and joining the community at the mosque?

12  A    Sure.

13  Q    Do you have a similar recollection of when Marcos Zea

14  became involved in the community?

15  A    I don't know where to compare the two.  I think I

16  recall seeing Marcos prior.  I don't know by how much time.

17  Q    In any event, am I correct that both Mr. Kaliebe and

18  Mr. Zea became involved in the mosque community some period

19  of time before you saw UC-1?

20  A    Yes.

21  Q    Involved?

22  A    Yes.

23  Q    Was that in months, years, do you have any sense how

24  much before?

25  A    Not really.

Hito - Cross/DuCharme

172

1   Q    No sense of whether it could be months as opposed to

2   weeks or days or years?

3   A    No, he came as an attendee, and so there could have

4   been times that overlap, I wasn't there, he wasn't there, et

5   cetera.

6   Q    When you say "he," who are you referring to?

7   A    UC-1.

8   Q    UC-1, okay.

9        Now, in your duties and responsibilities at the

10  mosque, you provide some religious training, right?

11  A    Correct.

12  Q    And you provide guidance to members of the community in

13  your capacity?

14  A    Right, and to a limited extent, yes.  I mean, teaching

15  people how to make their prayers and things like that, in

16  that capacity, you know.

17  Q    I expected naturally under those circumstances

18  sometimes people come to you for advice?

19  A    Yes.

20  Q    Advice about interpreting religious obligations, for

21  example?

22  A    Yes.

23  Q    Or advice about how they could maybe put their thoughts

24  into action?  For example, if there's a religious notion,

25  for example, that you should do good work in the community,

1    you accept that obligation and go out there and try to put

2    that in your practice?

3    A    Sure.

4    Q    Ideally?

5    A    Sure.

6    Q    And do you know how many Muslims practice their faith

7    in the United States, do you have any sense at all?

8    A    Not that large of a number, you know, compared to --

9    there's really no way to gauge that, other than mosque

10   attendance.

11   Q    Would you agree with me that whatever number of people

12   in the United States practice that faith, the number that

13   ultimately get involved in any type of violent extremism is

14   extremely small?

15              MR. La PINTA:  Objection.

16              THE COURT:  Overruled.  I will hear it.

17   A    I never really looked at numbers or statistics.  I

18   mean, my duties just pertain to our community and the youth

19   in our community.  I can't really comment of what happens.

20   Q    Surely you are aware that some who try to draw a link

21   between the practicing of a certain faith and violent

22   extremism, you are aware of those propositions, aren't you?

23   A    Generally.

24   Q    And in your experience, certainly at the mosque, you

25   have not seen an -- you haven't seen a real relationship

Hito - Cross/DuCharme

174

1  between the practice of your faith and any violent extremist

2  behavior, I assume?

3  A    No.

4  Q    You practice peacefully, right?

5  A    Yes.

6  Q    And so do the other members of your community?

7  A    Yes.

8  Q    Surely you are sensitive to the fact that some people

9  have tried to draw a connection between certain aspects of

10 the faith and notions of a radicalization towards violence,

11 you are aware, I assume?

12 A    Can you repeat that.

13 Q    Sure.

14      You are aware that there are certain people who

15 try to draw a connection between Islam and radicalization?

16      THE COURT:  Sustained, sustained.  Not approved

17 line of inquiry, plus this witness has not indicated he has

18 a requisite experience that would be of help to the court.

19      MR. DuCHARME:  I will try to do it a different

20 way.  Hopefully you will see where I'm going?

21 BY MR. DuCHARME:

22 Q    Mr. Hito, if you had learned, back at the time that you

23 were the counseling Mr. Kaliebe, that he was pursuing an

24 interpretation of Islam that would make him feel compelled

25 to engage in fighting or violence, you would have faith in

Hito - Cross/DuCharme

175

1    that seriously, wouldn't you?

2            MR. La PINTA:  Objection.

3            THE COURT:  I'm got sure where it's going.  I will

4    take it subject to connection under 104(b).

5            MR. DuCHARME:  Thank you, your Honor.

6            THE COURT:  I don't want to spend too much time,

7    but go ahead.

8    A    We were always instructed in our mosque if there was

9    anything suspicious, report it to the authorities of the

10   mosque and the authorities of the law, you know, and that

11   was a very strict outline.  You see something, say

12   something.

13   Q    Okay.

14           In this instance you didn't see any indication

15   from Mr. Kaliebe that he was headed down a path towards

16   violence?

17   A    So my interaction with him, as I stated, was

18   preliminary.  I got to know him.  I got to see what he was

19   like.  My activities and duties at the mosque dwindled, and

20   I became less involved in the mosque.  So other members and

21   things kind of took over my duties, and I had lost touch not

22   merely just with Justin, but more so with the community at

23   large.

24   Q    Are you familiar with the concept of Jihad?

25           MR. La PINTA:  Objection, your Honor.

176

1          THE COURT:  I will take it subject to connection.

2    Overruled.

3    A    In what sense?

4    Q    Well, I guess in the context of the Islamic studies

5    that you were participating in at the mosque?

6    A    Never really came up.

7    Q    No discussion of the concept of Jihad?

8    A    No.

9    Q    What about Hidgra --

10         I'm showing you what has been Government's

11   Exhibit 104 and ask you to take a look at that.

12         Can you see there's a screen actually next to you,

13   Mr. Hito.  Can you see that okay?

14   A    Yes.

15   Q    Okay.

16         Do you recognize the individuals in that

17   photograph?

18   A    Yes.

19   Q    Okay.

20         Can you please just tell us who is in the

21   photograph?

22   A    It appears to be Marcos on the left and Justin on the

23   right.

24   Q    That's Marcos Zea, who you testified about earlier?

25   A    Yes.

Hito - Cross/DuCharme

177

1  Q    Do you have any idea when that picture was taken?

2  A    No.

3  Q    Okay.

4        Now, you said you observed some interactions

5  between UC-1 and Mr. Kaliebe.

6        Do you recall the approximate time frame you

7  observed those interactions?

8  A    Not in terms of year.  I just remember that it was

9  during -- there was a Ramadan where there was a heightened

10 number of people who come and need help with parking.  So it

11 was nighttime during Ramadan.  I'm not really sure what year

12 that was or what month it corresponded to.  The lunar

13 calendar shifts.

14 Q    Okay.

15       Do you recall approximately how many times you saw

16 Mr. Kaliebe and UC-1 together?

17 A    No, I don't know how many, maybe six times.

18       (Continued on the next page.)

19

20

21

22

23

24

25

178

BY MR. DUCHARME:

Q    How about Mr. Kaliebe and Mr. Zea?

A    I really can't count coming in and out of the mosque,
and there are five prayers of the day, different events.
Can't put a number on them.

Q    Did you participate or present for any conversations
between Mr. Kaliebe and UC-1?

A    No, as I said, anytime I would see that, it would be
private.

Q    And were there any conversations between Mr. Kaliebe
and Mr. Zea?

A    I saw them sitting together and talking.

Q    Is it fair to say you really didn't see what UC-1 and
Mr. Kaliebe were talking about during this time frame that
you testified about?

A    I wasn't made privy what they were talking about
because they were secluded.  The only thing I knew when he
would speak in a circle, he would present different
topics, but I really I can't say what they were speaking
about.

Q    And did you provide any guidance to Mr. Kaliebe that
you think is relevant to his decision-making process
through this period that led up to his arrest.  In other
words, did you have any conversations with him that you
think on reflection were relevant to his decision leading

179

1   up to his arrest?

2   A     I don't know what you mean.

3   Q     For example, I think you talked, you commented a

4   little bit about a quote you saw in the press about

5   something he said that was going on in Yemen?

6   A     Yes.

7   Q     Do you recall any conversations with Mr. Kaliebe, for

8   example, about what was going on in Yemen?

9   A     No.

10  Q     Did you have any conversations with Mr. Kaliebe about

11  his thoughts or intentions with respect to traveling in

12  Yemen?

13  A     No.

14  Q     Did you have any conversations with Mr. Kaliebe about

15  the roles of any foreign groups such as Ansar al-Sharia or

16  Al Qaeda during this time?

17  A     No.

18  Q     Did he ever give you any indication that he was

19  interested in those groups or their positions?

20  A     No.

21  Q     And you have some medical experience, I believe your

22  testimony was on direct, but you are not offering, just so

23  I'm trying to understand you, you are not offering any

24  medical diagnosis with respect to Mr. Kaliebe today, are

25  you?

180

1    A    I'm not a physician.

2              MR. DUCHARME:  Thank you very much, sir.  No

3    further questions, your Honor.

4              THE COURT:  Any redirect?

5              MR. LAPINTA:  No, thank you.

6              (Witness excused.)

7              MR. LAPINTA:  With the Court's permission and

8    patience, I'll try to get through these recordings.  I

9    don't know how well the acoustics will be.  I'm hopeful

10   that it is helpful to the Court and I apologize if it's

11   not.

12             THE COURT:  Yes, sir.

13             MR. LAPINTA:  Judge, this is how I plan to do

14   it.  This recording was made on May 2, 2012, it's in my

15   memorandum, page 5.  I'm offering this as far as the

16   relevance, as showing UC-1 is playing on Justin's obvious

17   need for friends and it goes to great length to develop a

18   close bond between them.

19             (Audio clip played.)

20             THE COURT:  There's no transcript, I assume, of

21   this?

22             MR. LAPINTA:  It's not too clear, is it?

23             THE COURT:  It's somewhat difficult to

24   understand.

25             MR. LAPINTA:  My concern, Judge, in all candor,

181

1    I want to make as clear as a record as I can.

2           THE COURT:  Yes.

3           MR. LAPINTA:  I have no problem articulating in

4    the record the date of the recording and what the exact

5    language of it is.  They have all these transcripts and

6    they can pose objections if I'm --

7           THE COURT:  There are transcripts?

8           MR. LAPINTA:  They have their own transcripts

9    and I've made my own.  What I would like to do is, and

10   there are may be --

11          THE COURT:  Is there any agreement as to

12   portions of the transcript?

13          MR. LAPINTA:  They haven't posed any objections

14   to my latest submission where I outlined all this, so I

15   presume they will not object.

16          THE COURT:  Well, the best evidence as far as

17   assisting the Court would be a transcript which I would

18   look at, even though that would not be the evidence per

19   se, but I would look at that in testifying to what I can

20   understand from the recording.  Without a transcript, I'm

21   not sure it would be that helpful to me.

22          MR. LAPINTA:  Okay.

23          THE COURT:  Now, I would be prepared if it met

24   with the approval of the government and yourself, to

25   listen to the transcript in chambers at the conclusion of

182

1     the hearing.  I don't prefer to do that but I would do

2     that, but let's go back to the idea.

3            Is there an agreed upon transcript, again, with

4     the understanding that it will not necessarily exactly

5     mirror what is said on the recording?

6            MR. LAPINTA:  Sure.

7            THE COURT:  And it would not be the evidence but

8     it may be of assistance for me as the trier of fact to

9     understand what is being said on these records.

10           MR. LAPINTA:  There is not an agreement,

11    however, I will endeavor to meet with the government, I'll

12    share with them my proposed transcript, they will share

13    with me their proposed transcript regarding their

14    recordings, and perhaps then we can print it out and have

15    a stipulation as to the accuracy of it, and we can then

16    use it as a court exhibit so if there is any further

17    review of these proceedings there is something that is

18    tangible and readable.

19           THE COURT:  That presupposes though that the

20    parties will agree as to what precisely was said during

21    these recorded conversations which you might be able to

22    agree on portions, and then on portions if there is no

23    agreement, we'd have to have an audibility hearing to be

24    made to the Court, in other words, sufficiently

25    intelligible, so I understand.

183

1           MR. LAPINTA:  All right.

2           THE COURT:  But just playing the recording will

3    not help at this point.

4           MR. LAPINTA:  That's fine.

5           So we'll scrap the idea of both parties playing

6    recordings today and we'll go forward with our testimony.

7           MR. CANTY:  Your Honor, with respect to the

8    government's recording, we have transcripts that are

9    attached to the recordings.  If counsel would like to

10   provide us with those transcripts for the recording that

11   he's interested in recording --

12          MR. LAPINTA:  I did --

13          THE COURT:  I can only listen to one person at a

14   time.

15          MR. CANTY:  I understand counsel is referring to

16   his written submissions to the Court as part of a

17   sentencing submission, but we've actually put a transcript

18   that runs simultaneous to the recording.  If there are

19   word-for-word transcripts with respect to, I believe, he

20   wants to play 20 different recordings, we're happy to look

21   at those and listen to them and compare.  And if a copy of

22   those are available, we'll provide them to the Court.

23          THE COURT:  I think what we should do at this

24   point, we'll defer on the recordings.  We can discuss it

25   later.

184

1        As I understand it there is a physician here

2   prepared to testify?

3        MR. CANTY:  Yes.

4        THE COURT:  Why don't we proceed with live

5   testimony and we'll proceed with the question how to best

6   resolve the question of the recordings and what was said

7   on the recordings.

8        MR. LAPINTA:  That would be true for both

9   parties' recordings, correct.

10       THE COURT:  To the extent you agree, the

11  government has transcripts they are prepared to offer.  To

12  the extent you agree with those transcripts, fine.  To the

13  extent there is any areas of disagreement, I'll be

14  prepared to listen to the recordings.  I'll be prepared to

15  indicate whether they are sufficiently audible so they are

16  intelligible to the trier of fact.

17       MR. LAPINTA:  I was given their videos and

18  transcripts yesterday.

19       THE COURT:  Yes.

20       MR. LAPINTA:  I want to make this clear for the

21  record.

22       THE COURT:  This is not by way of a criticism at

23  all.

24       MR. LAPINTA:  Not at all.  I'm not accepting it

25  as a criticism.  I want you to understand, they gave me

1    these documents regarding the transcript yesterday.  I

2    gave them my transcripts February 16, 2015.  I'll ask the

3    Court not to listen to any of these transcripts and

4    recordings today because I want to have an opportunity to

5    look at theirs just as well as they wish to look at mine.

6         MR. CANTY:  Your Honor, for example, the first

7    recording we have here is not even the first recording

8    mentioned in the submission.  For example --

9         THE COURT:  You say "we have here."  What are

10    you referring to?

11        MR. CANTY:  Defense counsel provided a

12    submission what he purports to be transcripts of

13    recordings.

14        THE COURT:  Yes.

15        MR. CANTY:  His first one today is May 2, 2012.

16    That's not the first one listed in his submission.  We're

17    asking for and we've provided recordings, and as they are

18    playing, the transcript, the words are appearing on the

19    video.  That runs simultaneous to the individuals that are

20    speaking.  We've listened to them.  We've provided them to

21    defense counsel.

22        I'm happy to review any transcripts he wants to

23    provide, a list of 20 different transcripts that

24    correspond to the recordings he wishes to play today.

25    That's not what we have in the submission.

186

1        We know the very first call is not in order.

2   Instead of jumping around, we're happy to listen to them.

3   We believe it is appropriate for us to play specific audio

4   and video recordings when we call our witness today,

5   hopefully before the end of the day.

6        We're not objecting to the Court listening to

7   these recordings, but it is clear to the government the

8   Court is having difficult understanding what is being

9   said, as the government is.  These recordings are just

10  being played in open court with nothing to follow along

11  with in an intelligent fashion, 20 different recordings in

12  a row.

13       We're not submitting what is kind of put

14  together piecemeal in the submission is inaccurate.  We

15  would like to see it in a organized fashion so we can make

16  that comparison.

17       MR. LAPINTA:  And likewise I would like to have

18  the opportunity to review their transcripts more in depth.

19  I think that is fair.

20       THE COURT:  At this point we'll have a written

21  transcript to lay a foundation and he will indicate where

22  he was and so forth.  He will be asked whether in fact the

23  transcript that is being proffered is an accurate

24  recitation of what transpired on a particular day.

25       If the foundation is laid he can so testify, and

187

1    presumably he will.  To the extent that the defense feels

2    any portions are inaccurate, they have a right to pursue

3    that on cross-examination.  They also have a right to

4    present an alternate transcript as to the disputed

5    portions of the conversation, but that is basically where

6    we are.

7            I don't know what the witness will be able to

8    say, that the transcript is accurate or not.  I don't

9    know.

10            MR. LAPINTA:  Well, I'll presume it is because

11   it's their --

12            THE COURT:  Well the participants to the

13   conversation or the participant as the case may be as far

14   as testimony is concerned, that is the predicate I need to

15   evaluate the transcript.  And as we've said, and this is

16   axiomatic, the transcript in and of itself is not

17   evidence.

18            What I hear as the trier of fact on the tape is

19   evidence, but I am permitted, assuming a proper foundation

20   has been laid, which the government seems to indicate they

21   can lay, to consider the transcript in trying to

22   understand the recorded conversation.  So I'll not

23   preclude them from calling a witness and endeavoring to

24   successfully or otherwise, to have the Court consider the

25   transcript as an aid.

188

1          So I think what we ought to do at this point,

2     and I'll hear you, Mr. LaPinta, fully on this, you know

3     that, I think what we ought to do is move ahead.  We have

4     a live witness and we should conduct that portion of the

5     hearing at this point.

6               MR. LAPINTA:  I agree.

7          The defense calls Dr. Alexander Bardey.

8               THE COURT:  Good morning, sir.  You will come up

9     right there.

10              If you can remain standing for a moment.  Raise

11    your right hand.

12    **A L E X A N D E R   B A R D E Y**,

13          called as a witness, having been first

14          duly sworn, was examined and testified

15          as follows:

16              THE COURT:  If you will be seated.

17              State your first and last name and spell your

18    last name for the court reporter.

19              THE WITNESS:  Alexander B-A-R-D-E-Y.

20              THE COURT:  Mr. LaPinta.

21              MR. LAPINTA:  Yes, your Honor.  I'll start.

22    I'll need, and perhaps it will be the perfect time to take

23    our morning break, I wasn't anticipating in the fashion I

24    did.  I need some time to organize my medical records and

25    that will correspond with our afternoon break.  I'll

189

1    probably go 15 or 20 minutes.

2              THE COURT:  We'll recess until 11:30 and then

3    we'll proceed with the direct examination.

4              MR. LAPINTA:  Thank you for your patience, your

5    Honor.  Thank you.

6              THE COURT:  Thank you, sir.

7              You may step down, and we'll see you on the

8    stand in 20 minutes.

9              THE WITNESS:  Very well.  Thank you.

10             MR. LAPINTA:  Thank you once again, your Honor.

11   I apologize for the logistical problems.

12             THE COURT:  No apologies necessary.  We'll

13   reassess this situation with respect to the transcripts

14   and so forth.  We'll go over the ground rules once the

15   doctor's testimony is concluded.

16   DIRECT-EXAMINATION

17   BY MR. LAPINTA:

18   Q    Dr. Bardey, what do you do for a living, sir?

19   A    I'm a forensic psychiatrist.

20   Q    By whom are you employed?

21   A    I work for myself.  I also have contract work with

22   the Nassau County Department of Mental Health, as well as

23   the Center for Court Innovation.

24   Q    We'll go through your various appointments in a

25   moment.

190

1          Explain your educational background to Judge

2    Hurley.

3    A    After graduating from Harvard with a Bachelor's In

4    Biology, I attended medical school in SUNY Stoney Brook.

5          After completing medical school I did a

6    four-year residency in psychiatry as NYU medical center,

7    and I finished that in 1992.

8    Q    What licenses and certifications do you have, sir?

9    A    I have a valid medical license in the state of New

10   York and I am board certified in general psychiatry and

11   board certified in forensic psychiatry.

12   Q    What are your professional appointments?

13   A    I have a faculty position at NYU School of Medicine

14   and a faculty appointment as the New York Medical College

15   up in Valhalla.

16   Q    Previous to those appointments, did you have others?

17   A    No.

18   Q    Were you once a senior psychiatric consultant for the

19   Brooklyn Mental Health Court?

20   A    Those are more employment positions rather than

21   faculty appointments, but yes, I had worked for the Mental

22   Health Court in Brooklyn and I just began to do

23   consultations with them again.

24          I also worked, after I finished my residency at

25   NYU, I remained at Bellevue which is one of the teaching

1    hospitals at NYU, initially in the psychiatric emergency

2    room, then on the consultation liaison service which is a

3    joint medical and psychiatric service where I provided

4    psychiatric consultations to medical patients.

5           After that I took a position in the forensic

6    psychiatry service at Bellevue which is an inpatient

7    psychiatric unit jointly run by the hospital and the New

8    York City Department of Corrections where we treat and

9    evaluate individuals referred from the New York City jail

10   system for treatment and court ordered evaluations.  I

11   eventually became the deputy director of that service and

12   remained there for approximately nine years.

13          After that, I became the director of the

14   Kendra's law program in New York which is a civil

15   outpatient commitment program.  I did that for two years,

16   and then I became the director of mental health services

17   at Rikers Island where I remained also for about two

18   years.

19          Since 2003, I've been working mostly on my own

20   in my own private practice which is divided between a

21   private treatment practice and a private forensic

22   practice.

23   Q    Did you author any publications or participate in any

24   editorships?

25   A    Sure.  I published several articles specifically in

192

1  the area of telepsychiatry, informed consent,

2  dangerousness, malingering, malpractice.

3  Q    Have you testified as an expert witness in various

4  courts in New York State?

5  A    In New York State, sure.

6            I've been qualified as an expert in Supreme

7  Court in various counties in New York state.  Specifically

8  in Suffolk, in Nassau, in Queens, in Kings, Richmond, the

9  Bronx, Manhattan, Ulster, Greene.

10            I've been qualified as an expert in courts in

11  Massachusetts, Pennsylvania, Connecticut.  I've also been

12  qualified as an expert in both Eastern and Southern

13  Districts in federal court.

14            MR. LAPINTA:  Okay.

15            Your Honor, based upon Dr. Bardey's education,

16  work experience, training, etcetera, I move now to qualify

17  him as an expert in the field of forensic psychiatry.

18            MR. CANTY:  No objection, Judge.

19            THE COURT:  All right.  He is so qualified.

20            THE WITNESS:  Thank you.

21  Q    Dr. Bardey, in the course of your employment as a

22  forensic psychiatrist, have you been hired by both the

23  defense and prosecution regarding your evaluation of

24  defendants in criminal cases?

25  A    Yes, I have.

Bardey - Direct/LaPinta

193

1    Q    And if you could for the Court, is there a way of

2    explaining what proportion of hires do you have regarding

3    defense versus prosecution?

4    A    In my estimation, I probably do probably 60 to

5    70 percent defense work, and the balance would be work for

6    the prosecution.

7    Q    And they would be various prosecutors' offices in

8    this region; is that correct?

9    A    Yes, U.S. Attorney's Office, Attorney General's

10   Office, all around the New York area.

11   Q    And in 2013, Dr. Bardey, were you employed to conduct

12   a comprehensive psychiatric examination of Mr. Justin

13   Kaliebe?

14   A    I was, yes.

15   Q    And isn't it true that I had asked you and hired you

16   to do so?

17   A    You did.

18   Q    Okay.  And you are being paid for your services here

19   today?

20   A    Yes.

21   Q    In fact, the United States Government is paying for

22   your hourly rate; is that right?

23   A    Correct.

24   Q    That's upon application by myself to the Court,

25   correct?

194

1    A    It was.

2    Q    Would you explain what sources of information from an

3    introductory point of view, did you look to to begin your

4    evaluation of Mr. Kaliebe?

5    A    In Mr. Kaliebe's case, which was no different than

6    any other forensic evaluation that I do, I tried to obtain

7    as much relevant collateral information as I could, and in

8    this particular case, it took the form of, I believe,

9    something like 23 different sources of information.  Some

10   of them were legal documents, descriptions of the offense,

11   or other legal papers.

12            A number of them were medical records dating

13   back to when Mr. Kaliebe was six years old and at

14   different intervals since then.  I also reviewed school

15   records that spanned the years that Mr. Kaliebe was in

16   school from elementary school through high school and

17   BOCES.

18            I also reviewed a number of letters or

19   consultations written by different physicians over time.

20            I also conducted a collateral interview of both

21   his mother and sister.

22   Q    Okay.  And as far as defining a goal that is relative

23   to your hire, what were your goals?

24   A    My goal was to perform a comprehensive evaluation so

25   as to assist the Court in getting a clearer understanding

Bardey - Direct/LaPinta

195

1    of his mental state at the time of the offense, and of any

2    psychological or psychiatric factors that may be relevant

3    for sentencing purposes.

4    Q    Regarding the medical records that you've explained,

5    were you provided with all of those records?

6    A    I was.

7    Q    And regarding the meetings that you had with various

8    people, you scheduled them yourself?

9    A    I did.

10   Q    Regarding your interviews with Mr. Kaliebe, you met

11   with him at various correctional facilities where he's

12   housed, correct?

13   A    Correct.

14   Q    For the sake of expediency, yesterday there were two

15   family witnesses, Mr. Kaliebe's mother, Deborah Livoti and

16   his sister, Ms. Kaliebe.

17           For the sake of expediency regarding facts that

18   were presented to the Court, I'll list to you relevant

19   facts that were explained in court yesterday and then ask

20   you whether those facts are consistent with what you

21   learned or whether there are other facts you feel are

22   relevant and important.  Okay?

23   A    Okay.

24   Q    Yesterday, there was testimony that Justin was born

25   with various physical ailments, including a clavicle

196

1    dislocation, undescended testicles, a micropenis.  He had

2    developmental delays as an infant regarding crawling,

3    walking, talking.

4          He had bad eye contact as an infant, as a

5    toddler and as an adolescent.  There has been testimony

6    that he continues to have bad eye contact as an adult.  He

7    has a history of staring at the ceiling.  He has severe

8    vision problems that require corrective lenses in the form

9    of glasses.

10         He has had muscle deformity at birth continuing

11   throughout his life.  He has exhibited clear signs of

12   uncoordination and problems with his motor skills.

13         He had a defined apparent speech impediment that

14   some have described as garbled, which required therapeutic

15   intervention at the age of five years old.  He was

16   diagnosed as having a reverse tongue thrust.

17         He skipped entry into kindergarten because he

18   was not ready for that program.  He was left back in the

19   second grade.

20         He was given an individualized education program

21   upon his entry into the public school system.

22         He walked with an abnormal gait.  He didn't

23   associate well with other children.

24         He's been described in testimony here as "the

25   weird kid."

1    He spent most of his time outside of school

2  alone in his bedroom, not associating with anyone.

3    He had few friends.  He suffered from bad

4  hygiene.

5    He had bladder and urine control problems up to

6  the age of 16.  He had stooling issues regarding the

7  control of his bowel movements.

8    At age 13 or 14 he was diagnosed with Kallmann

9  syndrome.  That's a syndrome that is explained as the

10  human body's inability to engage in puberty and the

11  delivery of the hormone testosterone to the body.

12    He was diagnosed as having a learning disability

13  by the director of Good Samaritan Pediatric Neurological

14  Bureau.

15    He was diagnosed, in the opinion of his treating

16  pediatrician, as having being on the autism spectrum and

17  having Asperger's syndrome.

18    There's also testimony regarding family

19  circumstances that were discussed at length here,

20  including that his parents divorced at the age of six,

21  that his father was verbally abusive and at times

22  exhibited violent behavior when he was a child, that his

23  grandmother was not accepting of him, and in the opinion

24  of lay witnesses, she suffers from mental illness.

25    The father, Mr. Robert Kaliebe, rarely appeared

1   for his scheduled visitation --

2         MR. CANTY:  Judge, I don't know if there is a

3   question in the future, but is the purpose of this to

4   inform the Court what this doctor reviewed because a lot

5   of this material was reviewed by the doctor, we certainly

6   would agree to that, but he wasn't here for the testimony.

7         I don't know what the purpose of the listing of

8   the entire testimony yesterday will establish.  I --

9         MR. LAPINTA:  I'm doing this for expediency

10  purposes.  I can take two hours and get this from him in a

11  testimonial.  There is prior evidence of this on the

12  record, and I thought this would be an expeditious way to

13  expedite the time.

14        THE COURT:  Didn't the doctor submit a record?

15        MR. LAPINTA:  He has.

16        THE COURT:  In that report, did he indicate the

17  materials that he has reviewed in framing his opinion?

18        MR. LAPINTA:  He has.

19        THE COURT:  Is there any way to short-circuit

20  the process by having him verify now that he's under oath,

21  these are the materials that he reviewed?

22        MR. LAPINTA:  I'm happy to do that.

23        My goal is to make a record under the official

24  transcript here.  I have no opposition to having his

25  report marked as a court exhibit.  If you want to do that

199

1    and we can go forward with that --

2            MR. CANTY:  I have no objection at all.  My

3    concern is he's relying on testimony yesterday, but

4    certainly that was not in existence when he created his

5    report.

6            If you want to move his report in, we have no

7    objection so we know specifically what he has.

8            THE COURT:  Just because the issue has been

9    raised -- I'll withdraw that.

10           His report will be received into evidence.  If

11   you want to underscore some portions of that as a

12   predicate to whatever you want to elicit from the doctor,

13   that is fine.

14           MR. LAPINTA:  Very well.

15           THE COURT:  Let's do that.  That would be the

16   next defendant's exhibit.  That would be Dr. Bardey's

17   report.  And the date of that report is?

18           MR. LAPINTA:  The date of the original report is

19   March 25, 2014.  There was also an addendum to that report

20   that was completed on December 29, 2014.  Both reports

21   were attached to my various sentencing submissions to the

22   Court and given.

23           THE COURT:  And what is the next Defendant's

24   Exhibit?  I?

25           So I-A will be the first report and the

200

1    supplement to that report will be I-B.  And they are

2    received into evidence on consent.

3            (Whereupon, Defendant's Exhibit I-A and I-B,

4    received in evidence.)

5            MR. LAPINTA:  Thank you very much.

6            THE COURT:  Yes, sir.

7    Q    So, doctor, regarding your report that you completed

8    with Mr. Kaliebe, isn't it true that you did a

9    comprehensive evaluation of all of his prior medical

10   treatment?

11   A    Yes.

12   Q    Okay.  And in addition, you did a detailed history of

13   various events that took place in his family and his

14   school, etcetera, correct?

15   A    Yes.  The report summarizes what -- the contents of

16   my examination which are consistent from one case to

17   another.

18            I reviewed the individual's entire life, going

19   over their developmental history, social history,

20   educational reports, history of relationships at work,

21   entanglement of the legal system, substance abuse.  I

22   tried to explore every area of the individual's life and

23   then to focus on the moment of time that encompasses the

24   offense conduct.  Then I take all of that information and

25   transposed it into a report.

201

1   Q    Would you please explain to the Court regarding

2   Mr. Kaliebe's past medical history, the most relevant and

3   important aspects of his prior treatment and diagnosis

4   that was most relevant to you?

5   A    Sure.  There were several.

6        Obviously from the day he was born, as you

7   mentioned earlier, he manifested a number of medical

8   problems of developmental delays, of learning problems.

9   As he got older, these problems evolved and ended up

10  causing more significant medical issues, including the

11  delay of puberty which led to various medical workups that

12  determined there were problems with his brain that was

13  causing his body not to produce testosterone and, thus,

14  potentially causing him to be infertile, with some

15  significant absence of sexual characteristics:  The growth

16  of his penis, body hair, muscle tone, musculature in

17  general, physical strength and bone strength, all the

18  while suffering as well from a chaotic household which

19  then contributed to the development of a depressive

20  disorder which led to his being treated by psychologists

21  and psychiatrists and being prescribed antidepressant

22  medications as an adolescent.

23       Throughout all of this the medical record is

24  peppered with various comments that ultimately as he grew

25  older sort of gelled together to define an additional

202

1  syndrome from which he suffered which is the Asperger's

2  disorder which is an autism spectrum disorder.  So, by the

3  time I evaluated him, it was clear that he was manifesting

4  really three different and separate conditions which all

5  interacted.  One was this medical condition, the

6  Kallmann's syndrome.  One was the psychosocial trauma and

7  difficulty and chaos that caused the depression, and the

8  third was this developmental disorder taking the form of

9  Asperger's.

10 Q    Okay.  And in consideration in his various diagnoses

11 and treatment, was there a component of your investigation

12 that revealed that Justin Kaliebe as a child and

13 adolescent and a teenager had severe socialization issues?

14 A    Sure.  The medical records, as well as Mr. Kaliebe's

15 mother and sister and Mr. Kaliebe himself, all

16 consistently described having problems with social

17 communication and social relations which are one of the

18 two hallmark manifestations of Asperger's.  Individuals

19 with Asperger's have a difficult time communicating with

20 other people, both in expressing what they want to say and

21 understanding.  They have a difficulty reading people's

22 emotional states.  They have a difficulty changing from

23 one set to another, in addition to having a very

24 restricted number of interests that they get intensely

25 involved with.

203

1    It's this combination of social impairment and

2  limited interest that define the disorder, in addition to

3  a number of associated features such as bizarre speech,

4  incoordination, gait problems.  Those are the main

5  associated features.

6  Q    Okay.  And once again regarding the facts and

7  treatment and diagnosis you have just explained, you feel

8  that they were all relevant factors in you coming and

9  reaching to the conclusions that you did here, correct?

10 A    Yes, they were very significant building blocks on

11 which Mr. Kaliebe's mental state really rested from the

12 age of 16 and 17 on through his arrest.

13 Q    So that we're clear, the real prime area target of

14 his actions evaluating his mental state was his conduct

15 regarding the offense charged, correct?

16 A    Correct.  It was to create for me and the Court an

17 understanding of what his mental state was at that moment

18 in time.

19 Q    All right.

20     So regarding his history and what has been

21 reported to other healthcare providers in their

22 conclusions, would you agree that Mr. Kaliebe had a vast

23 number of different physical and psychological ailments

24 that were present during the time period where this

25 offensive conduct took place?

204

1    A    Absolutely.  Also I said before, he has this

2    congenital medical problem, the Kallmann's syndrome, which

3    creates some physical as well as psychological issues.

4         He had this chaotic and traumatic childhood

5    which contributed to his depression and need for

6    antidepressant medication, and then he evolved the

7    manifest symptoms of his developmental disorder,

8    Asperger's, and the three really came together as I said

9    around the age of 15 or 16.

10   Q    I believe you described when explaining Asperger's,

11   you explaining that the hallmark of an Asperger's

12   individual is certain fixations or obsessions to subject

13   matter?

14   A    Absolutely.  Individuals with Asperger's have a

15   normal intelligence, but uniquely and singularly they get

16   interested in usually fairly technical fields, whether it

17   is electronics, subways, locomotives or history, and

18   Mr. Kaliebe has just that kind of history.  According to

19   him and to his mother and the medical records, he's had at

20   different times a fascination with a specific subject

21   matter and dived into it with a kind of zeal and intensity

22   that is really not matched with individuals who don't have

23   this disorder.  They know absolutely everything about this

24   very narrow area of interest which alienates him from

25   everyone else.  They also want to talk about.  They are

205

1  not interested in spending time doing anything else but

2  that particular subject matter.

3  Q    Would you agree, based upon your evaluation and the

4  study of past records and conclusions by other medical

5  providers, that Mr. Kaliebe is of normal intelligence?

6  A    Yes.

7  Q    And more particularly, were you -- were you aware

8  that Mr. Kaliebe as a child and adolescent and teenager,

9  had in fact experienced obsessions with professional

10  wrestling, Harry Potter and dinosaurs?  Do you recall

11  that?

12  A    Yes, as well as I think the marines, post-World War

13  II history, and they did most recently at the time of his

14  arrest, the Islamic faith and everything to do with that.

15  Q    In the course of your interviewing of various people

16  relevant to this evaluation, in particular, Mr. Kaliebe

17  and his family members, did you ever have a suspicion that

18  they were not forthcoming or they were misleading you in

19  any way?

20  A    That is something I always consider.  In any forensic

21  evaluation, there is a potential for an individual to want

22  to advocate strongly what they believe should be the

23  outcome of a case, so one has to consider whether they are

24  exaggerating, faking or what we call malingering, for a

25  specific purpose, usually to evade prosecution or to

206

1  minimize ones culpability and responsibility for a crime.

2  It's something I always consider.

3          The way you test for it, the way you can make

4  sure that that is not the case, is by looking at various

5  sources of information and see if there is consistency.

6  In this case, there was a great deal of consistency

7  between what Mr. Kaliebe reported, what his family

8  reported, and what was in medical records that predated

9  his arrest.  So that to me rose my index that this was

10 credible information that I was obtaining from all of

11 these parties.

12 Q    Regarding the opinions from healthcare providers, is

13 it relevant to you that Mr. Kaliebe was involved in an

14 individual education program when attending public school?

15 A    Sure.  It gives you a sense of the level of

16 impairment that his problems caused him, because a

17 diagnosis is really only relevant if it causes a

18 functional impairment.  In a child going to school and to

19 do well, would be one such measure.  The fact that he

20 needed to be placed in Special Ed because of learning

21 problems, is an indication how severe his problems were at

22 the time.

23 Q    Would his individualized education programs be

24 consistent with others that have suffered Asperger's

25 syndrome?

207

1   A    Sure.  Not every Asperger's kid is the same.  Some

2   might be able to go through school without such a problem,

3   and in Mr. Kaliebe's case, which I think it is kind of at

4   the center a little more complicated than other cases, he

5   has multiple problems.

6           If an individual only has one issue, Kallmann's

7   syndrome, depression, or Asperger's, then it is a much

8   easier path to look at, but when you are dealing with

9   multiple problems at the same time, it becomes harder to

10  pinpoint exactly what is going on.

11          There are multiple things at the same time in an

12  individual who is developing.  Keep in mind, throughout

13  that period of time, from 6 to 17 to 18, some would argue

14  up to the age of 25, the individual is evolving, brain is

15  developing, and therefore they are changing.  So you have

16  a moving target that has multiple problems.  It becomes

17  harder to pinpoint a specific diagnosis.

18          (Continued.)

19

20

21

22

23

24

25

Bardey - Direct/La Pinta

208

1  BY MR. LA PINTA (Cont'd):

2  Q.    In the course of your evaluation of all of

3  Justin Kaliebe's medical treatment, was there ever, prior

4  to your evaluation, comprehensive evaluation, was there

5  ever a prior comprehensive evaluation, similar to the one

6  you conducted here?

7  A.    No.

8  Q.    Is that relevant to you regarding certain findings

9  that may or may not have existed in those records?

10  A.    Well, sure.

11        I mean, most other clinical evaluations, and,

12  quite frankly, when I do a clinical evaluation, in other

13  words, if someone comes to my office complaining of

14  anxiety or depression, I will do an evaluation, I will

15  come to a diagnostic conclusion.

16        But I'm not going to do the kind of record

17  review that I would do in a forensic case because in a

18  clinical evaluation you believe what the people tell you,

19  your patient or their family, and you base your decision

20  on what you are seeing.  You don't do this kind of

21  in-depth review of all of the medical records, of all of

22  the school records, of interviewing various different

23  sources.

24        So it's rare to have this kind of large amount

25  of information.  So it's not rare for a forensic

**Bardey - Direct/La Pinta**

209

1   evaluation to be the first time that such a comprehensive

2   look is taken of an individual.

3   Q.   Would it be fair to say in review of all the medical

4   records that you conducted here, that only maybe one or

5   two treating physicians diagnosed Mr. Kaliebe with

6   Asperger Syndrome, is that fair to say?

7   A.   It's fair to say.

8   Q.   Would that be in part caused by the fact that there

9   was not as comprehensive an evaluation as you have

10  performed here?

11  A.   I think so.

12           I also think that up until the age of 16 and 17

13  he was manifesting a lot of medical issues which tend to

14  take front stage compared to more psychological or

15  developmental issues.

16           So the fact that he was having issues with his

17  testosterone level, that he needed procedures for

18  different things, he needed MRIs and blood tests, I think

19  that took center stage.

20           And it's only once those issues got resolved

21  that some of these other developmental and behavioral

22  problems became the focus of treatment and attention.

23  Q.   I'd like to direct your attention, Dr. Bardey, to the

24  segment of your evaluation when you met with Mr. Kaliebe.

25           Would you explain the manner in which you

210

1    approached that evaluation in person with him?

2    A.    Sure.

3          My evaluation of Mr. Kaliebe was consistent with

4    the way I would do any forensic evaluation in that after

5    appropriate introductions and explaining to him that I was

6    not going to treat him and that there was a good chance

7    that a report would be generated, I then reviewed his life

8    from birth until the present, going over his developmental

9    history, his educational here, his work history,

10   relationship history, psychiatric history, substance abuse

11   history, history of entanglements with the law, and then

12   focus on the instant offense and his account of that

13   behavior.

14   Q.    And procedurally, you have this one-on-one meeting

15   and evaluation after you have obtained and reviewed all

16   prior medical records.

17         Correct?

18   A.    Correct.

19   Q.    And that's done on purpose to see whether there is

20   consistency with the records compared to what your subject

21   matter is saying.

22         Correct?

23   A.    Sure.

24   Q.    Now, did you make any initial observations of

25   Mr. Kaliebe when you first met with him that's relevant

Bardey - Direct/La Pinta

211

1    for Judge Hurley's determination in this case?

2    A.    Yes.

3    Q.    Please explain them.

4    A.    Well, after my review of this information that I

5    discussed and my direct examination of Mr. Kaliebe, I came

6    to the conclusion that at the time of the offense that he

7    was suffering from various medical and psychiatric

8    disorders.

9    Q.    Would you explain how you found him in terms of his

10   demeanor.

11   A.    Sure.

12         Mr. Kaliebe presented as -- he wasn't

13   particularly well groomed, he didn't make very good eye

14   contact.  He was poorly related interpersonally, meaning

15   that there wasn't that usual back and forth reciprocity

16   and connection that you would have with someone who's not

17   afflicted with some kind of condition.

18         There was no issues with the quality of his

19   thinking.  There was no issues with his intelligence.  He

20   was alert.  He was oriented.  There was no evidence that

21   he was having any kind of psychotic symptoms or manic

22   symptoms.

23         His speech was sometimes a little stilted, and

24   he seemed intent sometimes on staying on a certain topic,

25   having a harder time moving around from one subject to

Bardey - Direct/La Pinta

212

1    another.

2         That was really the sum of the -- his

3    presentation.

4    Q.   Were you aware whether Mr. Kaliebe had ever been

5    previously arrested before these charges?

6    A.   Having reviewed his arrest record, there was no

7    indication that he had ever been arrested before.

8    Q.   Would you comment on how you found him to be

9    personality wise in terms of his demeanor in general to

10   people, or you, I should say?

11   A.   Yeah.

12        I mean, as I said, he didn't make very good eye

13   contact, he wasn't very well related.  He wasn't picking

14   up on the usual cues that someone would during a normal

15   conversation.

16        He felt a little bit distant in the sense of

17   being disconnected.

18   Q.   Was he friendly at the same time?

19   A.   Oh, sure.

20        He wasn't antagonistic or hostile or paranoid or

21   guarded or angry.  He was forthcoming and polite and

22   interacted as best he could.

23   Q.   Would you say he was more passive or more aggressive

24   in how he presented himself and described his history?

25   A.   I would describe him as more passive.

213

1   Q.   In speaking to him about various subject matters, did

2   you focus in at all as to whether Mr. Kaliebe was a

3   thoughtful, compassionate person at all?

4   A.   Well, he gave examples in his life of having been

5   compassionate, and rather than compassionate, I would seem

6   more that he had a sense of justice and injustice.

7          He felt, you know -- he had given examples of

8   being parts of various youth programs related to the

9   police, where he -- programs that he quit because he felt

10  things were not being done fairly and felt that injustices

11  had been done.

12         I also believe at some point he stood up to

13  various bullies that were bothering some other

14  schoolmates.  There were examples in his history where he

15  had felt strongly about various injustice and done

16  something about it.

17  Q.   I believe you had previously explained that his lack

18  of socialization was a very relevant factor in your

19  evaluation.

20         Is that right?

21  A.   Yes.

22  Q.   Do you know of any particular events that took place

23  during Mr. Kaliebe's childhood that would affect his

24  ability to be social with others?

25  A.   Well, there were many.  You know, some external and

214

1    some internal and I'll explain what I mean.

2          Internally, the fact that he spent his youth

3    going to various doctors and getting treated and getting

4    prodded and scanned, the fact that he had difficulty with

5    puberty, he lacked facial hair, the micropenis, the lack

6    of secondary sexual characteristics, the fact that he had

7    suffered from depression from his difficult childhood.

8          And then there were certain external events that

9    had occurred in his life.  He had witnessed his

10   grandfather die in front of him.  He had very few friends

11   growing up and one of his friends consumed New Year's Eve,

12   I believe, too much alcohol and froze to death.

13         At one point he was the victim of a home

14   invasion which traumatized him emotionally.  On an ongoing

15   basis early on, especially, he witnessed a great deal of

16   verbal and physical abuse at the hands of his biological

17   father initially towards his mother, but then later

18   towards his sister and later towards his stepmother, his

19   father's new girlfriend or wife.

20         So all of these really served to further

21   alienate him from others and negativity impacted on his

22   socialization which piggybacked on his, in my opinion,

23   impairments in that area due to his Asperger.

24   Q.   Do you feel that his relationship or lack thereof

25   with his father, Robert Kaliebe, was a factor in terms of

Bardey - Direct/La Pinta

215

1    understanding his socialization skills?

2    A.   Well, his father, he reported to me as did his family

3    was a very chaotic, a man who suffered from substance use

4    problems and behavioral problems, really could not keep a

5    steady home.

6         Yet, Mr. Kaliebe was very attached to him and

7    wanted a paternal figure.  The absence of that, I think,

8    created a vacuum in his life, certainly an emotional and

9    psychological vacuum that he wanted to fill at some point.

10   Q.   Did you come to learn, Dr. Bardey, that there was a

11   period in time when Justin decided to leave his residence

12   with his mother and stepfather in Babylon and move to his

13   father's residence where he lived with his father's

14   parents?

15   A.   Yes.

16        I believe around the age of 15 or so he moved to

17   Brentwood to live with his father and his father's new

18   family.

19   Q.   Are you aware of what precipitated that or caused

20   that?

21   A.   His mother -- I think his grandmother had thrown him

22   out of the house a number of times, I think five times

23   around that period of time.

24        He also wasn't doing well in the Babylon school

25   program, didn't have any friends.  His grades were poor,

Bardey - Direct/La Pinta

216

1    and he felt that the people around Brentwood maybe were

2    more to his liking, that he might be able to do better

3    there.

4    Q.   Did his relationship with his stepfather have

5    anything to do with his decision to move out of Babylon

6    and move to Brentwood?

7    A.   Yes.

8         He did not get along well with his stepfather.

9    In fact, they argued and fought I think even physically on

10   some occasions, although my understanding is the police

11   was never called.

12        So he had difficult relationships with his

13   stepfather, with his grandmother, with a number of people

14   that caused a lot of inconsistencies where he lived and

15   who was raising him.

16   Q.   At or about this time, when Justin moved from Babylon

17   to Brentwood, did you come to learn that he was studying a

18   particular class of social studies in high school?

19   A.   Yes.

20        He was studying Islamic history, specifically I

21   think Seventh Century Islamic history which piqued his

22   interest and got him to start reading more books and

23   internet articles and journals on that topic and very

24   rapidly the study of Islam became one of those narrow

25   fields of intense interest for him.

Bardey - Direct/La Pinta

217

1   Q.   Similar to that in the past with wrestling, Harry
2   Potter, dinosaurs and I believe you said the army?
3   A.   Yes, similar but also I think different because in
4   this case there were actually people that he could connect
5   with that shared that interest, which I think created kind
6   of a positive feedback loop for him that got him more and
7   more involved in that particular field.
8   Q.   Did his reading of the autobiography of Malcolm X
9   have anything to do with his interest in Islam?
10  A.   It did.
11       In my opinion it did for a very specific reason,
12  which is that Mr. Kaliebe identified with Malcolm X as
13  someone who felt like an outsider, someone who had a lot
14  of obstacles put in front of him, somebody who was
15  struggling for injustices.
16       And I think it personalized the religion for
17  him.  It made it something he could connect with and
18  somehow it seemed to make sense given his own struggles
19  with his medical problems, with his social problems, with
20  his family problems, with his school problems.
21       He suddenly found a place where he could
22  identify and share these problems with.
23  Q.   Would you agree that his studies of Islam and
24  Malcolm X helped him focus himself and give him direction
25  in how to deal with the various problems that you have

1   explained?

2   A.   Absolutely.

3        I mean, I think what's striking, and this is in

4   some of the medical records, is that, you know, in the

5   spring of 2011, Mr. Kaliebe was depressed, and that's when

6   he's prescribed various antidepressant by a Dr. Ujitari, I

7   think his name is.

8        But when he moves to Brentwood and is able to

9   connect with other people of that faith and explore

10  similar interests, his mood really brightens to the point

11  where he stops taking antidepressants and his family

12  reports that he's a much happier and a much less depressed

13  individual.

14  Q.   Would you explain that physical orientation as being

15  social acceptance by others?

16  A.   Absolutely.

17       I think what his interest in Islam did when he

18  met a group of people in Brentwood was just that.

19  Normally his very idiosyncratic and specific interests in

20  a field was kind of alienating.  Other people were not

21  interested in talking about dinosaurs or wrestling

22  figures.

23       But now he had a group of people that was

24  equally interested where his interest generated

25  conversation, social contact, social acceptance.  In some

Bardey - Direct/La Pinta

219

1    of the older members of that group he even found father

2    figures that replaced -- that filled that vacuum that I

3    was talking about.

4              And he was suddenly someone with a certain level

5    of expertise, someone who was respected and that, I think,

6    did a lot of his self-esteem and improved his demeanor.

7    Q.   When you met with Mr. Kaliebe, did he explain to you

8    that he was interested in the Muslim religions for its

9    spiritual aspects?

10   A.   That's what got him into it, yes.

11   Q.   Initially?

12   A.   Initially.

13   Q.   And it was the spiritual aspect of the religion that

14   made him cope better with his various conditions and

15   stressors in his life.

16             Is that fair to say?

17   A.   Yes.

18             And the way he put it was whereas up to now he

19   felt his life had been one of multiple struggles, but

20   understanding these struggles as something that God would

21   put on him to sort of test him and to see what he could

22   do, it give his life a purpose, it helped him a great deal

23   cope with the issues of his life.

24   Q.   Did you find that he could relate to the Muslim

25   religion because in his studies of the religion he found

Bardey - Direct/La Pinta

220

1  that Muslims were being oppressed in various parts of the

2  world?

3  A.   Right.

4        His interest initially was in this notion of

5  land being taken away from Muslims and that a legitimate

6  war was being waged to get that land back.

7        And that's somehow how he identified with that

8  concept of an oppressed people.

9  Q.   During the course of your personal meetings with

10  Justin and your evaluation of him, did you talk about holy

11  war and his intrigue and interest in participating in holy

12  war?

13  A.   Yes.

14  Q.   In your assessment of Justin, did you ever feel or

15  believe that his desire to fight a holy war was

16  problematic in so far as targeting innocent victims or

17  participating in random acts of terrorism in an effort to

18  be against the United States or particular people?

19        MR. CANTY:   Objection.

20        THE COURT:   Sustained.

21  BY MR. LA PINTA:

22  Q.   Would you comment on how Justin explained his

23  interest in holy war.

24  A.   Sure.

25        I mean, he differentiated during my meeting

1    terrorism -- terroristic acts such as 9/11, with what he

2    had in mind in terms of a holy war in the middle east.

3            His way in and his interest was in righting that

4    wrong, was in correcting a perceived injustice.  It was

5    not the idea of harming innocent people or Americans.

6    Q.   Did he comment at all about engaging in war with

7    other people that were voluntarily also engaging in war?

8    A.   His understanding, at least the way he explained it

9    to me, was that when he got interested in this, he felt

10   that he was joining people who were involved in a

11   legitimate war abroad.

12           And he was as a Muslim, as a member of the

13   brotherhood, and the concept of brotherhood was very

14   important to him and I guess that's reflected in language

15   he uses and conversations, but the idea of belonging to a

16   brotherhood and helping your brother in struggles was

17   really his mind-set when he joined up.

18   Q.   I guess what I'm trying to understand is, is it

19   relevant at all to you in your evaluation that he had a

20   desire to fight in a military setting, or on a, for lack

21   of a better expression, on a war field, and not

22   participating in random acts against people who are not

23   equipped to fight back?

24   A.   Yes.

25           I mean his concept was he was joining up an army

Bardey - Direct/La Pinta

222

1 to fight a war.

2 Q. You came to learn in the course of your evaluation

3 that Justin had joined a mosque in Bay Shore, right?

4 A. Yes.

5 Q. And you came to learn that among various people that

6 he befriended was an undercover law enforcement operative.

7 Correct?

8 A. Yes.

9 Q. Did you engage in any particular dialogue with Justin

10 during your evaluation process regarding his dealings with

11 this operative?

12 A. Yes.

13 I mean, I asked him to tell me the story of his

14 involvement, how he met this individual and their

15 relationship and how their relationship progressed over

16 time.

17 Q. Did there come a time when Justin explained that he

18 genuinely thought that this operative was, in fact, a

19 member of Al-Qaeda or an offshoot of Al-Qaeda?

20 A. Yes, he did.

21 Q. And the fact that he genuinely believed that he was

22 an offshoot of Al-Qaeda, did that have any bearing on his

23 ability to move forward in a relationship and perform

24 certain acts together with this operative?

25 A. I believe it did.

Bardey - Direct/La Pinta

223

1   Q.   Could you explain that further or would you like me

2   to narrow that really broad terrible question I just

3   asked?

4   A.   The latter.

5   Q.   All right.

6        So did there come a point in time that you

7   learned that Justin feared this operative?

8   A.   He said that.

9        He said that he felt compelled to do what this

10  operative told him to do.

11  Q.   And did he explain to you that he felt as though he

12  was kind of cornered and had --

13           THE COURT:  This is very, very leading.

14           This is a very competent witness.

15           MR. LA PINTA:  All right.

16           THE COURT:  I'd like to have him explain his

17  perception of this issue rather than saying yes or no.

18           MR. LA PINTA:  Sure.

19  BY MR. LA PINTA:

20  Q.   Would you explain what relevant portions of the

21  discussion about the operative you found to be important

22  in your evaluation.

23  A.   Well, there's several.

24       I mean, on -- his relationship with the

25  operative who he saw as a very close friend of his, was

Bardey - Direct/La Pinta

224

1    really his social connection to this group.  So he felt

2    internally compelled to go along and to do what he did to

3    further that relationship, and the further he went the

4    more he felt included, the more he got to talk about his

5    interests and he had done such extensive reviews of the

6    various individuals involved, in the cells, how it

7    manifested itself in different countries.

8              We all heard on the tapes, the more information

9    he brought, the deeper he seemed to go into this, the more

10   he got into this operative's good graces, and that was

11   really important to him.

12   Q.   Did there come a point in time that he explained that

13   he was encouraged to perform these acts and felt that the

14   operative was helping him to do that?

15             THE COURT:  That's the same problem.

16             MR. LA PINTA:  All right.

17             I'll withdraw it.  Sorry.

18   BY MR. LA PINTA:

19   Q.   Is there anything more you want to explain regarding

20   the operative in your fact finding mission?

21   A.   Sure.

22             From what I gather from what Mr. Kaliebe told me

23   and from the tapes that I listened, Justin -- and this is,

24   I think, fairly typical of indoctrination of all types,

25   whether it's into a terroristic organization or a cult or

Bardey - Direct/La Pinta

225

1    anything else, is that there is a relationship that's

2    established where the individual, in this case

3    Mr. Kaliebe, is sort of encouraged to do more, to

4    participate, to come up with ideas as a way of furthering

5    their indoctrination, as a way of getting their buy in and

6    giving the individual the sense that they are really doing

7    this on their own, that they are coming up with ideas and

8    plans.

9              When, in fact, it's a careful sort of dance to

10   get that individual to feel that way.

11   Q.    Have you ever heard of the term radicalization?

12   A.    Sure.

13   Q.    Does that term apply in these facts involving

14   Mr. Kaliebe?

15   A.    Absolutely.

16             I mean, the evaluation of his interest in a

17   class in high school to his involvement in the offense

18   conduct is a path of radicalization.  It's him becoming

19   indoctrinated through graduated exposure, through various

20   lectures, to a cycle of positive feedback if he were to

21   demonstrate and engage in certain behaviors, it's a

22   careful relationship that was manipulated by individuals

23   who wanted to indoctrinate him.

24             It all speaks to a process of indoctrination.

25   Q.    Doctor, is there any other aspect of your evaluation

226

1   that I have not asked you that you feel is relevant in

2   coming to the conclusions that you did here?

3   A.   I mean, I think there is one aspect and I had the

4   chance to examine Mr. Kaliebe this morning again because I

5   hadn't seen him since my exam in January of 2014.

6        This is consistent with the review of the

7   medical records.  Mr. Kaliebe was slow to mature.  His

8   brain, as evidenced by the delayed early milestones,

9   walking, crawling, talking, the delay in his puberty, the

10  delay in developing other sexual characteristics, and even

11  on an emotional level, the chaos of his childhood delayed

12  the normal emotional development.

13        What I saw over time is that today he is a lot

14  more mature than he was when I examined him beforehand,

15  and looking back at that age, 17, 18, 19, he was very

16  immature and in my opinion was functioning more like a 13

17  or 14 year old than a young adult.

18        We all know that the brain develops well into

19  the 20s in normal individuals.  In Mr. Kaliebe's case I

20  think it's going to take even longer.  So he was not

21  acting and he was not at the same maturity level as his

22  chronological age would suggest.

23  Q.   Do you believe that his incarceration and living in

24  close proximity with other inmates had anything to do with

25  that maturation process?

227

1    A.    It may have.

2              It's also just time and I think also the fact

3    that he got himself into this trouble, legal trouble

4    forced him to take a strong hard look at himself and his

5    life and I think that process, you know, helped things

6    along as well.

7    Q.    Doctor, I want to direct your attention to the

8    various diagnoses that you have made here as an end

9    product of your evaluation of Mr. Kaliebe.

10             You have made a number of diagnoses, is that

11   correct?

12   A.    Yes.

13   Q.    What's the first diagnosis that you made?

14   A.    What used to be called Asperger Syndrome is now

15   called Autism Spectrum Disorder.  I think that's the most

16   prominent diagnosis to his conduct.  Secondary to that is

17   the Kallmann syndrome which is the genetic disorder which

18   led to the delay in his puberty and other psychological

19   and medical problems.

20             Just prior to that he had been suffering from

21   depression related to his complicated youth and the

22   various problems that he had growing up.

23   Q.    And do you reach that conclusion of him suffering

24   Autism Spectrum Disorder/Asperger Syndrome, based upon

25   your education, training and work experience?

228

1  A.    Yes.

2  Q.    And you make that opinion upon a reasonable degree of

3  medical certainty?

4  A.    I do.

5  Q.    Regarding his particular offense conduct herein, have

6  you come to any medical conclusions or diagnoses or

7  findings as to his state of mind at the time the offense

8  was committed?

9  A.    Yes.

10        It's my opinion with a reasonable degree of

11  medical certainty that at the time of the offense he was

12  functioning with a diminished capacity.

13  Q.    Would you be able to describe or explain diminished

14  capacity a bit further to explain that?

15  A.    Sure.

16        I mean, as a psychiatrist I look at it through

17  the lens of a medical problem.  In other words, I'm trying

18  to do a psychiatric evaluation and then apply my findings

19  to a legal concept which is in this case an issue of

20  mitigation at sentencing.

21        So the question is, was he suffering at the time

22  from any mental disease or defect, which would have caused

23  an impairment in his ability to appreciate the nature and

24  consequences of his act or their wrongfulness.

25        And it's my opinion because of the Asperger

Bardey - Direct/La Pinta

1    Syndrome and the other secondary diagnosis, that although

2    Mr. Kaliebe knew what he was doing, and it's clear from

3    the evidence that he understood the nature of his act and

4    he even understood the consequence and knew that it was

5    wrong, in my opinion, the problems with his development,

6    his social issues prevented him from really appreciating.

7            In other words, he knew it on a superficial

8    level, but really couldn't appreciate it in a much sort of

9    deeper, more relevant emotional big picture kind of way

10   and in my opinion, that impairment was substantial enough

11   to impair his ability to do that and, therefore, was

12   consistent with a diminished capacity.

13           MR. LA PINTA:  I have nothing further.

14           Thank you, Dr. Bardey.

15           THE COURT:  Mr. Canty, are you going to handle

16   the cross?

17           MR. CANTY:  Yes, your Honor.

18           THE COURT:  Do you anticipate that this will

19   take us past 1 o'clock?

20           It might?

21           MR. CANTY:  It might.

22           THE COURT:  Then we'll take the afternoon

23   recess.

24           We'll take an hour and 15 minutes.  We'll resume

25   at a quarter of 2.

Bardey - Direct/La Pinta

230

1        MR. LA PINTA:  Thank you, Judge.

2        MR. CANTY:  Thank you.

3        THE COURT:  Doctor, we'll see you after lunch.

4        THE WITNESS:  Thank you.

5        (Luncheon recess.)

6        (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Bardey - Cross/Canty

231

1              A F T E R N O O N   S E S S I O N

2              (Judge Hurley enters the courtroom.)

3              THE COURT:  Good afternoon, everybody.

4              Mr. Canty.

5              MR. CANTY:  Thank you, your Honor.

6    CROSS-EXAMINATION

7    BY MR. CANTY:

8    Q    Good afternoon, Dr. Bardey.

9    A    Good afternoon, Mr. Canty.

10   Q    How are you?

11   A    Okay.

12   Q    You testified about the forensic examination and

13   subsequent report you produced in relation to the defendant

14   Justin Kaliebe, correct?

15   A    Yes.

16   Q    The most important factor in making sure that a report

17   is accurate would be that the information you received is

18   the truth, correct?

19   A    Sure.

20   Q    So, if you don't get the truth, that would affect the

21   validity or the usefulness of the report, correct?

22   A    It depends on what specific factor you are talking

23   about.  There are some factors -- not every factor is as

24   important as the next.  So there might be some instances

25   where that might be the case, and some instances where it

Bardey - Cross/Canty

232

1   might be irrelevant.

2   Q    But you would agree with me that at its base, the truth

3   is the most important thing to have in evaluating an

4   individual for a report, correct?

5   A    I'm trying to get to the truth, sure.

6   Q    Okay.

7          It is true that in order to make sure you have the

8   truth, you try to corroborate information that a patient or

9   an individual that is being evaluated gives you, correct?

10  A    Correct.

11  Q    So, for example, if they told you when they were born,

12  for example, a birth certificate would be good corroboration

13  of that material, right, of that information?

14  A    For instance.

15  Q    Yes.

16         In this case, you received information from the

17  defendant, correct?

18  A    Yes.

19  Q    About his upbringing and about his family life,

20  correct?

21  A    From him and from other sources.

22  Q    I'm getting to that.

23         Okay.  You corroborated some of that with his

24  family, correct?

25  A    And some from the medical records as well.

Bardey - Cross/Canty

233

1  Q    You would agree with me that the medical records are

2  more reliable than information provided by the family,

3  because the family may have a certain bias, right?

4  A    Not necessarily.  Certainly the family may have a bias,

5  but the medical information was recorded with a slightly

6  different purpose.  So different questions might have been

7  asked and less elaborations might have been obtained.  So it

8  is not necessarily true.

9  Q    Well, you would agree with me that family members of

10 individuals, in this case that are facing sentence and were

11 seeking mitigation from the court, may have a tendency to

12 exaggerate the existing conditions in order to put forward

13 that mitigation argument?

14 A    Of course.

15 Q    And you take that into account, correct?

16 A    Correct.

17 Q    The purpose of your examination was to determine what

18 Mr. Kaliebe's mental state was at the time that he was

19 committing this offense, right?

20 A    Yes.

21 Q    And you would agree with me that speaking to people

22 that he interacted with during that time period would be

23 important in determining what his mental state was, right?

24 A    Could be.

25 Q    I mean, yes or no, right, speaking to people that he

Bardey - Cross/Canty

234

1    was dealing with while he was committing a crime, that would

2    be relevant in determining what his mental state was, right?

3    A    Sure.

4    Q    And you interviewed the defendant, correct?

5    A    Yes.

6    Q    Where did you interview the defendant?

7    A    At the MDC in Brooklyn.

8    Q    Do you recall the date you interviewed him?

9    A    It was January 15 of 2014.

10   Q    When you go to the MDC, do you sign in before you get

11   in there?

12   A    Yes.

13   Q    You have to sign out before you leave?

14   A    Yes.

15   Q    How long was your meeting with the defendant?

16   A    My whole trip to the MDC was three hours.

17   Q    When you say your whole trip, that means leaving your

18   office, going to the MDC, interviewing, then going back to

19   your office?

20   A    No.  I think in and out of the institution.

21   Q    In and out of the institution.

22        How long did it take you to get into the

23   institution?  It is not a quick process.

24   A    No, it is not.  My interview at the MDC could be 15

25   minutes to 45 to get access to the client.

Bardey - Cross/Canty

235

1    Q    And the total time was three hours?

2    A    I think so, yes.

3    Q    Okay.

4         You are certain that you signed in and signed out

5    that day?

6    A    I'm certain I signed in.  Signed out, I'm not.

7    Q    Okay.

8         To the best of your recollection, it was about

9    three hours?

10   A    Yes.

11   Q    And based upon your three-hour evaluation of the

12   defendant, you made a determination, coupled with the other

13   information that you reviewed, that the defendant suffered

14   from diminished capacity when he was committing the offense;

15   is that right?

16   A    Precisely.

17   Q    And you defined diminished capacity as what is not

18   fully appreciating the wrongfulness of his conduct?

19   A    In this case, yes.

20   Q    In this case.

21        What would be some indicia -- let me ask you it

22   this way:  If an individual understood that the consequences

23   of committing an act, not talking about in this case, were

24   that they may be arrested, prosecuted, and incarcerated,

25   would that go towards determining whether or not they fully

Bardey - Cross/Canty

236

1   appreciated the wrongfulness of the act they were about to

2   commit?

3   A   Sure.

4   Q   So when an individual says I understand that I may be

5   arrested, I may go to jail, I may spend the rest of my life

6   in jail, that would be relevant in determining whether or

7   not they fully appreciated the consequence of their conduct,

8   correct?

9   A   It would certainly go to them knowing.  It wouldn't

10  necessarily speak to them appreciating.  Appreciating would

11  require more than just saying it.  It would require the

12  ability to put it into a context to understand specifically

13  what that meant, not just know it in some kind of rote kind

14  of way.

15  Q   Fair enough.

16          There was nothing in your evaluation of the

17  defendant that indicated to you that he had trouble

18  perceiving time and space, correct?

19  A   No, no issues with time and space.

20  Q   So he understood an event when spending the rest of his

21  life in prison?

22  A   I think he understood, he knew what that meant, yes.

23  Q   Now, you also -- with respect to the diminished

24  capacity, you are not claiming that he didn't understand the

25  wrongfulness of his actions, are you?

Bardey - Cross/Canty

237

1  A    I'm saying that he didn't fully appreciate the

2  wrongfulness of his actions.

3  Q    And you would agree with me that an individual that saw

4  other individuals or no other individuals committed similar

5  conduct to which they were going to commit, and the

6  consequences of that, appreciate that the conduct is wrong,

7  would you agree with that proposition?

8  A    No, not necessarily.

9  Q    So if an individual says, you know what, that guy

10  killed his sister and went to jail for the rest of his life,

11  and you know what, I will kill my sister, you would agree

12  with me that that would be certainly an appreciation of the

13  act that is wrong and that there are consequences of that

14  act; is that correct?

15  A    Yes, because it goes to knowing, not necessarily speaks

16  to appreciating it.

17  Q    Let's talk about Mr. Kaliebe's intelligence level.

18        You testified that he was of average intelligence,

19  correct?

20  A    I did.

21  Q    In fact, in reviewing some of the materials, it

22  indicated that his verbal comprehension skills were above

23  average, correct?

24  A    Yes.

25  Q    So his ability to perceive, understand, and convey

Bardey - Cross/Canty

238

1  information verbally was above average?

2  A    That element of his testing didn't test for all three

3  of those propositions.  You are sort of asking three

4  questions.

5  Q    Let's ask, his ability to communicate was above

6  average, correct?

7  A    I don't know.  I don't think so.  I don't think his

8  ability to communicate is above average.  His ability to

9  understand things is above average, but his ability to

10 communicate is not.

11 Q    Okay.

12       So, his ability to understand is above average?

13 A    Yes.

14 Q    And when you met with him during that let's say

15 three-hour period, two hours and 45 minutes to three hours,

16 it took you a little while to get in, during that time

17 period, let's call it three hours, what tests did you give

18 him to determine whether or not he fully appreciated or

19 didn't appreciate the wrongfulness of his conduct?

20 A    Well, first of all, there are no specific tests for

21 that particular question.

22 Q    My question is, did you give him any tests?

23 A    I'm trying to answer your question.  You can't give a

24 test if one doesn't exist for that particular purpose.  So

25 my answer is no, it would be misleading.  I want to be as

Bardey - Cross/Canty

239

1    correct as possible, because there are no tests for that and

2    none to administer in that particular area.

3    Q    Did you administer any tests to the defendant?

4    A    By the time I had evaluated him, I had received all of

5    the various records, and he had undergone extensive testing

6    within the prior year or two which really covered a lot of

7    his psychological and psychiatric functioning.  So I did not

8    see a need to actually perform any additional psychological

9    tests.

10   Q    So the answer is no, you did not give him any tests?

11   A    Correct, and I explained why.

12   Q    I understand.  I just want to be clear.  During that

13   two-hour and 45-minute period, there were no tests

14   administered to him?

15   A    No, I was just talking to him.

16   Q    You would agree with me that the validity of those

17   tests and the usefulness of those tests is predicated on the

18   individual given that test accurately, correct?

19   A    No, that's not true for all tests.  Some tests have a

20   built-in validity scale, others don't.  So not every test is

21   predicated on the truthfulness.  Some tests don't have those

22   scales built into them.  I can't answer for all tests.

23   Q    I think you misunderstood my question.

24        My question is you relied on the individual giving

25   the test, the test giver, giving it accurately?

Bardey - Cross/Canty

240

1   A    Yes.  I mean individuals with valid licenses are

2   considered competent to administer certain tests, yes, I

3   admit that assumption.

4   Q    And there are times where you give tests to some

5   patients?

6   A    Sure.

7   Q    You did not in this case?

8   A    Correct.

9   Q    Now, in your report, you didn't opine as to whether or

10  not Mr. Kaliebe is a danger to society, did you?

11  A    No, that was not a question asked of me.

12  Q    And in fact you can't opine as to whether or not he is

13  or remains a danger to society, correct?

14  A    I am not sure, why can't I?

15  Q    I'm asking you --

16  A    I didn't in my report.  That wasn't a question asked.

17  Many questions I didn't answer either, but that was one of

18  them, sure.

19  Q    Other than that one time you met with the defendant,

20  the next time you met with him was this morning, correct?

21  A    Precisely.

22  Q    And when did you -- how long after he was arrested did

23  you meet with him?

24  A    Less than a year, about ten months.

25  Q    And you would agree with me that incarceration may have

Bardey - Cross/Canty

241

1    in some cases a profound impact on an individual?

2    A    Of course.

3    Q    An individual that has previously suffered from

4    depression, and may have a profound impact on him, correct?

5    A    It could.

6    Q    The fact that they are incarcerated and they lost their

7    liberties and freedom may have an impact on their ability to

8    communicate or carry on a conversation with somebody giving

9    them, or having a conversation with them, correct?

10   A    I mean, are you talking about is it a possibility?  It

11   is a possibility.  It is not a very common one.  People

12   don't usually lose the ability to communicate because of

13   depression, especially if they are speaking to someone who

14   is evaluating them.  They tend to want to talk to that

15   person.

16   Q    My question is, the condition of Mr. Kaliebe couldn't

17   change from the time he was arrested and committing the

18   crime to the time you interviewed him based on the period of

19   incarceration?

20   A    It could have, sir.

21   Q    So, it's fair to say that the most accurate way in

22   determining what his mind set was and what his mental

23   condition was would be to have direct evidence of how he was

24   conducting himself at the time he was committing the

25   offense, correct?

Bardey - Cross/Canty

242

1   A    I guess it would depend on where that information was

2   coming from.

3   Q    Well, you could interview people that he was with,

4   correct?

5   A    Yes.

6   Q    Even better than that, if you had videotape recordings

7   of him interacting with individuals while committing the

8   crime, that would be even better, right?

9   A    It would provide some information.  That's not saying

10  it's a psychiatric evaluation.  But it would provide some

11  information, sure.

12  Q    Logic and common sense would dictate that if you had

13  information of a recording of how he was committing a

14  criminal act, that would provide a far better insight than

15  an interview that is done of the defendant after

16  incarcerated a year later, correct?

17  A    Not necessarily.

18  Q    Well, you don't have the bias, correct, that's gone,

19  right?

20  A    Sure.

21  Q    And the motive to lie would be gone.  Presumably in

22  this case the defendant didn't know he was being recorded,

23  correct?

24  A    Right, but a video of someone behaving in a certain way

25  and saying certain things doesn't necessarily shed any light

Bardey - Cross/Canty

243

1   on whether they were thinking at that moment in time or

2   whether they were capable or not incapable of doing it.

3   Q    All right.

4        What about the act of attempting to board a plane

5   to go to a foreign country to fight on behalf of al-Qaeda,

6   would that be relevant?

7   A    I know that happened walking down the gangway of a

8   plane to get in, wouldn't have shed additional light on that

9   fact.

10  Q    Well, it's a fact, though, that there were recordings

11  of the defendant with an undercover officer immediately

12  prior to him being arrested, within days of being arrested,

13  that you did not view; is that correct?

14  A    Before my report, you are right.

15  Q    So you conducted your report and came to an evaluation

16  without viewing the direct evidence, which was the

17  undercover interacting with Mr. Kaliebe in days leading up

18  to him being arrested, correct?

19  A    Correct.

20  Q    And you would agree with me that that would have been

21  an important piece of information for you to review,

22  correct?

23  A    It wasn't.  Eventually I did review those recordings

24  and it just confirmed my opinion and diagnosis of Mr.

25  Kaliebe.

Bardey - Cross/Canty

244

1   Q    In fact, you have been criticized in the past with

2   respect to taking the word of a subject, as opposed to

3   looking at direct evidence; isn't that correct?

4   A    I'm not sure exactly what -- you are obviously hinting

5   at some case.

6   Q    Yes, People v. Oliver, are you familiar with that case?

7   A    I don't remember.

8   Q    Judge Donnelly, who is now a district court judge in

9   the Eastern District of New York, criticized you for taking

10  the word of an individual that was involved in a recording,

11  when the recording was available for you to review; isn't

12  that correct?

13  A    I don't remember that.

14        MR. CANTY:  Just for the record, that's Oliver --

15  People of the State of New York v. Oliver, 991 New York 2d.

16  260.  I will provide a copy of that to defense counsel and

17  the court.

18  Q    You also testified that you spent 70 percent of your

19  time testifying on behalf of defendants, and about 30 for

20  the government; is that right?

21  A    I'm not too sure I testified -- as opposed to retained?

22  Q    Yes.

23  A    I don't remember -- 60/40 or 70/30 is about the

24  breakdown.

25  Q    You also indicated you were retained by the Eastern

Bardey - Cross/Canty

245

1    District of New York in the past; is that correct?

2    A    I think so, yes.

3    Q    When was the last time you were retained on a so-called

4    matter by the Eastern District of New York?

5    A    I don't remember.

6    Q    More than five years ago?

7    A    Again, I don't remember.  I don't recall.

8    Q    You have no independent recollection?

9    A    When we were retained by the Eastern District.

10   Q    How long do you spend -- what percentage of your

11   practice do you spend involved in providing expert testimony

12   or expert reports on behalf of criminal or civil matters?

13   A    Probably 80 percent criminal, 20 percent civil.

14   Q    My question -- okay.  Out of that 100 percent, how much

15   of your professional practice do you spend involved in

16   matters pertaining to the criminal justice system and

17   providing reports to the court, 50 percent, 60 percent,

18   70 percent?

19   A    Probably 80 percent.  I have one day a week where I see

20   patients, and the rest of the time I am involved in forensic

21   work.

22   Q    So 80 percent of your professional practice is involved

23   in being an expert witness or professional witness on behalf

24   of parties; is that correct?

25   A    Doing forensic work, which also involves contra law

Bardey - Cross/Canty

246

1  program.  I consider all of that forensic work, in addition

2  to doing consultation for attorneys and D.A.s.

3  Q    Now, during the -- in your evaluation report you

4  determined that the defendant suffered from Autism Spectrum

5  Disorder, correct?

6  A    Yes, correct.

7  Q    How would you define Autism Spectrum Disorder?

8  A    Well, the DSM-5, which is the Diagnostic Statistical

9  Manual, which is the book that codifies all of our

10  psychiatric diagnoses, came out at the end of 2014, it

11  recategorized Asperger's Syndrome as an Autism Spectrum

12  Disorder.  So, it's a new name that describes Asperger's

13  Syndrome, which is the diagnostic criteria or test that has

14  a significant impairment with social communications or

15  interactions, as well as restricted or limited interest in

16  activities.  Then there are other criteria in terms of time

17  and that being caused by other things such as that.

18  Q    And you found -- you found that you diagnosed Mr.

19  Kaliebe with that, was that based largely on the information

20  you received from his treating physician, Dr. Hitner?

21  A    No.  It was based on what Dr. Hitner said.  It was

22  based on the testing done by Dr. Savage, was based on my

23  direct examination of Mr. Kaliebe, based on my review of

24  records that had shown a history of these kinds of behavior,

25  and it was based on an interview with his mother and sister.

Bardey - Cross/Canty

247

1   Q    And you would agree with me that Justin didn't have

2   difficulty in communicating with people socially, right?

3   A    He did have difficulty communicating with people

4   socially.  He had very few friends throughout his life.

5   When he was a child, he played pretty much by himself,

6   either with his sister, or when he got older, moved to a

7   different school, was pretty much playing with video games

8   on his own.  Eventually when he developed an interest in

9   reading, a lot of his time was spent reading.  He didn't

10  have a lot of rich social connections with others.  That

11  seems to have been something that was consistent throughout

12  his life, except more recently.

13  Q    Except when he made more friends?

14  A    In Brentwood, around this specific restricted interest,

15  which was the Islam and his faith.

16  Q    Why do you refer to that as a restricted interest?

17  A    Because in my opinion it's like other interests that I

18  spoke about on direct.  It was typical of how he would dive

19  into an interest, and if that interest would become all

20  consuming, that would be all that he talked about, whether

21  it was wrestling, hockey, the Civil War, or Marines in the

22  past.  Now it was this.

23  Q    But in this case he made friends, correct?

24  A    Correct.  He found other people that were like-minded

25  in terms of having the same interest.  So suddenly talking

Bardey - Cross/Canty

248

1    about this was his conduit to actually developing a social

2    life.

3           People with Asperger's want to be social; they

4    just don't know how.  And so sharing this interest permitted

5    him to do what he really wanted to do was to have friends

6    which felt like he was connected to something.

7    Q    In fact, he did make friends, correct?

8    A    If you can call them that, sure.

9    Q    Well, there were people he socialized with, right?

10   A    Around the mosque, yes.

11   Q    Are you aware he went out to meals with them?

12   A    He went out to meals, and even went to a fasting event

13   with them.  I mean, there were different meetings and

14   lectures that he would go to.

15   Q    So this was different than the other individual

16   activities that he focused in on in that in this instance it

17   helped him socialize with other people his age, correct?

18   A    Correct.

19   Q    And, in fact, it is not -- when you say it's a

20   restricted area in which he's looking at, that wasn't the

21   case here.  He, as you said, went rafting with this group of

22   people, correct?

23   A    But it was all --

24   Q    I know it may be difficult, but just answer my

25   questions yes or no and we can move this along.

Bardey - Cross/Canty

249

1          He went rafting with them; is that correct?

2    A    Yes.

3    Q    He went out to meals with them, correct?

4    A    Yes.

5    Q    And he socialized with them, correct?

6    A    Yes.

7    Q    And, in fact, are you aware that in a number of those

8    instances were recorded where he was meeting with

9    individuals other than the undercover officer?

10   A    Yes.

11   Q    When the undercover officer was present?

12   A    Yes.

13   Q    Did you review throws?

14   A    I reviewed all of the tapes that the attorney provided

15   for me.  I don't know if that's the entire universe of them,

16   but there was a large number of them.

17   Q    And, in fact, the reporting and the interviews that you

18   had seemed to suggest that he was no longer suffering from

19   depression, right?

20   A    Correct.

21   Q    And that he appeared to be happy?

22   A    Correct.

23   Q    And, in fact, there's a number of reporting -- reports

24   that indicate that throughout his life individuals that have

25   done clinical evaluations of Justin have described him as

Bardey - Cross/Canty

250

1    happy and intelligent, correct?

2    A    I'm sorry, I didn't get those words.

3    Q    Happy and intelligent?

4    A    No, before, what kind of evaluation?

5    Q    The clinical evaluations that you looked at from the OT

6    to PT to psychological examination, there were reports that

7    described him as being happy and intelligent?

8    A    In the past, then he became depressed in

9    mid-adolescence.

10   Q    And then we know prior to committing the criminal

11   offense, he became socializing with people his own age?

12   A    Correct.

13   Q    In fact, there was testing that revealed that his

14   visual motor and his perceptive scores were average to above

15   average, correct?

16   A    I'm not sure what testing you are referring to.

17   Q    I'm referring to your report.  I will get you the cite.

18   Metro Therapy?

19   A    Oh, the Metro Therapy.

20   Q    It's for your reference, if you have your report in

21   front of you, page 10.  I will put it up on the screen.

22   Look at the TV.  Testing revealed visual motor and visual

23   perceptive scores in average to above average range?

24   A    Yes.

25   Q    Additionally, you said that he had trouble making

Bardey - Cross/Canty

251

1   friends, but your report indicates that he had at least one

2   friend that died of what appears to be an alcohol overdose,

3   correct?

4   A    Correct.

5   Q    So, he did have the ability to make friendships in 8th

6   grade?

7   A    He had one friend.  Typically kids in 8th grade would

8   have a lot more than one friend.  So that is small enough.

9   Q    Sir, I don't mean to be difficult, sir, but the

10  question is he did create a friendship.  You said he had no

11  friends as a child.  He at one point had one friend,

12  correct?

13  A    He had a friend.

14  Q    In fact when you interviewed him, your notes indicate

15  that he gave you the name and number of two of his friends,

16  correct?

17  A    Correct.

18  Q    Did you contact either of those individuals?

19  A    No.

20  Q    You never spoke to them to determine what kind of

21  social relationship they had with Mr. Kaliebe, did you?

22          You have no idea what kind of relationship existed

23  between Mr. Kaliebe and those two individuals, right?

24  A    Correct.

25  Q    Would that have been important had you found out that

Bardey - Cross/Canty

252

1    he had a close friendship with those two individuals?

2    A    If that would have been important to contact them, I

3    would have.

4    Q    Now, you also during your interview of the defendant,

5    and this is at page 26 of your report, and I will put it up

6    on the screen for you.

7         You wrote:  Mr. Kaliebe also reported that there

8    came a time when he started thinking maybe I shouldn't go

9    through with it, but I was afraid what he, the undercover,

10   or they would do because they were al-Qaeda.  Mr. Kaliebe

11   explained that the undercover would expect money every time

12   they met, and Mr. Kaliebe did not have the money undercover

13   would get "get angry with me, he'd yell at me I just got

14   worried", that's what the defendant told you?

15   A    Yes.

16   Q    And you had the opportunity to listen to the recordings

17   that were provided to you, correct?

18   A    Yes.

19   Q    And on none of those recordings do you hear the

20   undercover demanding money from Mr. Kaliebe, correct?

21   A    Correct.

22   Q    So that was an inconsistent statement that he gave to

23   you, correct?

24   A    Not necessarily.  His perception may have been that in

25   fact the guy was getting angry with him.  He's not very good

Bardey - Cross/Canty

253

1    at reading emotion.

2    Q    I'm not talking about emotion.  I'm talking about the

3    specific define claim that he demanded money from him every

4    time they met.  You never found any of that on any of the

5    recordings, correct?

6    A    No.

7    Q    Did you ever ask defense counsel or the defendant if he

8    could cite to the specific example where money was demanded

9    and he was yelled at?

10   A    No, I didn't.

11   Q    So you didn't look to verify the voracity of the

12   statement that Mr. Kaliebe gave you?

13   A    Not this one, no.

14   Q    Moving on.  It said:  He admitted that sometimes he

15   would stop eating lunch at the school so I could give pay

16   money to the undercover.  Mr. Kaliebe said, "stopped

17   treating myself" with money he made from his job or handed

18   to him by his parent and "gave it all" to the undercover.

19        Were you able to independently verify that claim

20   that he gave all of his money to the undercover on any of

21   the recordings given to you?

22   A    It wouldn't be on the recordings.

23   Q    Well, if he said I gave him -- every time I met with

24   him, I gave him my money, and every time they met, it was

25   recorded, that would be on one of the recordings, correct?

Bardey - Cross/Canty

254

1   A    Where?  Sir, what you are saying is incorrect?

2   Q    Let me repeat the question.

3   A    What you are quoting from the report is not what is in

4   my report, so I can't answer that question.

5   Q    I will read it again.

6        Mr. Kaliebe stated that he "stopped treating

7   myself" with money he made from his job or handed to him by

8   his parent and "gave it all" to the undercover; and, as I

9   related to you before, did Mr. Kaliebe explain that the

10  undercover would expect money every time they met?

11  A    Right.

12  Q    And if every time they met was recorded, you would be

13  able to verify whether or not the statement Mr. Kaliebe told

14  you was the truth, that every time they met the undercover

15  demanded money from him, right?

16  A    Expect and demand are two different things, and

17  expectation doesn't mean it is realized.

18  Q    Sir, this is a straightforward question.

19  A    And I cannot answer the question the way you are asking

20  for it.

21        THE COURT:  Two people speaking at once.

22        THE WITNESS:  Sorry.

23  Q    I will ask it this way:  When you listen to recordings,

24  you never heard the undercover ever demand money from Justin

25  Kaliebe, correct?  On the ones you listened to, you never

Bardey - Cross/Canty

255

1   heard it, right?

2   A     Sure.

3   Q     When you interviewed Mr. Kaliebe, he was able to answer

4   your questions intelligently, correct?

5   A     Yes.  He wasn't confused or demented or mentally

6   impaired in the way he couldn't answer my questions, no.

7   Q     His answers were not inconsistent, or, for lack of a

8   better term, they didn't come out of left field.  They were

9   consistent with the questions you asked?

10  A     When he was answering my questions, he wasn't suffering

11  from a psychotic disorder.  I didn't diagnose that.  There

12  was no evidence of a thought disorder, wasn't rambling or

13  giving irrelevant answers, no.  He was not psychotic.

14  Q     Okay.

15        Now, you've diagnosed with him Autism Spectrum

16  Disorder, which now incorporates Asperger's Syndrome,

17  correct?

18  A     Correct.

19  Q     You agree with me that individuals that have been

20  diagnosed with Asperger's Syndrome can live meaningful

21  lives, correct?

22  A     Yes.

23  Q     They can marry, correct?

24  A     Yes.

25  Q     Have children?

Bardey - Cross/Canty

256

1   A    Absolutely.

2   Q    They can carry out successful careers, correct?

3   A    Absolutely, some can and some cannot.  It depends on

4   the impact of the disorder or on one's function.

5   Q    In fact, they understand right from wrong, right?

6   A    Sure.

7   Q    They understand the consequences of their actions when

8   they engage in them, correct?

9   A    It depends which ones.  It is hard to generalize and

10  speak to an entire class of people.  I evaluated many

11  individuals with Asperger's, and some have those capacities

12  and some don't.  Some get involved in illegal activities

13  because they don't appreciate the wrongfulness of their

14  activities, and others are able to appreciate the

15  wrongfulness.  You can't make a blanket statement one way or

16  the other.

17  Q    Well, the first time we heard the term as Berger

18  syndrome or autism where it was diagnosed was some six

19  months after Mr. Kaliebe was arrested, correct?

20  A    Incorrect.

21  Q    Somebody diagnosed him before June of 2013?

22  A    If you look at Dr. Savage's testing, she administers a

23  specific test for Asperger's, and it comes back with a high

24  probability that he has Asperger's, and in other areas of

25  the record the question is raised.  So, throughout the

Bardey - Cross/Canty

257

1    record there are multiple --

2    Q    No, my question is --

3    A    Many times where that diagnosis is raised as a distinct

4    possibility.

5    Q    The first time he was ever diagnosed with Asperger's

6    was six months after he was arrested, correct?

7    A    Yes.

8    Q    Thank you.

9         Now, Mr. Kaliebe told you -- what did he tell you

10   with respect to his drug use, do you remember?

11   A    Yes, that he had used marijuana in the past, had gotten

12   heavier at the time he got more depressed, and it stopped

13   once he converted to Islam.  He used twice more after he

14   converted, and then stopped thereafter.  I think he started

15   around the age of 12.

16   Q    You said during your interview that when he was not

17   picking up on certain cues that you had given him, what were

18   you referring to there?

19   A    Well, in the normal conversation that you have with

20   someone who is not impaired with an infliction like

21   Asperger's, if you say something that is more serious, they

22   read that and they respond in kind, if you say something

23   that is funnier.  Mr. Kaliebe didn't have that ability when

24   I saw him.  It was almost like you were talking to a bank

25   teller through a glazed window.  It wasn't clear that there

Bardey - Cross/Canty

258

1    was reciprocity in terms of non-communication.

2    Q    Do you indicate refer to that in your report?

3    A    No.  It was an impression I got during the course of

4    the evaluation.

5    Q    You also received information that he stood up to

6    bullies?

7    A    Somewhere, either he told me or I read it in the report

8    that it happened on at least one occasion.

9    Q    And did he ever claim to you that he was bullied?

10   A    He said no, but his sister said that he had in fact he

11   had really been ostracized and being put in a separate room

12   when in school.  So he may not have wanted to admit it, but

13   his sister gave a credible history of it happening.

14   Q    Or it didn't have, and he said it didn't happen.  We

15   are taking him on his word on a number of other factors,

16   correct?

17   A    There would be a reason why he wouldn't want to talk

18   about him being bullied.

19   Q    That's not my question.

20        My question is he could have been telling the

21   truth when he said he wasn't being bullied, right?

22   A    He could have, but I don't think his sister lied

23   either.  The way I heard those two apparently conflicting

24   reports was that the sister was likely telling the truth.

25   She had given a lot of other rich examples of his prior

Bardey - Cross/Canty

259

1  functioning.

2  Q    So, it is fair to say that Mr. Kaliebe told you that

3  you accepted as true, and there are other things that you

4  accepted as being false?

5  A    Well, I don't think anybody on examination says

6  everything accurately, whether they are intentionally lying

7  or not.

8  Q    Sir, my question is simple.  There were certain things

9  that Mr. Kaliebe told you that you accepted as true, and

10  other things he told you that you perceived to be not the

11  truth, correct?

12  A    I guess so.  I don't think I would characterize it as a

13  lie or not the truth.  I don't think people give necessarily

14  complete accounts of their lives, and don't necessarily tell

15  their story always in the same manner.  So things would be

16  omitted and not provided.

17  Q    Now, you also mentioned that there were two instances

18  where he showed examples of compassion, where he understood

19  or perceived justice versus injustice, correct?

20  A    Yes.

21  Q    So that would be, for lack of a better term,

22  understanding right from wrong?

23  A    Yes.

24  Q    In a larger sense, right?

25  A    In a larger sense, I would agree.

Bardey - Cross/Canty

260

1   Q     So, the examples given were appropriate for somebody

2   being able to comprehend right from wrong?

3   A     I would agree with that.

4   Q     So, quitting a club because he perceives that children

5   of color where being discriminated against, that would be

6   perceived as appropriate conduct for somebody who believes

7   that is incorrect?

8   A     That's fair to say.

9   Q     Quitting a Police Explorer's Organization that he

10  perceived to be engaged in racial profiling, that would also

11  be appropriate in determining right from wrong?

12  A     Sure.

13  Q     In two instances, these are authorities that he was

14  essentially saying you're wrong and I'm going to step aside

15  because I know right from wrong, right?

16  A     Correct.

17  Q     And bullies, bullies are perceived as powerful

18  individuals, and in one instance he, Mr. Kaliebe, told you

19  he stood up to bullies, right?

20  A     Yes.

21  Q     He took on -- bullies succeed because they exert either

22  physical or psychological authority over other individuals,

23  correct?

24  A     Fair to say.

25  Q     He was able to stand up to that physical and

Bardey - Cross/Canty

261

1   psychological power and say "stop?"

2   A    Precisely.

3   Q    Now, you talked to him about carrying out acts of

4   violence, correct?

5   A    Yes.

6   Q    And you said that his response was he wanted to go over

7   there to I believe it was to reclaim land?

8   A    Right.  It seemed to have been about land-based

9   injustice.

10  Q    You knew that the organization that he wanted to join

11  was al-Qaeda, correct?

12  A    Correct.

13  Q    You're not suggesting that you didn't know that

14  al-Qaeda exerts authority through brute force and violence,

15  right?

16  A    No, of course not, but the issue is what Mr. Kaliebe

17  knew.

18  Q    Well, were you aware that at the time he was watching

19  radical, violent Jihad videos?

20  A    I am.

21  Q    And yet you noted he comprehended and understood what

22  they were about, right?

23  A    Wrong.

24  Q    And were aware at the time he was espousing the beliefs

25  of Osama Bin Laden and Qusar al-Shariq?

Bardey - Cross/Canty

262

1   A    The latter.  The former, I'm not sure.

2   Q    Mr. Kaliebe espoused violence against the United states

3   among other groups?

4   A    Yes.

5   Q    Doctor, you have no idea when Mr. Kaliebe formed his

6   intent to join al-Qaeda, do you?

7   A    It was somewhere after 2010, when he converted to Islam

8   and got together with a group from Brentwood and started to

9   get involved in the mosque and all of that.  So he went back

10  and forth in 2011, in terms of getting closer and moving

11  away from them.  So it was sometime between that and his

12  arrest that he formed the intent.

13  Q    And you are aware that was long before he had any

14  interaction with the undercover?

15  A    2011 was about the time he had the contacts with the

16  undercover, I believe.

17  Q    You are aware that he joined the mosque and began to

18  socialize with those people in Brentwood -- those

19  individuals in Brentwood, before he met the undercover?

20  A    Of course.

21  Q    Okay.

22        Did you ever have a discussion with the defendant

23  regarding this individual here on the left?  This is

24  Government Exhibit 101.

25  A    No.

Bardey - Redirect/LaPinta

263

1    Q    Do you know who that is?

2    A    I do not.

3    Q    Did he ever mention to you an individual named Marcos

4    Zea?

5    A    Yes.

6    Q    That was a friend he made, correct?

7    A    Yes.

8              MR. CANTY:  Your Honor, I have no further

9    questions.

10             Thank you, Doctor.

11             THE COURT:  Thank you, Mr. Canty.

12             Mr. La Pinta, redirect?

13             MR. LA PINTA:  Thank you.

14   REDIRECT EXAMINATION

15   BY MR. LA PINTA:

16   Q    Dr. Bardey, very quickly and briefly.

17             You testified in response to one of Mr. Canty's

18   questions that there is no specific test to be administered

19   to determine diminished capacity; is that right?

20   A    Correct.

21   Q    And are you aware of various tests that were conducted

22   by Dr. Borrel, the government's expert witness here?

23   A    Yes.

24   Q    Do you recall offhand which tests they were?

25   A    The WASI, W-A-S-I, and the MCMI-3.

Bardey - Redirect/LaPinta

264

1   Q    Is the WASI test a test for diminished capacity?

2   A    Neither test does.

3   Q    Nor does the MCMI-3, right?

4   A    Yes, because diminished capacity is not a psychological

5   diagnosis.

6   Q    Now, regarding your review of the recordings.  You had

7   testified that you had reviewed recordings that I had

8   provided, correct?

9   A    Correct.

10  Q    Did you also review transcripts of recordings that I

11  provided?

12  A    I did.

13  Q    And would you agree that the transcripts of the

14  recordings that I provided were extensive, correct?

15  A    Yes.

16  Q    And that you read all of the transcripts there?

17  A    I did.

18  Q    Do you know firsthand whether every single dealing with

19  the undercover was recorded?

20  A    I do not.

21  Q    Did I ever tell you that every single dealing with the

22  FBI was recorded?

23  A    You did not.

24  Q    You were asked questions by Mr. Canty regarding one

25  friend that Mr. Kaliebe had, right?

Bardey - Redirect/LaPinta

265

1   A    Yes.

2   Q    And can't recall the boy's name, but it was a friend

3   that perished, right, he died?

4   A    Yes.

5   Q    Regarding the death of that one friend, would you agree

6   that that was an extremely traumatic event for Mr. Kaliebe

7   at that age?

8   A    It was.

9   Q    And does it change anything about his ability or

10  limitations to socialize that he had a friend?

11  A    No.  A friend, if anything, highlights how few friends

12  he had in his life.  I think just having one friend, when we

13  think about the normal functioning of an 8- or 10- or

14  12-year-old, they typically have a number of friends.  So

15  having just one friend is pathological, in my opinion.

16  Q    Mr. Canty also asked you questions about the interview

17  with Mr. Kaliebe and him telling you the names of two other

18  friends, right?

19  A    Yes.

20  Q    Do you recall whether they were other friends that he

21  had from the mosque or earlier Islam?

22  A    I think they were friends from the mosque.

23  Q    And did he give you any other particular description of

24  who these friends were?

25  A    No.

Bardey - Redirect/LaPinta

266

1   Q    Regarding your analysis, review of records, and

2   ultimate opinions here, has it changed whatsoever the fact

3   that he had two friends at the mosque?

4   A    No.  I mean, as we discussed earlier, I think his

5   friendships at the mosque were specifically through this

6   very restricted interest, which was fueled by the

7   undercover, which was fueled by his common interest these

8   people had.  So I see those as flowing from his autism

9   spectrum disorder, rather than being a separate friendship.

10  Q    In the course of your experience as a treating

11  psychiatrist and an evaluator, did you have an occasion to

12  come across young people that had been victims of bullying

13  before?

14  A    Of course.

15  Q    And is it common to come across a bullying victim who

16  is reluctant to acknowledge that they are being bullied?

17  A    No.  Victims of crimes, or crimes that make one feel

18  somehow less, victims of sexual abuse, victims of rape,

19  victims of assault, or bullying are often reluctant to speak

20  about having been victimized.

21  Q    Independent and aside from your interview with Mr.

22  Kaliebe, do you recall reading in any of the records, most

23  notably when he was in middle school and high school, that

24  he was picked on and made fun of by other students?

25  A    Yes.

267

1    Q    And does that -- obviously in your opinion does that

2    corroborate with what his sister said to you?

3    A    Obviously.

4    Q    Just so that we are clear, Dr. Bardey, you are not

5    saying here that Mr. Kaliebe was not able to determine what

6    is right from what is wrong, correct?

7    A    Correct.

8              MR. LA PINTA:  With that, sir, thank you for your

9    time.

10             THE COURT:  Thank you, Mr. La Pinta.

11             Does that conclude the examination?

12             MR. CANTY:  Yes, your Honor.  Thank you.

13             THE COURT:  Thank you very much.

14             THE WITNESS:  Thank you, your Honor.

15             THE COURT:  You may step down.  You are excused.

16             Other than the question of the recordings, is

17   there any further evidence to be presented by the defense at

18   this point?

19             MR. LA PINTA:  Not in my direct case, no.

20             Could I ask a question?

21             THE COURT:  Yes, sir.

22             MR. LA PINTA:  The government suggested during the

23   morning break that we do the tape playing with your Honor

24   today, the defense tape playing today, and that I provide

25   you with a transcript, as the government has a copy, and we

268

1    can listen and read together to see whether or not it is

2    accurate, and we can all make our own assessment of it.  If

3    it turns out to be inaccurate, they will certainly bring it

4    to your attention, and I'm sure you would see that as well.

5    With that said, I think that's a fine idea.  I would like to

6    do that now before I rest.

7              MR. CANTY:  Your Honor, if I could just inquire

8    about how long do you think that will take?

9              MR. LA PINTA:  Not that wrong.  There are around

10   15 to 20 snippets.  But when I tell you the snippets are

11   five seconds long to 20 seconds long, the number 20 may seem

12   a long time, but I would say in time I think it would take

13   20 minutes.

14             MR. DuCHARME:  That's acceptable from my point of

15   view.  My only concern is we have two witnesses we would

16   like to present live testimony today and complete the

17   hearing.  We think we can get our witnesses up and down in

18   an hour and a half.  As long as this proposed schedule fits

19   within the court's proposed schedule today, we have no

20   objection.  We need to end today in the middle of an

21   examination of a live witness.

22             THE COURT:  One of the problems left today is that

23   I have to leave here at four o'clock, number one.

24             Number two, with respect to the tapes, some of

25   them -- because typically as we know the foundation is laid,

269

1  the participant of the conversation would identify who is

2  saying -- which voice is being heard, which I, for instance,

3  when you played it before, I had no idea who was who.  Do

4  you know what I mean?  So, I'm not sure what you are telling

5  me.  You are telling me to play the snippets, which are

6  20 minutes.

7         MR. LA PINTA:  Around there.

8         THE COURT:  You have two witnesses, which are live

9  witnesses, that you want to be on today.  You won't be able

10 to complete them, given the time constraints I just

11 mentioned.  Maybe we can do the snippets and have the one

12 witness, and then pick a particular day next week and have

13 the second witness.

14        MR. DuCHARME:  I have a couple of suggestions for

15 our collective considerations.  One is, I believe that

16 Mr. La Pinta is going to play excerpts of recordings that he

17 has referenced and quoted in his sentencing submissions,

18 without a live witness to provide context other than

19 explain.  The government frankly has no objection to the

20 recordings that Mr. La Pinta is referring to being admitted

21 as an exhibit in this proceeding.

22        (Continued on the next page.)

23

24

25

270

1          MR. DUCHARME (Cont'd):  We are willing to accept

2     that the transcripts are at least good faith drafts that

3     are designed to assist the court in reviewing those

4     materials.

5          So I'm not entirely sure what playing them in

6     this environment absent the testimony of a witness to

7     explain them contributes to the hearing if we are willing

8     to just stipulate that they may come in, that the court

9     may consider them, that the draft transcripts may assist

10    the court.

11         So, your Honor, we would be willing to stipulate

12    that those are admissible for the court's consideration

13    and then proceed with the live witness and the court can

14    consider both the transcripts and the recordings as part

15    of the complete record.  It's my suspicion that may be the

16    most efficient way to deal with this, but we are open to

17    any suggestion.

18         THE COURT:  But the live witness would focus his

19    or her testimony at least in part on what appears in these

20    audio transcripts?

21         MR. DUCHARME:  Ours will, yes.  Our witness is

22    able to explain the context, certain terms through his

23    experience and training, what certain terms mean, and in

24    that way we think our live witness contributes and

25    complements the recordings.

271

1        If what Mr. La Pinta is saying I just want these

2  recordings in as part of the record and I want my proposed

3  transcripts to be part of the court's consideration, we

4  have no objection to that.  We think your Honor should be

5  entitled to consider any of the recordings that the

6  defense wants to offer.

7        MR. LA PINTA:  I guess my response is that I

8  have the same ambitions and desires for you to hear these

9  in open court as they do and which they plan on doing in a

10  little while.

11        I just feel instinctively that perhaps I'm at a

12  disadvantage that if you hear live recordings of

13  Mr. Kaliebe and the operative on their end and you don't

14  hear them from my end, that perhaps they would have a

15  different impact on you in your assessment of the

16  relevance and importance of the case.

17        In other words, reading it is a whole lot

18  different than hearing it.

19        THE COURT:  Yes, by thought what you were going

20  to do was play them.

21        MR. DUCHARME:  We have no objection to that,

22  your Honor.

23        MR. LA PINTA:  Let's try that.

24        If you want to call your witness first and we

25  can get him done, I have no problem with that as well.

272

1          MR. DUCHARME:  I think it would be our

2     preference, Judge, if we have to take your suggestion,

3     which is to play these tapes, call our first witness and

4     then resume this hearing at a later date to be determined

5     by the court, that's perfectly fine.

6          We want a complete record.

7          THE COURT:  That's what we'll do, then.

8          Someone is going to have to identify who is

9     speaking because I have no idea.

10          MR. LA PINTA:  I will.

11          So to facilitate what's being said, I don't know

12     if you have my February 16th, 2015 submission in front of

13     you.

14          THE COURT:  I do.

15          MR. LA PINTA:  If you do, I'll direct you to

16     page five of the body of it and that will identify which

17     recordings I'm playing beforehand, the parties and, in my

18     assessment, the relevance of it, if that's okay with you.

19          THE COURT:  I'm looking at page five of the

20     February 16th letter.

21          MR. LA PINTA:  Yes.

22          I'm going to start on page five and I'll give

23     the disk number, the date and the time stamp of each

24     recording, identify the parties and my relevance statement

25     regarding that.

273

1          MR. DUCHARME:  Your Honor, the only objection we

2    would have would be long argumentative statements of

3    relevance.

4          Those can certainly be made in the briefs.  We

5    would hope we could use this time to complete the record.

6          THE COURT:  What I they we ought to do is get

7    the evidence before the court, absent contemporaneous

8    commentary we can have a summation at the conclusion or

9    whatever.

10          But I don't --

11          MR. LA PINTA:  Perhaps offer you on page five

12    you can look at what's on the right side of the chart

13    that's labeled relevance, that's all I'm looking to say,

14    it's one sentence for each recording.

15          MR. DUCHARME:  And that's clearly argument,

16    Judge.

17          THE COURT:  That's clearly argument.  So that I

18    don't need.

19          Plus I have it in a written summation plus I

20    will hear from counsel later.

21          MR. LA PINTA:  I guess my question is how is it

22    different than their witness explaining it and arguing it

23    from that witness's point of view?

24          THE COURT:  Well, No. 1, it's not appropriate

25    for the court to get into a debate.

274

1          I'm certainly prepared to explain any ruling I

2     make, but we are not going to get into that type of

3     dialogue.

4          MR. LA PINTA:  Thank you.

5          THE COURT:  And I guess the difference is you

6     are not a participant to the conversations.  You are an

7     individual who has listened to the tape and you have drawn

8     as an advocate and appropriately certain conclusions as to

9     the significance of the information.

10          The person who participates in the conversation

11     will not be able to indicate, for instance, this is where

12     I tried to do X, Y, and Z.  I wouldn't permit that, but he

13     will be able to identify the attendant circumstances, who

14     was present, the length of time involved, that type of

15     thing.  One is argument, the other is factual assertions

16     from somebody with firsthand information.  That's the

17     difference.

18          Now that I just explained we are not going to

19     have argument, you got one half of the argument anyway and

20     we'll end it at that point.

21          MR. LA PINTA:  Very good.

22          We are loading up the computer.  First referring

23     to disk five, May 2, 2012, from the times 2100 to 2230,

24     the participants are UC 1 and Justin Kaliebe.

25          (Tape played.)

275

1          (Tape stopped.)

2          MR. LA PINTA:  The next recording is the same

3    day, May 2, 2012, from two minutes and 19 seconds, two --

4    I'm sorry -- hour 2:19:45 between UC 1 and Justin Kaliebe.

5          (Tape played.)

6          (Tape stopped.)

7          MR. LA PINTA:  The next recording, No. 3, is

8    disk nine, part B, June 1, 2012, time stamp 2-36,

9    Justin Kaliebe speaking to the UC 1.

10          (Tape played.)

11          (Tape stopped.)

12          MR. LA PINTA:  The next one is on page six of my

13    submission, top of the page, time stamp 51-43, spoken by

14    UC 1.

15          (Tape played.)

16          (Tape stopped.)

17          MR. LA PINTA:  No. 5 is the one below that, time

18    stamped 54:55, spoke by UC 1 to Justin Kaliebe.

19          (Tape played.)

20          (Tape stopped.)

21          MR. LA PINTA:  I direct your attention now to

22    the middle of page six, disk No. 11, time stamp 2:40 to

23    2:41, speaker UC 1 and Mr. Kaliebe.

24          MR. DUCHARME:  I'm sorry, if I can just

25    interrupt for one second.

276

1          Your Honor, we are hearing discrepancies between

2    what we are hearing on the recording and what we are

3    seeing in the transcript.  We will obviously defer to the

4    court on whether or not the transcripts are accurate.  But

5    we have to preserve an objection to some of what's in the

6    transcript.

7          From our point of view it's not matching up.

8          THE COURT:  If you are going to preserve the

9    objection in any meaningful fashion, you are going to

10   indicate the particular language that you find is suspect

11   in the sense you don't agree with what was said on the

12   tape.

13         MR. DUCHARME:  Yes, your Honor.

14         Well, with respect to the last recording that we

15   heard, we were trying to closely track what's in the

16   written submission on page six with what we heard on the

17   recording, and we heard a significant discrepancy between

18   what we read and what we heard and, in particular, there

19   is a line that says we can talk about how we can get ready

20   for the trip in the context of other statements.

21         And we could not follow the recording with what

22   we were seeing here.  That's a specific objection.

23         THE COURT:  That's the entry of 54:55.

24         MR. DUCHARME:  That's correct, your Honor.

25         The other discrepancies we heard, I think, are

277

1   arguably not material.  So we don't see a need to

2   specifically preserve those.

3           THE COURT:  This one I will put a question mark

4   to and it can be appropriately addressed later.

5           MR. DUCHARME:  Thank you, your Honor.

6           MR. LA PINTA:  I direct the court's attention to

7   page seven, disk 15, September 12, 2012, time stamped 5:45

8   through seven minutes.

9           (Tape played.)

10          (Tape stopped.)

11          MR. LA PINTA:  I direct the court's attention to

12  disk 16, dated September 14, 2012, time stamp 1:45 by UC

13  1.

14          This is now recording No. 8.

15          (Tape played.)

16          (Tape stopped.)

17          MR. DUCHARME:  Your Honor, we'd like to preserve

18  an objection to the transcript that we just heard with the

19  last recording.

20          Again, we are doing our best to track it, but I

21  could not match up what we heard to what's in the

22  transcript.

23          THE COURT:  The entry I should look at is time

24  stamped what?

25          MR. DUCHARME:  1:45 on disk 16.

278

1          THE COURT:  I put a question mark next to that.

2          MR. DUCHARME:  Thank you, your Honor.

3          THE COURT:  I will note that when we started

4    this exercise the government said that they felt that the

5    transcripts were sufficiently accurate to warrant being

6    played.

7          I have no problem with this, but I just note

8    typically there would be a witness on the stand but, in

9    any event, we'll proceed as we are.

10         MR. DUCHARME:  Thank you, your Honor.

11         THE COURT:  And if anybody wants to change the

12   procedure, we can revisit it at the appropriate time.

13         Go ahead, Mr. La Pinta.

14         MR. LA PINTA:  I apologize.

15         These recordings are not the best and I spent a

16   ton of time trying to be accurate and I appreciate your

17   patience, your Honor.

18         THE COURT:  Yes, sir.

19         MR. LA PINTA:  No. 9 is time stamped 1:49 by UC

20   1, again disk 16, September 14, 2012.

21         (Tape played.)

22         (Tape stopped.)

23         MR. LA PINTA:  I direct your attention to page

24   eight, recording No. 10 is at the top of that page, time

25   stamp 1:15:20 involving Mr. Kaliebe and UC 1.

279

1              (Tape played.)

2              (Tape stopped.)

3              MR. LA PINTA:  I direct your attention to disk

4     23 on page eight, same page, December 11, 2012, time stamp

5     2:31.

6              This is recording No. 11.

7              (Tape played.)

8              (Tape stopped.)

9              MR. LA PINTA:  Please turn to page nine, time

10    stamp 2:56 between UC 1 and Mr. Kaliebe.

11             Once again, this is disk 23, December 11, 2012,

12    recording No. 12.

13             (Tape played.)

14             (Tape stopped.)

15             MR. LA PINTA:  Judge, I'm going to withdraw that

16    one.  Apparently there is a problem with the recording in

17    that one.

18             THE COURT:  Yes, sir.

19             MR. LA PINTA:  I withdraw No. 12.

20             I direct your attention to time stamp 10 to

21    10:40, between Mr. Zea, UC 1 and Justin.  I offer this as

22    recording 13.

23             (Tape played.)

24             (Tape stopped.)

25             MR. LA PINTA:  I direct your attention to page

280

1    ten, disk No. 29 dated January 11, 2013, time stamp

2    1:03:54, speaker is UC 1, No. 15, tape recording No. 15.

3              (Tape played.)

4              (Tape stopped.)

5              MR. LA PINTA:  I will consent that the

6    audibility, in light of what's been played in the

7    courtroom, is almost impossible.

8              I will withdraw No. 15.

9              THE COURT:  All right.

10              MR. LA PINTA:  Just so you understand and for

11    the record, your Honor, when I made these transcripts I

12    was wearing earphones and I was able to direct the speed

13    of it to be slower.

14              THE COURT:  Yes.

15              MR. LA PINTA:  I'm not able to do that here

16    obviously, so it's a little bit different than when I

17    first heard.

18              I direct your attention to the same page ten,

19    disk 29, dated January 11, 2013, time stamp 1:06.  This is

20    recording No. 16 between UC 1 and Mr. Kaliebe.

21              (Tape played.)

22              (Tape stopped.)

23              MR. LA PINTA:  I direct your attention to page

24    11, the last page, top of the page we are referring once

25    again to disk 29, January 11, 2013, time stamp 2:33, a

281

1    recording of Mr. Kaliebe.

2              I offer this as recording No. 17.

3              (Tape played.)

4              (Tape stopped.)

5              MR. LA PINTA:  Below that at time stamp 2:35,

6    also on the same disk No. 29 dated January 11, 2013

7    involving UC 1 and Justin Kaliebe.

8              This is recording No. 18.

9              (Tape played.)

10             (Tape stopped.)

11             MR. LA PINTA:  I refer you to the same page 11,

12   disk 31, January 16, 2013, time stamp 3:35, I offer this

13   as recording 19 involving UC 1 and Justin.

14             (Tape played.)

15             (Tape stopped.)

16             MR. LA PINTA:  Lastly, but not leastly, No. 20

17   is disk 31, January 16, 2013, time stamp 1:27, UC 1 and

18   Justin.

19             (Tape played.)

20             (Tape stopped.)

21             MR. LA PINTA:  That concludes my recordings.

22             Thank you.

23             THE COURT:  Very good.

24             MR. LA PINTA:  I hope they were valuable to the

25   court.

282

1            THE COURT:  I'm sorry.  I didn't hear.

2            MR. LA PINTA:  I said I hope they were valuable

3     to a certain extent.

4            THE COURT:  Yes, sir.

5            MR. DUCHARME:  Your Honor, if I may.

6            I have been conferring with Mr. Canty and here

7     is the situation we have.  We have two witnesses.  We

8     don't believe we can complete the testimony of either

9     witness in the remaining time.  We are mindful of the

10    court's time certainly and if it's your preference we

11    begin a witness, we will do it, Judge.

12           But I think it would be our suggestion that we

13    might pick a mutually-agreeable date given the hour when

14    we can resume because of the importance of this matter

15    unfortunately to both sides.

16           THE COURT:  I think that's reasonable, some type

17    of continuity with the next two witnesses is preferable to

18    having it bifurcated and truncated in some way.

19           What I'll ask you to do is check with Ms. Lundy

20    and she'll check with our schedule and tell you what time

21    is available.  She will set it aside and even add some

22    other extra so we don't run out of time on the next

23    occasion.

24           MR. CANTY:  Thank you, Judge.

25           MR. DUCHARME:  Thank you, your Honor.

283

1            MR. LA PINTA:  Thank you, your Honor.

2            THE COURT:  Thank you, everybody.

3            THE CLERK:  We are adjourning the case to July

4   19th at 10 a.m.

5            (The trial was adjourned until Tuesday, July

6   19th, 2016, at 10 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2

3    Witnesses                                        Page

4

5    B I L A L   H I T O                              150

6    DIRECT EXAMINATION

7    BY MR. La PINTA                                  150

8    CROSS-EXAMINATION

9    BY MR. DuCHARME                                  170

10

11   A L E X A N D E R   B A R D E Y                  188

12   DIRECT-EXAMINATION

13   BY MR. LAPINTA                                   189

14   CROSS-EXAMINATION

15   BY MR. CANTY                                     231

16   REDIRECT EXAMINATION

17   BY MR. LA PINTA                                  263

18

19                        E X H I B I T S

20                                                    Page

21

22   Defendant's Exhibit I-A and I-B, received in evidence   200

23   People v. Oliver                                 244

24

25

## 1

**1** [20] - 146:8, 229:19, 273:24, 274:24, 275:4, 275:8, 275:9, 275:14, 275:18, 275:23, 277:13, 278:20, 278:25, 279:10, 279:21, 280:2, 280:20, 281:7, 281:13, 281:17
**10** [6] - 250:21, 265:13, 278:24, 279:20, 283:4, 283:6
**100** [1] - 245:14
**1000** [1] - 154:15
**101** [1] - 262:24
**104** [1] - 176:11
**104(b)** [1] - 175:4
**106** [1] - 148:19
**10:00** [1] - 146:9
**10:40** [1] - 279:21
**11** [10] - 275:22, 279:4, 279:6, 279:11, 280:1, 280:19, 280:24, 280:25, 281:6, 281:11
**11:30** [1] - 189:2
**12** [4] - 257:15, 277:7, 279:12, 279:19
**12-year-old** [1] - 265:14
**13** [3] - 197:8, 226:16, 279:22
**13-CR-72(DRH** [1] - 146:4
**14** [4] - 197:8, 226:17, 277:12, 278:20
**15** [11] - 189:1, 204:9, 215:16, 229:24, 234:9, 234:24, 268:10, 277:7, 280:2, 280:8
**150** [2] - 284:5, 284:7
**16** [15] - 156:1, 157:11, 171:3, 171:5, 185:2, 197:6, 203:12, 204:9, 209:12, 277:12, 277:25, 278:20, 280:20, 281:12, 281:17
**16th** [2] - 272:12, 272:20
**17** [5] - 203:12, 207:13, 209:12, 226:15, 281:2
**170** [1] - 284:9
**18** [3] - 207:13, 226:15, 281:8
**188** [1] - 284:11
**189** [1] - 284:13
**19** [3] - 226:15, 275:3, 281:13
**1992** [1] - 190:7
**19th** [2] - 283:4, 283:6
**1:03:54** [1] - 280:2
**1:06** [1] - 280:19
**1:15:20** [1] - 278:25
**1:27** [1] - 281:17
**1:45** [2] - 277:12, 277:25
**1:49** [1] - 278:19

## 2

**2** [5] - 180:14, 185:15, 229:25, 274:23, 275:3
**2-36** [1] - 275:8
**20** [12] - 183:20, 185:23, 186:11, 189:1, 189:8, 245:13, 268:10, 268:11, 268:13, 269:6, 281:16
**200** [1] - 284:22

**2000** [1] - 154:15
**2003** [1] - 191:19
**2010** [1] - 262:7
**2011** [7] - 152:10, 154:7, 155:15, 164:7, 218:5, 262:10, 262:15
**2012** [10] - 180:14, 185:15, 274:23, 275:3, 275:8, 277:7, 277:12, 278:20, 279:4, 279:11
**2013** [13] - 152:11, 164:7, 167:16, 167:21, 170:10, 193:11, 256:21, 280:1, 280:19, 280:25, 281:6, 281:12, 281:17
**2014** [5] - 199:19, 199:20, 226:5, 234:9, 246:10
**2015** [2] - 185:2, 272:12
**2016** [2] - 146:8, 283:6
**20s** [1] - 226:19
**2100** [1] - 274:23
**2230** [1] - 274:23
**23** [3] - 194:9, 279:4, 279:11
**231** [1] - 284:15
**244** [1] - 284:23
**25** [2] - 199:19, 207:14
**26** [1] - 252:5
**260** [1] - 244:16
**263** [1] - 284:17
**29** [5] - 199:20, 280:1, 280:19, 280:25, 281:6
**2:19:45** [1] - 275:4
**2:31** [1] - 279:5
**2:33** [1] - 280:25
**2:35** [1] - 281:5
**2:40** [1] - 275:22
**2:41** [1] - 275:23
**2:56** [1] - 279:10
**2d** [1] - 244:15

## 3

**3** [1] - 275:7
**30** [1] - 244:19
**31** [2] - 281:12, 281:17
**3:35** [1] - 281:12

## 4

**400** [1] - 154:12
**45** [2] - 234:25, 238:15
**45-minute** [1] - 239:13

## 5

**5** [2] - 180:15, 275:17
**50** [1] - 245:17
**500** [1] - 154:12
**51-43** [1] - 275:13
**54:55** [2] - 275:18, 276:23
**5:45** [1] - 277:7

## 6

**6** [1] - 207:13
**60** [2] - 193:4, 245:17
**60/40** [1] - 244:23
**631** [1] - 146:22

## 7

**70** [3] - 193:5, 244:18, 245:18
**70/30** [1] - 244:23
**712-6105** [1] - 146:22

## 8

**8** [2] - 265:13, 277:14
**80** [3] - 245:13, 245:19, 245:22
**8th** [2] - 251:5, 251:7

## 9

**9** [1] - 278:19
**9/11** [1] - 221:1
**991** [1] - 244:15

## A

**a.m** [3] - 146:9, 283:4, 283:6
**ability** [16] - 213:24, 222:23, 228:23, 229:11, 236:12, 237:25, 238:5, 238:8, 238:9, 238:12, 241:7, 241:12, 251:5, 257:23, 265:9
**able** [21] - 158:15, 160:8, 182:21, 187:7, 207:2, 216:2, 218:8, 228:13, 253:19, 254:13, 255:3, 256:14, 260:2, 260:25, 267:5, 269:9, 270:22, 274:11, 274:13, 280:12, 280:15
**abnormal** [1] - 196:22
**abroad** [1] - 221:11
**absence** [2] - 201:15, 215:7
**absent** [2] - 270:6, 273:7
**absolutely** [13] - 161:8, 168:9, 169:1, 169:4, 204:1, 204:14, 204:23, 218:2, 218:16, 225:15, 256:1, 256:3
**abundantly** [1] - 148:2
**abuse** [4] - 200:21, 210:10, 214:16, 266:18
**abusive** [1] - 197:21
**accept** [3] - 148:21, 173:1, 270:1
**acceptable** [1] - 268:14
**acceptance** [2] - 218:15, 218:25
**accepted** [3] - 259:3, 259:4, 259:9
**accepting** [2] - 184:24, 197:23
**access** [1] - 234:25
**according** [1] - 204:18
**account** [2] - 210:12, 233:15
**accounts** [1] - 259:14
**accuracy** [1] - 182:15
**accurate** [8] - 186:23, 187:8, 231:17, 241:21, 268:2, 276:4, 278:5, 278:16

**accurately** [3] - 239:18, 239:25, 259:6
**acknowledge** [1] - 266:16
**acoustics** [1] - 180:9
**act** [8] - 228:24, 229:3, 235:23, 236:1, 237:13, 237:14, 242:14, 243:4
**acted** [2] - 156:19, 160:15
**acting** [1] - 226:21
**action** [1] - 172:24
**actions** [4] - 203:14, 236:25, 237:2, 256:7
**activities** [12] - 153:6, 153:8, 163:20, 168:20, 168:22, 168:25, 169:16, 175:19, 246:16, 248:16, 256:12, 256:14
**acts** [6] - 220:17, 221:1, 221:22, 222:24, 224:13, 261:3
**add** [1] - 282:21
**addendum** [1] - 199:19
**addition** [6] - 153:4, 156:24, 200:12, 202:23, 203:2, 246:1
**additional** [3] - 201:25, 239:8, 243:8
**additionally** [1] - 250:25
**addressed** [1] - 277:4
**adjacent** [1] - 163:6
**adjourned** [1] - 283:5
**adjourning** [1] - 283:3
**administer** [3] - 239:2, 239:3, 240:2
**administered** [2] - 239:14, 263:18
**administers** [1] - 256:22
**administration** [1] - 152:2
**admissible** [1] - 270:12
**admit** [2] - 240:1, 258:12
**admitted** [2] - 253:14, 269:20
**adolescence** [1] - 250:9
**adolescent** [4] - 196:5, 201:22, 202:13, 205:8
**adolescents** [2] - 154:19, 161:10
**adult** [2] - 196:6, 226:17
**adults** [2] - 154:20, 161:10
**advancing** [1] - 169:15
**advice** [3] - 172:18, 172:20, 172:23
**advocate** [2] - 205:22, 274:8
**affect** [2] - 213:23, 231:20
**affiliated** [2] - 155:22, 169:9
**afflicted** [1] - 211:17
**afraid** [1] - 252:9
**afternoon** [5] - 188:25, 229:22, 231:3, 231:8, 231:9
**age** [21] - 154:19, 154:21, 157:12, 162:20, 171:3, 171:9, 196:15, 197:6, 197:8, 197:20, 203:12, 204:9, 207:14, 209:12, 215:16, 226:15, 226:22, 248:17, 250:11, 257:15, 265:7
**aggressive** [1] - 212:23
**ago** [1] - 245:6
**agree** [31] - 155:9, 162:24, 165:14, 167:17, 173:11, 182:20, 182:22, 184:10, 184:12, 188:6, 198:6, 203:22, 205:3, 217:23, 232:2, 233:1, 233:9,

233:21, 237:3, 237:7, 237:11, 239:16, 240:25, 243:20, 247:1, 255:19, 259:25, 260:3, 264:13, 265:5, 276:11
**agreeable** [1] - 282:13
**agreed** [2] - 161:21, 182:3
**agreement** [2] - 181:11, 182:10, 182:23
**ahead** [3] - 175:7, 188:3, 278:13
**aid** [1] - 187:25
**aided** [1] - 146:25
**ailments** [2] - 195:25, 203:23
**air** [1] - 165:1
**al** [7] - 179:15, 243:5, 252:10, 261:11, 261:14, 261:25, 262:6
**Al** [4] - 179:16, 222:19, 222:22
**Al-Qaeda** [3] - 222:19, 222:22
**al-Qaeda** [5] - 243:5, 252:10, 261:11, 261:14, 262:6
**al-Sharia** [1] - 179:15
**al-Shariq** [1] - 261:25
**alcohol** [2] - 214:12, 251:2
**alert** [1] - 211:20
**Alexander** [2] - 188:7, 188:19
**alienate** [1] - 214:21
**alienates** [1] - 204:24
**alienating** [1] - 218:20
**allow** [1] - 151:13
**allowance** [1] - 165:25
**almost** [2] - 257:24, 280:7
**alone** [3] - 163:6, 170:14, 197:2
**alternate** [1] - 187:4
**altruistic** [1] - 168:21
**ambitions** [1] - 271:8
**AMERICA** [1] - 146:3
**American** [1] - 167:6
**Americans** [1] - 221:5
**amount** [2] - 164:19, 208:24
**analysis** [1] - 266:1
**angry** [3] - 212:21, 252:13, 252:25
**Ansar** [1] - 179:15
**answer** [10] - 238:23, 238:25, 239:10, 239:22, 240:17, 248:24, 254:4, 254:19, 255:3, 255:6
**answering** [1] - 255:10
**answers** [3] - 160:2, 255:7, 255:13
**antagonistic** [2] - 168:15, 212:20
**ANTHONY** [1] - 146:19
**anticipate** [1] - 229:18
**anticipating** [1] - 188:23
**antidepressant** [3] - 201:21, 204:6, 218:6
**antidepressants** [1] - 218:11
**anxiety** [1] - 208:14
**anytime** [1] - 178:8
**anyway** [1] - 274:19
**apologies** [1] - 189:12
**apologize** [3] - 180:10, 189:11, 278:14
**apparent** [1] - 196:13
**appear** [1] - 167:25
**appeared** [2] - 197:25, 249:21

**appearing** [1] - 185:18
**application** [1] - 193:24
**apply** [2] - 225:13, 228:18
**appointment** [1] - 190:14
**appointments** [4] - 189:24, 190:12, 190:16, 190:21
**appreciate** [8] - 228:23, 229:8, 237:1, 237:6, 238:19, 256:13, 256:14, 278:16
**appreciated** [2] - 236:1, 236:7, 238:18
**appreciating** [5] - 229:6, 235:18, 236:10, 237:16
**appreciation** [1] - 237:12
**appreciative** [1] - 160:14
**approached** [1] - 210:1
**appropriate** [8] - 149:3, 186:3, 210:5, 260:1, 260:6, 260:11, 273:24, 278:12
**appropriately** [2] - 274:8, 277:4
**approval** [3] - 147:12, 149:14, 181:24
**approved** [1] - 174:16
**approximate** [1] - 177:6
**area** [9] - 163:17, 192:1, 193:10, 200:22, 203:13, 204:24, 214:23, 239:2, 248:20
**areas** [2] - 184:13, 256:24
**arguably** [1] - 277:1
**argue** [1] - 207:13
**argued** [1] - 216:9
**arguing** [1] - 273:22
**argument** [6] - 233:13, 273:15, 273:17, 274:15, 274:19
**argumentative** [1] - 273:2
**army** [2] - 217:2, 221:25
**arrange** [1] - 158:10
**arrest** [7] - 178:23, 179:1, 203:12, 205:14, 206:9, 212:6, 262:12
**arrested** [12] - 165:11, 212:5, 212:7, 235:24, 236:5, 240:22, 241:17, 243:12, 243:18, 256:19, 257:6
**arrogant** [1] - 165:8
**articles** [2] - 191:25, 216:23
**articulating** [1] - 181:3
**aside** [2] - 260:14, 266:21, 282:21
**aspect** [2] - 219:13, 225:25, 226:3
**aspects** [3] - 174:9, 201:3, 219:9
**Asperger** [2] - 209:6, 214:23, 227:14, 228:25
**Asperger's** [22] - 197:17, 202:1, 202:9, 202:18, 202:19, 204:8, 204:10, 204:11, 204:14, 206:24, 207:1, 207:7, 246:11, 246:12, 248:3, 255:16, 255:20, 256:11, 256:23, 256:24, 257:5, 257:21
**assault** [1] - 266:19
**assertions** [1] - 274:15
**assessing** [1] - 147:19
**assessment** [4] - 220:14, 268:2, 271:15, 272:18
**assist** [3] - 194:25, 270:3, 270:9
**assistance** [1] - 182:8
**Assistant** [1] - 146:17

**assisting** [1] - 181:17
**associate** [2] - 156:18, 196:23
**Associate's** [2] - 152:1, 152:4
**associated** [2] - 203:3, 203:5
**associating** [1] - 197:2
**assume** [3] - 174:2, 174:11, 180:20
**assumed** [1] - 164:12
**assuming** [1] - 187:19
**assumption** [1] - 240:3
**attached** [3] - 183:9, 199:21, 215:6
**attempting** [1] - 243:4
**attend** [3] - 152:3, 158:15, 163:20
**attendance** [1] - 173:10
**attendant** [1] - 274:13
**attended** [3] - 164:13, 169:20, 190:4
**attendee** [1] - 172:3
**attending** [4] - 147:15, 161:1, 169:13, 206:14
**attention** [15] - 155:15, 167:15, 209:22, 209:23, 227:7, 268:4, 275:21, 277:6, 277:11, 278:23, 279:3, 279:20, 279:25, 280:18, 280:23
**attitude** [1] - 168:14
**Attorney** [2] - 146:16, 193:9
**attorney** [1] - 249:14
**Attorney's** [1] - 193:9
**Attorneys** [1] - 146:17
**attorneys** [1] - 246:2
**attract** [1] - 165:2
**attraction** [1] - 156:25
**audibility** [2] - 182:23, 280:6
**audible** [1] - 184:15
**audio** [3] - 180:19, 186:3, 270:20
**authentic** [1] - 148:22
**author** [1] - 191:23
**authorities** [4] - 165:11, 175:9, 175:10, 260:13
**authority** [2] - 260:22, 261:14
**Autism** [6] - 227:15, 227:24, 246:4, 246:7, 246:11, 255:15
**autism** [4] - 197:16, 202:2, 256:18, 266:8
**autobiography** [1] - 217:8
**available** [3] - 183:22, 244:11, 282:21
**average** [11] - 237:18, 237:23, 238:1, 238:6, 238:8, 238:9, 238:12, 250:14, 250:15, 250:23
**aware** [18] - 148:2, 149:25, 161:25, 165:10, 173:20, 173:22, 174:11, 174:14, 205:7, 212:4, 215:19, 248:11, 249:7, 261:18, 261:24, 262:13, 262:17, 263:21
**awkward** [1] - 156:13
**awkwardness** [1] - 159:7
**axiomatic** [1] - 187:16

### B

**B-A-R-D-E-Y** [1] - 188:19

**B-i-l-a-l** [1] - 150:14
**babies** [1] - 154:21
**Babylon** [4] - 215:12, 215:24, 216:5, 216:16
**Bachelor's** [2] - 152:2, 190:3
**background** [2] - 151:25, 190:1
**bad** [3] - 196:4, 196:6, 197:3
**balance** [1] - 193:5
**bank** [1] - 257:24
**Bardey** [11] - 149:7, 188:7, 189:18, 192:21, 193:11, 209:23, 215:10, 229:14, 231:8, 263:16, 267:4
**Bardey's** [2] - 192:15, 199:16
**base** [2] - 208:19, 232:2
**based** [14] - 157:4, 161:6, 192:15, 205:3, 227:24, 235:11, 241:18, 246:19, 246:21, 246:22, 246:23, 246:25, 261:8
**basis** [3] - 163:19, 163:20, 214:15
**Bay** [4] - 147:15, 152:8, 163:19, 222:3
**bearing** [1] - 222:22
**became** [11] - 160:19, 171:14, 171:18, 175:20, 191:11, 191:13, 191:16, 209:22, 216:24, 250:8, 260:11
**become** [2] - 158:21, 247:19
**becomes** [2] - 207:9, 207:16
**becoming** [4] - 153:25, 155:22, 160:13, 225:18
**bedroom** [1] - 197:2
**BEFORE** [1] - 146:13
**beforehand** [2] - 226:14, 272:17
**befriended** [1] - 222:6
**began** [2] - 190:22, 262:17
**begin** [4] - 147:10, 150:20, 194:3, 282:11
**behalf** [4] - 243:5, 244:19, 245:12, 245:23
**behaving** [1] - 242:24
**behavior** [4] - 174:2, 197:22, 210:13, 246:24
**behavioral** [2] - 209:21, 215:4
**behaviors** [1] - 225:21
**beliefs** [1] - 261:24
**believes** [1] - 260:6
**Bellevue** [2] - 190:25, 191:6
**belonging** [1] - 221:15
**below** [2] - 275:17, 281:5
**belt** [1] - 159:16
**benefit** [1] - 147:18
**Berger** [1] - 256:17
**best** [7] - 154:7, 181:16, 184:5, 212:22, 235:8, 277:20, 278:15
**better** [8] - 216:2, 219:14, 221:21, 242:6, 242:8, 242:14, 255:8, 259:21
**between** [18] - 173:21, 174:1, 174:9, 174:15, 177:5, 178:7, 178:10, 180:18, 191:20, 206:7, 251:23, 262:11, 275:4, 276:1, 276:17, 279:10, 279:21, 280:20
**Bial** [1] - 147:14

**BIAL** [1] - 147:14
**bias** [3] - 233:3, 233:4, 242:18
**bidding** [1] - 155:7
**bifurcated** [1] - 282:18
**big** [1] - 229:9
**bigger** [1] - 170:15
**Bilal** [1] - 150:13
**Bin** [1] - 261:25
**biological** [1] - 214:16
**Biology** [1] - 190:4
**birth** [4] - 169:12, 196:10, 210:8, 232:12
**bit** [11] - 147:11, 153:15, 156:15, 157:21, 158:13, 159:9, 165:16, 179:4, 212:16, 228:14, 280:16
**bizarre** [1] - 203:3
**bladder** [1] - 197:5
**blanket** [1] - 256:15
**block** [1] - 163:7
**blocks** [1] - 203:10
**blood** [1] - 209:18
**board** [3] - 190:10, 190:11, 243:4
**BOCES** [1] - 194:17
**body** [6] - 156:24, 159:14, 197:11, 201:13, 201:16, 272:16
**body's** [1] - 197:10
**bond** [1] - 180:18
**bone** [1] - 201:17
**book** [1] - 246:9
**books** [1] - 216:22
**born** [3] - 195:24, 201:6, 232:11
**Borrel** [1] - 263:22
**bothering** [1] - 213:13
**bowel** [1] - 197:7
**boy** [1] - 165:8
**boy's** [1] - 265:2
**brain** [4] - 201:12, 207:14, 226:8, 226:18
**brash** [1] - 165:9
**break** [3] - 188:23, 188:25, 267:23
**breakdown** [1] - 244:24
**Brentwood** [10] - 215:17, 216:1, 216:6, 216:17, 218:8, 218:18, 247:14, 262:8, 262:18, 262:19
**briefly** [2] - 157:23, 263:16
**briefs** [1] - 273:4
**brightens** [1] - 218:10
**bring** [1] - 268:3
**broad** [1] - 223:2
**Bronx** [1] - 192:9
**Brook** [1] - 190:4
**Brooklyn** [5] - 163:18, 163:19, 190:19, 190:22, 234:7
**brother** [1] - 221:16
**brotherhood** [3] - 221:13, 221:16
**brought** [1] - 224:9
**brute** [1] - 261:14
**building** [1] - 203:10
**built** [2] - 239:20, 239:22
**built-in** [1] - 239:20

**bullied** [4] - 258:9, 258:18, 258:21, 266:16
**bullies** [6] - 213:13, 258:6, 260:17, 260:19, 260:21
**bullying** [3] - 266:12, 266:15, 266:19
**Bureau** [1] - 197:14
**business** [1] - 152:1
**buy** [1] - 225:5
**buying** [1] - 151:9
**BY** [19] - 146:16, 146:19, 150:19, 162:15, 170:5, 174:21, 178:1, 189:17, 208:1, 220:21, 223:19, 224:18, 231:7, 263:15, 284:7, 284:9, 284:13, 284:15, 284:17
**bystander** [1] - 159:24

## C

**calendar** [1] - 177:13
**candor** [1] - 180:25
**cannot** [2] - 254:19, 256:3
**Canty** [8] - 147:3, 229:15, 231:4, 231:9, 263:11, 264:24, 265:16, 282:6
**CANTY** [24] - 146:16, 147:4, 148:20, 183:7, 183:15, 184:3, 185:6, 185:11, 185:15, 192:18, 198:2, 199:2, 220:19, 229:17, 229:21, 230:2, 231:5, 231:7, 244:14, 263:8, 267:12, 268:7, 282:24, 284:15
**Canty's** [1] - 263:17
**capable** [1] - 243:2
**capacities** [1] - 256:11
**capacity** [12] - 154:10, 172:13, 172:16, 228:12, 228:14, 229:12, 235:14, 235:17, 236:24, 263:19, 264:1, 264:4
**CAPERS** [1] - 146:15
**car** [2] - 156:10, 157:13
**careers** [1] - 256:2
**careful** [1] - 225:9, 225:22
**carefully** [1] - 153:16
**carried** [1] - 159:17
**carry** [2] - 241:8, 256:2
**carrying** [1] - 261:3
**case** [30] - 167:5, 187:13, 194:5, 194:8, 200:16, 205:23, 206:4, 206:6, 207:3, 208:17, 211:1, 217:4, 225:2, 226:19, 228:19, 231:25, 232:16, 233:10, 235:19, 235:20, 235:23, 240:7, 242:22, 244:5, 244:6, 247:23, 248:21, 267:19, 271:16, 283:3
**cases** [3] - 192:24, 207:4, 241:1
**categorize** [1] - 168:6
**CAUSE** [1] - 146:12
**caused** [7] - 202:7, 206:16, 209:8, 215:19, 216:14, 228:22, 246:17
**causes** [1] - 206:17
**causing** [3] - 201:10, 201:13, 201:14
**ceiling** [1] - 196:7
**celebrate** [1] - 155:13
**cells** [1] - 224:6

**Center** [1] - 189:23
**center** [3] - 190:6, 207:4, 209:19
**Central** [1] - 146:6
**Century** [1] - 216:21
**ceremonies** [1] - 155:8
**certain** [28] - 148:13, 151:13, 156:22, 156:23, 159:9, 165:22, 173:21, 174:9, 174:14, 204:12, 208:8, 211:24, 214:8, 219:4, 222:24, 225:21, 233:3, 235:4, 235:6, 240:2, 242:24, 242:25, 257:17, 259:8, 270:22, 270:23, 274:8, 282:3
**certainly** [13] - 148:23, 149:20, 173:24, 198:5, 199:4, 215:8, 233:4, 236:9, 237:12, 268:3, 273:4, 274:1, 282:10
**certainty** [2] - 228:3, 228:11
**certificate** [1] - 232:12
**certifications** [2] - 151:13, 190:8
**certified** [2] - 190:10, 190:11
**cetera** [1] - 172:5
**chair** [1] - 150:21
**chambers** [1] - 181:25
**chance** [2] - 210:6, 226:4
**change** [3] - 241:17, 265:9, 278:11
**changed** [2] - 160:15, 266:2
**changing** [2] - 202:22, 207:15
**chaos** [2] - 202:7, 226:11
**chaotic** [3] - 201:18, 204:4, 215:3
**characteristics** [3] - 201:15, 214:6, 226:10
**characterize** [1] - 259:12
**charge** [1] - 153:7
**charged** [2] - 165:11, 203:15
**charges** [1] - 212:5
**charitable** [1] - 168:21
**chart** [2] - 156:23, 273:12
**check** [2] - 282:19, 282:20
**child** [8] - 160:20, 160:21, 197:22, 202:12, 205:8, 206:18, 247:5, 251:11
**childhood** [4] - 204:4, 213:23, 214:7, 226:11
**children** [7] - 152:17, 152:23, 154:19, 161:9, 196:23, 255:25, 260:4
**chronological** [1] - 226:22
**circle** [3] - 166:1, 166:2, 178:18
**circles** [1] - 165:21
**circuit** [1] - 189:19
**circumstances** [7] - 155:19, 156:3, 157:20, 160:6, 172:17, 197:19, 274:13
**cite** [2] - 250:17, 253:8
**City** [2] - 191:8, 191:9
**Civil** [1] - 247:21
**civil** [3] - 191:14, 245:12, 245:13
**claim** [3] - 253:3, 253:19, 258:9
**claiming** [1] - 236:24
**class** [3] - 216:18, 225:17, 256:10
**clavicle** [1] - 195:25
**clear** [13] - 148:2, 170:8, 180:22, 181:1, 184:20, 186:7, 196:11, 202:3, 203:13, 229:2, 239:12, 257:25, 267:4

**clearer** [1] - 194:25
**clearly** [3] - 150:22, 273:15, 273:17
**CLERK** [1] - 283:3
**client** [1] - 234:25
**clinical** [5] - 208:11, 208:12, 208:18, 249:25, 250:5
**clip** [1] - 180:19
**close** [5] - 150:21, 180:18, 223:25, 226:24, 252:1
**closely** [2] - 151:18, 276:15
**closer** [1] - 262:10
**club** [1] - 260:4
**codifies** [1] - 246:9
**cold** [1] - 170:24
**collateral** [2] - 194:7, 194:20
**collective** [1] - 269:15
**college** [4] - 152:3, 164:13, 164:16
**College** [3] - 152:4, 152:5, 190:14
**color** [1] - 260:5
**combination** [2] - 168:16, 203:1
**comer** [1] - 163:14
**comfortable** [1] - 164:20
**coming** [7] - 153:5, 155:13, 178:3, 203:8, 225:7, 226:2, 242:2
**comment** [5] - 149:13, 173:19, 212:8, 220:22, 221:6
**commentary** [1] - 273:8
**commented** [1] - 179:3
**comments** [1] - 201:24
**commerce** [1] - 152:19
**commit** [2] - 236:2, 237:5
**commitment** [1] - 191:15
**committed** [2] - 228:8, 237:4
**committee** [2] - 153:13, 153:23
**committing** [9] - 233:19, 234:1, 235:14, 235:23, 241:17, 241:24, 242:7, 242:13, 250:10
**common** [4] - 241:11, 242:12, 266:7, 266:15
**communicate** [5] - 238:5, 238:8, 238:10, 241:8, 241:12
**communicating** [3] - 202:19, 247:2, 247:3
**communication** [2] - 202:17, 258:1
**communications** [1] - 246:14
**communities** [1] - 169:18
**Community** [1] - 152:5
**community** [16] - 152:19, 153:5, 160:13, 163:16, 164:2, 169:3, 169:6, 171:11, 171:14, 171:18, 172:12, 172:25, 173:18, 173:19, 174:6, 175:22
**commute** [1] - 163:19
**company** [1] - 166:9
**compare** [2] - 165:4, 171:15, 183:21
**compared** [4] - 165:6, 173:8, 209:14, 210:20
**comparison** [2] - 157:1, 186:16
**compassion** [1] - 259:18
**compassionate** [3] - 213:3, 213:5

**compelled** [3] - 174:24, 223:9, 224:2
**competent** [2] - 223:14, 240:2
**complaining** [1] - 208:13
**complements** [1] - 270:25
**complete** [8] - 151:14, 259:14, 268:16, 269:10, 270:15, 272:6, 273:5, 282:8
**completed** [2] - 199:20, 200:7
**completeness** [1] - 148:25
**completing** [1] - 190:5
**complicated** [2] - 207:4, 227:21
**component** [2] - 155:12, 202:11
**comprehend** [1] - 260:2
**comprehended** [1] - 261:21
**comprehension** [1] - 237:22
**comprehensive** [7] - 193:12, 194:24, 200:9, 208:4, 208:5, 209:1, 209:9
**Computer** [1] - 146:25
**computer** [1] - 274:22
**Computer-aided** [1] - 146:25
**computerized** [1] - 146:25
**concept** [6] - 175:24, 176:7, 220:8, 221:13, 221:25, 228:19
**concern** [4] - 157:11, 180:25, 199:3, 268:15
**concerned** [1] - 187:14
**conclude** [1] - 267:11
**concluded** [1] - 189:15
**concludes** [1] - 281:21
**conclusion** [5] - 181:25, 208:15, 211:6, 227:23, 273:8
**conclusions** [6] - 203:9, 203:22, 205:4, 226:2, 228:6, 274:8
**condition** [4] - 202:5, 211:17, 241:16, 241:23
**conditions** [3] - 202:4, 219:14, 233:12
**conduct** [14] - 188:4, 193:11, 200:24, 203:14, 203:25, 225:18, 227:16, 228:5, 235:18, 236:7, 237:5, 237:6, 238:19, 260:6
**conducted** [5] - 194:20, 208:6, 209:4, 243:15, 263:21
**conducting** [1] - 241:24
**conduit** [1] - 248:1
**conferring** [1] - 282:6
**confirmed** [1] - 243:24
**conflicting** [1] - 258:23
**confused** [1] - 255:5
**congenital** [1] - 204:2
**conjured** [1] - 167:8
**connect** [3] - 217:4, 217:17, 218:9
**connected** [1] - 248:6
**Connecticut** [1] - 192:11
**connection** [6] - 174:9, 174:15, 175:4, 176:1, 211:16, 224:1
**connections** [1] - 247:10
**consent** [4] - 157:16, 192:1, 200:2, 280:5
**consequence** [2] - 229:4, 236:7
**consequences** [5] - 228:24, 235:22,

237:6, 237:13, 256:7
**conservatism** [1] - 165:1
**conservative** [1] - 169:18
**consider** [10] - 147:25, 187:21, 187:24, 205:20, 205:23, 206:2, 246:1, 270:9, 270:14, 271:5
**consideration** [3] - 202:10, 270:12, 271:3
**considerations** [1] - 269:15
**considered** [1] - 240:2
**consistency** [3] - 206:5, 206:6, 210:20
**consistent** [8] - 195:20, 200:16, 206:24, 210:3, 226:6, 229:12, 247:11, 255:9
**consistently** [1] - 202:16
**constraints** [1] - 269:10
**constructed** [1] - 169:12
**construed** [1] - 169:15
**consultant** [1] - 190:18
**consultation** [2] - 191:2, 246:2
**consultations** [3] - 190:23, 191:4, 194:19
**consumed** [1] - 214:11
**consuming** [1] - 247:20
**Cont'd** [2] - 208:1, 270:1
**contact** [9] - 159:8, 170:9, 196:4, 196:6, 211:14, 212:13, 218:25, 251:18, 252:2
**contacts** [1] - 262:15
**contained** [1] - 148:17
**contemporaneous** [1] - 273:7
**contents** [1] - 200:15
**context** [6] - 148:8, 176:4, 236:12, 269:18, 270:22, 276:20
**continued** [3] - 160:12, 177:18, 207:18
**Continued** [2] - 230:6, 269:22
**continues** [1] - 196:6
**continuing** [1] - 196:10
**continuity** [1] - 282:17
**contra** [1] - 245:25
**contract** [1] - 189:21
**contributed** [2] - 201:19, 204:5
**contributes** [2] - 270:7, 270:24
**control** [2] - 197:5, 197:7
**conversation** [11] - 159:8, 187:5, 187:13, 187:22, 212:15, 218:25, 241:8, 241:9, 257:19, 269:1, 274:10
**conversations** [12] - 147:25, 156:5, 158:2, 178:6, 178:10, 178:24, 179:7, 179:10, 179:14, 182:21, 221:15, 274:6
**convert** [1] - 154:3
**converted** [3] - 257:13, 257:14, 262:7
**convey** [1] - 237:25
**coordinator** [2] - 152:18, 153:2
**cope** [2] - 219:14, 219:23
**copy** [4] - 167:7, 183:21, 244:16, 267:25
**cornered** [1] - 223:12
**correct** [114] - 152:24, 154:5, 157:5, 167:12, 171:17, 172:11, 184:9, 193:8, 193:23, 193:25, 195:12, 195:13, 200:14, 203:9, 203:15, 203:16,

210:17, 210:18, 210:22, 222:7, 227:11, 231:14, 231:18, 231:21, 232:4, 232:9, 232:10, 232:17, 232:20, 232:24, 233:15, 233:16, 234:4, 236:8, 236:18, 237:14, 237:19, 237:23, 238:6, 239:1, 239:11, 239:18, 240:8, 240:13, 240:20, 241:4, 241:9, 241:25, 242:4, 242:16, 242:18, 242:23, 243:13, 243:18, 243:19, 243:22, 244:3, 244:12, 245:1, 245:24, 246:5, 246:6, 247:23, 247:24, 248:7, 248:17, 248:18, 248:22, 249:1, 249:3, 249:5, 249:20, 249:22, 250:1, 250:12, 250:15, 251:3, 251:4, 251:12, 251:16, 251:17, 251:24, 252:17, 252:20, 252:21, 252:23, 253:5, 253:25, 254:25, 255:4, 255:17, 255:18, 255:21, 255:23, 256:2, 256:8, 256:19, 257:6, 258:16, 259:11, 259:19, 260:16, 260:23, 261:4, 261:11, 261:12, 263:6, 263:20, 264:8, 264:9, 264:14, 267:6, 267:7, 276:24
**correcting** [1] - 221:4
**correctional** [1] - 195:11
**Corrections** [1] - 191:8
**corrective** [1] - 196:8
**correspond** [2] - 185:24, 188:25
**corresponded** [1] - 177:12
**corroborate** [2] - 232:8, 267:2
**corroborated** [1] - 232:23
**corroboration** [1] - 232:12
**counsel** [8] - 148:21, 183:9, 183:15, 185:11, 185:21, 244:16, 253:7, 273:20
**counseling** [1] - 174:23
**count** [1] - 178:3
**counties** [1] - 192:7
**countries** [1] - 224:7
**country** [2] - 155:7, 243:5
**County** [2] - 152:5, 189:22
**couple** [2] - 156:5, 269:14
**coupled** [1] - 235:12
**course** [19] - 156:20, 157:3, 159:10, 162:16, 167:10, 168:1, 168:10, 192:21, 205:15, 208:2, 220:9, 222:2, 233:14, 241:2, 258:3, 261:16, 262:20, 266:10, 266:14
**COURT** [107] - 146:1, 146:13, 147:2, 147:5, 147:8, 148:11, 148:15, 148:19, 149:2, 149:9, 149:12, 149:15, 149:20, 149:24, 150:4, 150:9, 150:15, 150:17, 161:23, 162:3, 162:7, 162:11, 162:14, 170:1, 173:16, 174:16, 175:3, 175:6, 176:1, 180:4, 180:12, 180:20, 180:23, 181:2, 181:7, 181:11, 181:16, 181:23, 182:7, 182:19, 183:2, 183:13, 183:23, 184:4, 184:10, 184:19, 184:22, 185:9, 185:14, 186:20, 187:12, 188:8, 188:16, 188:20, 189:2, 189:6, 189:12, 192:19, 198:14, 198:16, 198:19, 199:8, 199:15, 199:23, 200:6, 220:20,

223:13, 223:16, 224:15, 229:15, 229:18, 229:22, 230:3, 231:3, 254:21, 263:11, 267:10, 267:13, 267:15, 267:21, 268:22, 269:8, 270:18, 271:19, 272:7, 272:14, 272:19, 273:6, 273:17, 273:24, 274:5, 276:8, 276:23, 277:3, 277:23, 278:1, 278:3, 278:11, 278:18, 279:18, 280:9, 280:14, 281:23, 282:1, 282:4, 282:16, 283:2
**court** [35] - 147:19, 147:21, 148:2, 148:6, 148:17, 149:1, 149:17, 150:1, 150:12, 159:4, 161:16, 161:25, 163:3, 174:18, 182:16, 186:10, 188:18, 191:10, 192:13, 195:19, 198:25, 233:11, 244:8, 244:17, 245:17, 270:3, 270:8, 270:10, 270:13, 271:9, 272:5, 273:7, 273:25, 276:4, 281:25
**Court** [23] - 146:21, 146:22, 180:10, 181:17, 182:24, 183:16, 183:22, 185:3, 186:6, 186:8, 187:24, 189:23, 190:19, 190:22, 192:7, 193:1, 193:24, 194:25, 195:18, 198:4, 199:22, 201:1, 203:16
**Court's** [1] - 180:7
**court's** [7] - 147:24, 268:19, 270:12, 271:3, 277:6, 277:11, 282:10
**Courthouse** [1] - 146:6
**courtroom** [3] - 147:1, 231:2, 280:7
**courts** [2] - 192:4, 192:10
**covered** [1] - 239:6
**crawling** [2] - 196:2, 226:9
**create** [2] - 203:16, 251:10
**created** [3] - 199:4, 215:8, 217:5
**creates** [1] - 204:3
**credible** [2] - 206:10, 258:13
**crime** [4] - 206:1, 234:1, 241:18, 242:8
**crimes** [2] - 165:12, 266:17
**criminal** [6] - 192:24, 242:14, 245:12, 245:13, 245:16, 250:10
**CRIMINAL** [1] - 146:12
**criteria** [2] - 246:13, 246:16
**criticism** [2] - 184:22, 184:25
**criticized** [2] - 244:1, 244:9
**cross** [2] - 187:3, 229:16
**CROSS** [4] - 170:4, 231:6, 284:8, 284:14
**cross-examination** [1] - 187:3
**CROSS-EXAMINATION** [4] - 170:4, 231:6, 284:8, 284:14
**crying** [1] - 154:21
**CSR** [1] - 146:21
**cues** [2] - 212:14, 257:17
**culpability** [1] - 206:1
**cult** [1] - 224:25
**cycle** [1] - 225:20

## D

**D.A.s** [1] - 246:2
**dance** [1] - 225:9

**danger** [2] - 240:10, 240:13
**dangerousness** [1] - 192:2
**Darul** [1] - 152:7
**date** [7] - 181:4, 199:17, 199:18, 234:8, 272:4, 272:23, 282:13
**dated** [4] - 277:12, 280:1, 280:19, 281:6
**dating** [1] - 194:12
**days** [4] - 148:5, 172:2, 243:12, 243:17
**deal** [6] - 153:24, 206:6, 214:15, 217:25, 219:22, 270:16
**dealing** [4] - 207:8, 234:1, 264:18, 264:21
**dealings** [5] - 159:13, 161:17, 163:2, 166:12, 222:10
**dealt** [2] - 152:19, 162:1
**death** [2] - 214:12, 265:5
**debate** [1] - 273:25
**Deborah** [1] - 195:15
**deceased** [1] - 155:8
**December** [3] - 199:20, 279:4, 279:11
**decent** [1] - 162:24
**decided** [2] - 215:11
**decision** [4] - 178:22, 178:25, 208:19, 216:5
**decision-making** [1] - 178:22
**deeper** [2] - 224:9, 229:9
**defect** [1] - 228:22
**defendant** [19] - 146:8, 231:13, 232:17, 234:4, 234:6, 234:15, 235:12, 235:13, 236:17, 239:3, 240:19, 242:15, 242:22, 243:11, 246:4, 252:4, 252:14, 253:7, 262:22
**Defendant** [1] - 146:19
**defendant's** [1] - 199:16
**Defendant's** [3] - 199:23, 200:3, 284:22
**defendants** [2] - 192:24, 244:19
**defense** [14] - 147:9, 148:21, 185:11, 185:21, 187:1, 188:7, 192:23, 193:3, 193:5, 244:16, 253:7, 267:17, 267:24, 271:6
**defense's** [1] - 149:19
**defer** [2] - 183:24, 276:3
**define** [4] - 201:25, 203:2, 246:7, 253:3
**defined** [2] - 196:13, 235:17
**defining** [1] - 194:22
**deformity** [1] - 196:10
**degree** [6] - 151:11, 156:13, 158:1, 159:7, 228:2, 228:10
**delay** [4] - 201:11, 226:9, 226:10, 227:18
**delayed** [2] - 226:8, 226:11
**delays** [2] - 196:2, 201:8
**delicate** [1] - 168:17
**delivery** [1] - 197:11
**demand** [2] - 254:16, 254:24
**demanded** [3] - 253:3, 253:8, 254:15
**demanding** [1] - 252:20
**demeanor** [7] - 161:3, 166:18, 167:22, 168:11, 211:10, 212:9, 219:6

**demented** [1] - 255:5
**demonstrate** [1] - 225:21
**DENIS** [1] - 146:13
**Department** [2] - 189:22, 191:8
**depressed** [7] - 160:10, 160:11, 167:25, 218:5, 218:12, 250:8, 257:12
**depression** [9] - 202:7, 204:5, 207:7, 208:14, 214:7, 227:21, 241:4, 241:13, 249:19
**depressive** [1] - 201:19
**depth** [2] - 186:18, 208:21
**deputy** [1] - 191:11
**describe** [7] - 154:23, 162:20, 164:23, 167:21, 168:11, 212:25, 228:13
**described** [7] - 196:14, 196:24, 202:16, 204:10, 212:24, 249:25, 250:7
**describes** [1] - 246:12
**description** [2] - 161:6, 265:23
**descriptions** [1] - 194:10
**design** [1] - 153:3
**designed** [1] - 270:3
**desire** [4] - 156:7, 158:20, 220:15, 221:20
**desires** [1] - 271:8
**desirous** [1] - 153:25
**detailed** [1] - 200:12
**determination** [2] - 211:1, 235:12
**determine** [5] - 233:17, 238:18, 251:20, 263:19, 267:5
**determined** [3] - 201:12, 246:4, 272:4
**determining** [6] - 233:23, 234:2, 235:25, 236:6, 241:22, 260:11
**develop** [1] - 180:17
**developed** [1] - 247:8
**developing** [4] - 207:12, 207:15, 226:10, 248:1
**development** [4] - 159:11, 201:19, 226:12, 229:5
**developmental** [8] - 196:2, 200:19, 201:8, 202:8, 204:7, 209:15, 209:21, 210:8
**developments** [1] - 168:6
**develops** [1] - 226:18
**diagnose** [1] - 255:11
**diagnosed** [11] - 196:16, 197:8, 197:12, 197:15, 209:5, 246:18, 255:15, 255:20, 256:18, 256:21, 257:5
**diagnoses** [5] - 202:10, 227:8, 227:10, 228:6, 246:10
**diagnosis** [12] - 151:6, 179:24, 201:3, 203:7, 206:17, 207:17, 227:13, 227:16, 229:1, 243:24, 257:3, 264:5
**Diagnostic** [1] - 246:8
**diagnostic** [4] - 151:14, 151:17, 208:15, 246:13
**dialogue** [4] - 148:3, 148:4, 148:6, 222:9, 274:3
**dictate** [1] - 242:12
**die** [1] - 214:10

**died** [2] - 251:2, 265:3
**difference** [2] - 274:5, 274:17
**different** [30] - 156:15, 168:13, 171:8, 174:19, 178:4, 178:18, 183:20, 185:23, 186:11, 194:5, 194:9, 194:14, 194:19, 202:4, 203:23, 204:20, 208:22, 209:18, 217:3, 224:7, 233:6, 247:7, 248:13, 248:15, 254:16, 271:15, 271:18, 273:22, 280:16
**differentiated** [1] - 220:25
**difficult** [7] - 180:23, 186:8, 202:19, 214:7, 216:12, 248:24, 251:9
**difficulty** [6] - 202:7, 202:21, 202:22, 214:4, 247:2, 247:3
**diminished** [9] - 228:12, 228:13, 229:12, 235:14, 235:17, 236:23, 263:19, 264:1, 264:4
**dinosaurs** [2] - 205:10, 217:2, 218:21
**direct** [26] - 155:15, 155:20, 167:15, 170:9, 179:22, 189:3, 209:23, 211:5, 227:7, 241:23, 243:16, 244:3, 246:23, 247:18, 267:19, 272:15, 275:21, 277:6, 277:11, 278:23, 279:3, 279:20, 279:25, 280:12, 280:18, 280:23
**DIRECT** [4] - 150:18, 189:16, 284:6, 284:12
**DIRECT-EXAMINATION** [2] - 189:16, 284:12
**direction** [1] - 217:24
**director** [4] - 191:11, 191:13, 191:16, 197:13
**disability** [1] - 197:12
**disadvantage** [1] - 271:12
**disagreement** [1] - 184:13
**disconnected** [1] - 212:17
**discrepancies** [2] - 276:1, 276:25
**discrepancy** [1] - 276:17
**discriminated** [1] - 260:5
**discuss** [1] - 183:24
**discussed** [5] - 148:11, 161:14, 197:19, 211:5, 266:4
**discussion** [6] - 159:21, 160:2, 160:8, 176:7, 223:21, 262:22
**discussions** [1] - 169:14
**disease** [1] - 228:22
**disk** [16] - 272:23, 274:23, 275:8, 275:22, 277:7, 277:12, 277:25, 278:20, 279:3, 279:11, 280:1, 280:19, 280:25, 281:6, 281:12, 281:17
**dislocation** [1] - 196:1
**disorder** [12] - 201:20, 202:2, 202:8, 203:2, 204:7, 204:23, 227:17, 255:11, 255:12, 256:4, 266:9
**Disorder** [5] - 227:15, 246:5, 246:7, 246:12, 255:16
**Disorder/Asperger** [1] - 227:24
**disorders** [1] - 211:8
**disputed** [1] - 187:4
**distant** [1] - 212:16
**distinct** [1] - 257:3

**DISTRICT** [3] - 146:1, 146:2, 146:13
**district** [1] - 244:8
**District** [4] - 244:9, 245:1, 245:4, 245:9
**Districts** [1] - 192:13
**dive** [1] - 247:18
**dived** [1] - 204:21
**divided** [1] - 191:20
**divorced** [1] - 197:20
**doctor** [11] - 149:7, 157:7, 198:4, 198:5, 198:14, 199:12, 200:7, 225:25, 227:7, 230:3, 262:5
**Doctor** [1] - 263:10
**doctor's** [1] - 189:15
**doctors** [1] - 214:3
**documents** [2] - 185:1, 194:10
**done** [11] - 147:23, 167:4, 210:19, 213:10, 213:11, 213:15, 224:5, 242:15, 246:22, 249:25, 271:25
**Donnelly** [1] - 244:8
**Dowling** [1] - 152:4
**down** [6] - 163:7, 175:15, 189:7, 243:7, 267:15, 268:17
**Dr** [18] - 188:7, 189:18, 192:15, 192:21, 193:11, 199:16, 209:23, 215:10, 218:6, 229:14, 231:8, 246:20, 246:21, 246:22, 256:22, 263:16, 263:22, 267:4
**draft** [1] - 270:9
**drafts** [1] - 270:2
**draw** [3] - 173:20, 174:9, 174:15
**drawn** [1] - 274:7
**drove** [1] - 157:17
**drug** [1] - 257:10
**DSM-5** [1] - 246:8
**DUCHARME** [18] - 178:1, 180:2, 270:1, 270:21, 271:21, 272:1, 273:1, 273:15, 275:24, 276:13, 276:24, 277:5, 277:17, 277:25, 278:2, 278:10, 282:5, 282:25
**DuCharme** [10] - 146:17, 170:2, 170:3, 170:5, 174:19, 174:21, 175:5, 268:14, 269:14, 284:9
**due** [1] - 214:23
**duly** [2] - 150:7, 188:14
**during** [23] - 159:5, 164:11, 169:8, 177:9, 177:11, 178:14, 179:16, 182:20, 203:24, 212:14, 213:23, 220:9, 220:25, 222:10, 233:22, 238:14, 238:16, 239:12, 246:3, 252:4, 257:16, 258:3, 267:22
**duties** [7] - 152:20, 153:23, 156:20, 172:9, 173:18, 175:19, 175:21
**dwindled** [1] - 175:19

## E

**E-mail** [1] - 146:23
**e-mail** [1] - 162:6
**early** [3] - 161:2, 214:15, 226:8
**earphones** [1] - 280:12
**easier** [1] - 207:8

**east** [1] - 221:2
**Eastern** [5] - 192:12, 244:9, 244:25, 245:4, 245:9
**eastern** [1] - 162:24
**EASTERN** [1] - 146:2
**eating** [1] - 253:15
**Ed** [1] - 206:20
**editorships** [1] - 191:24
**education** [5] - 192:15, 196:20, 206:14, 206:23, 227:25
**educational** [4] - 151:25, 190:1, 200:20, 210:9
**efficient** [2] - 148:9, 270:16
**effort** [1] - 220:17
**eight** [4] - 151:22, 165:18, 278:24, 279:4
**either** [11] - 164:3, 165:1, 166:8, 240:17, 247:6, 251:18, 258:7, 258:23, 260:21, 282:8
**elaborate** [3] - 148:8, 159:1, 160:2
**elaborations** [1] - 233:7
**elder** [1] - 161:10
**elderly** [2] - 154:20, 154:22
**electronics** [1] - 204:17
**element** [1] - 238:2
**elementary** [1] - 194:16
**elicit** [1] - 199:12
**embrace** [1] - 153:21
**embraced** [1] - 161:7
**emergency** [1] - 191:1
**emotion** [2] - 253:1, 253:2
**emotional** [5] - 202:22, 215:8, 226:11, 226:12, 229:9
**emotionally** [1] - 214:14
**employed** [3] - 151:3, 189:20, 193:11
**employment** [2] - 190:20, 192:21
**encompasses** [1] - 200:23
**encounter** [3] - 156:8, 158:14, 159:2
**encouraged** [2] - 224:13, 225:3
**end** [7] - 186:5, 227:8, 246:10, 268:20, 271:13, 271:14, 274:20
**endeavor** [1] - 182:11
**endeavoring** [1] - 187:23
**ended** [1] - 201:9
**endocrinologists** [1] - 151:19
**enforcement** [1] - 222:6
**engage** [4] - 174:25, 197:10, 222:9, 225:21, 256:8
**engaged** [1] - 260:10
**engaging** [4] - 159:19, 159:20, 221:6, 221:7
**entanglement** [1] - 200:21
**entanglements** [1] - 210:11
**entered** [1] - 166:11
**enters** [2] - 147:1, 231:2
**entire** [6] - 147:25, 148:4, 198:8, 200:18, 249:15, 256:10
**entirely** [1] - 270:5
**entitled** [1] - 271:5
**entry** [4] - 196:17, 196:21, 276:23,

277:23
**environment** [1] - 270:6
**equally** [1] - 218:24
**equipped** [1] - 221:23
**especially** [2] - 214:15, 241:13
**espouse** [1] - 168:18
**espoused** [1] - 262:2
**espousing** [1] - 261:24
**ESQ** [4] - 146:15, 146:16, 146:17, 146:19
**essentially** [1] - 260:14
**establish** [1] - 198:8
**established** [1] - 225:2
**estate** [2] - 151:7, 151:8
**esteem** [1] - 219:6
**estimate** [1] - 154:10
**estimation** [1] - 193:4
**et** [1] - 172:4
**etcetera** [2] - 192:16, 200:14
**etiquette** [1] - 159:11
**evade** [1] - 205:25
**evaluate** [2] - 187:15, 191:9
**evaluated** [4] - 202:3, 232:9, 239:4, 256:10
**evaluating** [3] - 203:14, 232:3, 241:14
**evaluation** [39] - 192:23, 194:4, 194:6, 194:24, 200:9, 205:3, 205:16, 205:21, 208:2, 208:4, 208:5, 208:12, 208:14, 208:18, 209:1, 209:9, 209:24, 210:1, 210:3, 210:4, 210:15, 213:19, 220:10, 221:19, 222:2, 222:10, 223:22, 225:16, 225:25, 227:9, 228:18, 235:11, 236:16, 242:10, 243:15, 246:3, 250:4, 258:4
**evaluations** [4] - 191:10, 208:11, 249:25, 250:5
**evaluator** [1] - 266:11
**Eve** [1] - 214:11
**event** [6] - 148:24, 171:17, 236:20, 248:12, 265:6, 278:9
**events** [5] - 171:10, 178:4, 200:13, 213:22, 214:8
**eventually** [3] - 191:11, 243:23, 247:8
**evidence** [18] - 181:16, 181:18, 182:7, 187:17, 187:19, 198:11, 199:10, 200:2, 200:4, 211:20, 229:3, 241:23, 243:16, 244:3, 255:12, 267:17, 273:7, 284:22
**evidenced** [1] - 226:8
**evolved** [2] - 201:9, 204:6
**evolving** [1] - 207:14
**exact** [3] - 148:17, 149:21, 181:4
**exactly** [4] - 156:9, 182:4, 207:10, 244:4
**exaggerate** [1] - 233:12
**exaggerating** [1] - 205:24
**exam** [2] - 226:5
**EXAMINATION** [10] - 150:18, 170:4, 189:16, 231:6, 263:14, 284:6, 284:8, 284:12, 284:14, 284:16
**examination** [12] - 187:3, 189:3, 193:12,

200:16, 211:5, 231:12, 233:17, 246:23, 250:6, 259:5, 267:11, 268:21
**examine** [1] - 226:4
**examined** [2] - 188:14, 226:14
**example** [11] - 167:1, 172:21, 172:24, 172:25, 179:3, 179:8, 185:6, 185:8, 232:11, 232:12, 253:8
**examples** [6] - 213:4, 213:7, 213:14, 258:25, 259:18, 260:1
**except** [2] - 247:12, 247:13
**excerpts** [1] - 269:16
**excuse** [1] - 164:6
**excused** [2] - 180:6, 267:15
**exercise** [1] - 278:4
**exert** [1] - 260:21
**exerts** [1] - 261:14
**exhibit** [4] - 182:16, 198:25, 199:16, 269:21
**Exhibit** [5] - 176:11, 199:24, 200:3, 262:24, 284:22
**exhibited** [2] - 196:11, 197:22
**exist** [1] - 238:24
**existed** [2] - 208:9, 251:22
**existence** [2] - 155:5, 199:4
**existing** [3] - 154:3, 157:20, 233:12
**expect** [4] - 147:11, 252:11, 254:10, 254:16
**expectation** [1] - 254:17
**expected** [1] - 172:17
**expediency** [4] - 147:23, 195:14, 195:17, 198:9
**expedite** [1] - 198:13
**expeditious** [1] - 198:12
**experience** [8] - 169:8, 173:24, 174:18, 179:21, 192:16, 227:25, 266:10, 270:23
**experienced** [1] - 205:9
**experiences** [2] - 157:4, 162:16
**expert** [6] - 149:8, 192:3, 192:6, 192:10, 192:12, 192:17, 245:11, 245:12, 245:23, 263:22
**expertise** [1] - 219:5
**explain** [29] - 149:17, 153:1, 153:15, 155:19, 156:3, 157:20, 159:4, 161:15, 190:1, 194:2, 201:1, 209:25, 211:3, 211:9, 214:1, 218:14, 219:7, 223:1, 223:11, 223:16, 223:20, 224:19, 228:13, 228:14, 254:9, 269:19, 270:7, 270:22, 274:1
**explained** [14] - 157:23, 195:4, 195:19, 197:9, 203:7, 213:17, 218:1, 220:22, 221:8, 222:17, 224:12, 239:11, 252:11, 274:18
**explaining** [6] - 167:1, 193:2, 204:10, 204:11, 210:5, 273:22
**explore** [2] - 200:22, 218:9
**Explorer's** [1] - 260:9
**exposure** [1] - 225:19
**expressed** [2] - 155:22, 156:6
**expressing** [1] - 202:20

**expression** [1] - 221:21
**extended** [1] - 153:20
**extensive** [3] - 224:5, 239:5, 264:14
**extent** [6] - 172:14, 184:10, 184:12, 184:13, 187:1, 282:3
**external** [2] - 213:25, 214:8
**extra** [1] - 282:22
**extremely** [2] - 173:14, 265:6
**extremism** [2] - 173:13, 173:22
**extremist** [1] - 174:1
**eye** [5] - 159:8, 196:4, 196:6, 211:13, 212:12

## F

**face** [10] - 158:5, 159:1, 159:5, 160:5, 162:1
**face-to-face** [5] - 158:5, 159:1, 159:5, 160:5, 162:1
**facial** [1] - 214:5
**facilitate** [1] - 272:11
**facilities** [1] - 195:11
**facing** [1] - 233:10
**fact** [40] - 147:13, 157:10, 167:12, 174:8, 182:8, 184:16, 186:22, 187:18, 193:21, 205:9, 206:19, 209:8, 209:16, 214:2, 214:4, 214:6, 216:9, 222:18, 222:21, 224:20, 225:9, 227:2, 237:21, 240:12, 241:6, 243:9, 243:10, 244:1, 248:7, 248:19, 249:7, 249:17, 249:23, 250:13, 251:14, 252:25, 256:5, 258:10, 266:2
**factor** [5] - 213:18, 214:25, 231:16, 231:22, 231:23
**factors** [4] - 195:2, 203:8, 231:23, 258:15
**facts** [7] - 160:6, 195:17, 195:19, 195:20, 195:21, 203:6, 225:13
**factual** [1] - 274:15
**faculty** [3] - 190:13, 190:14, 190:21
**fair** [15] - 153:7, 154:18, 155:7, 161:6, 178:13, 186:19, 209:3, 209:6, 209:7, 219:16, 236:15, 241:21, 259:2, 260:8, 260:24
**fairly** [3] - 204:16, 213:10, 224:24
**faith** [14] - 152:13, 153:20, 153:21, 154:4, 173:6, 173:12, 173:21, 174:1, 174:10, 174:25, 205:14, 218:9, 247:15, 270:2
**faking** [1] - 205:24
**fall** [3] - 167:15, 167:20, 170:10
**false** [1] - 259:4
**familiar** [2] - 175:24, 244:6
**family** [21] - 154:12, 157:20, 157:23, 160:6, 169:13, 195:15, 197:18, 200:13, 205:17, 206:7, 208:19, 215:2, 215:18, 217:20, 218:11, 232:19, 232:24, 233:2, 233:3, 233:4, 233:9
**far** [6] - 180:15, 181:16, 187:13, 194:22, 220:16, 242:14

**fascination** [1] - 204:20
**fashion** [4] - 186:11, 186:15, 188:23, 276:9
**fasting** [1] - 248:12
**father** [9] - 158:7, 158:12, 197:21, 197:25, 214:17, 214:25, 215:2, 215:17, 219:1
**father's** [4] - 214:19, 215:13, 215:17
**FBI** [1] - 264:22
**feared** [1] - 223:7
**features** [2] - 203:3, 203:5
**February** [3] - 185:2, 272:12, 272:20
**federal** [2] - 165:11, 192:13
**feed** [1] - 168:24
**feedback** [2] - 217:6, 225:20
**felt** [18] - 157:13, 160:14, 212:16, 213:7, 213:9, 213:10, 213:15, 216:1, 217:13, 219:19, 221:9, 223:9, 223:11, 224:1, 224:4, 224:13, 248:6, 278:4
**few** [4] - 197:3, 214:10, 247:4, 265:11
**field** [7] - 156:20, 157:5, 192:17, 217:7, 218:20, 221:21, 255:8
**fields** [2] - 204:16, 216:25
**fight** [5] - 220:15, 221:20, 221:23, 222:1, 243:5
**fighting** [1] - 174:25
**figure** [1] - 215:7
**figured** [1] - 156:14
**figures** [2] - 218:22, 219:2
**fill** [1] - 215:9
**filled** [1] - 219:2
**findings** [3] - 208:8, 228:7, 228:18
**fine** [6] - 162:3, 183:4, 184:12, 199:13, 268:5, 272:5
**finish** [1] - 149:8
**finished** [2] - 190:7, 190:24
**first** [27] - 150:7, 150:11, 150:13, 156:4, 156:7, 159:15, 167:18, 169:12, 171:1, 185:6, 185:7, 185:15, 185:16, 186:1, 188:13, 188:17, 199:25, 209:1, 210:25, 227:13, 238:20, 256:17, 257:5, 271:24, 272:3, 274:22, 280:17
**firsthand** [2] - 264:18, 274:16
**fits** [1] - 268:18
**five** [10] - 178:4, 196:15, 215:22, 245:6, 268:11, 272:16, 272:19, 272:22, 273:11, 274:23
**fixations** [1] - 204:12
**flowing** [1] - 266:8
**fluency** [1] - 160:1
**focus** [6] - 200:23, 209:22, 210:12, 213:2, 217:24, 270:18
**focused** [1] - 248:16
**folk** [2] - 154:20, 161:10
**follow** [2] - 186:10, 276:21
**follows** [2] - 150:8, 188:15
**FOR** [1] - 146:12
**force** [1] - 261:14
**forced** [1] - 227:4

**foreign** [2] - 179:15, 243:5
**forensic** [15] - 189:19, 190:11, 191:5, 191:21, 192:17, 192:22, 194:6, 205:20, 208:17, 208:25, 210:4, 231:12, 245:20, 245:25, 246:1
**forgotten** [1] - 164:4
**form** [3] - 194:8, 196:8, 202:8
**formed** [2] - 262:5, 262:12
**former** [1] - 162:1
**forth** [4] - 186:22, 189:14, 211:15, 262:10
**forthcoming** [2] - 205:18, 212:21
**forward** [7] - 147:11, 162:10, 162:12, 183:6, 199:1, 222:23, 233:12
**fought** [1] - 216:9
**foundation** [4] - 186:21, 186:25, 187:19, 268:25
**four** [2] - 190:6, 268:23
**four-year** [1] - 190:6
**frame** [3] - 170:8, 177:6, 178:14
**framing** [1] - 198:17
**frankly** [2] - 208:12, 269:19
**FREDERICK** [1] - 146:21
**frederickguerino@aol.com** [1] - 146:23
**freedom** [1] - 241:7
**Friday** [3] - 146:8, 154:10, 154:14
**friend** [16] - 158:11, 158:12, 223:25, 251:2, 251:7, 251:8, 251:11, 251:13, 263:6, 264:25, 265:2, 265:5, 265:10, 265:11, 265:12, 265:15
**friendly** [1] - 212:18
**friends** [23] - 163:23, 164:1, 164:3, 180:17, 197:3, 214:10, 214:11, 215:25, 247:4, 247:17, 247:23, 248:5, 248:7, 251:1, 251:11, 251:15, 265:11, 265:14, 265:18, 265:20, 265:22, 265:24, 266:3
**friendship** [3] - 251:10, 252:1, 266:9
**friendships** [2] - 251:5, 266:5
**front** [5] - 209:14, 214:10, 217:14, 250:21, 272:12
**froze** [1] - 214:12
**fueled** [2] - 266:6, 266:7
**full** [1] - 148:25
**fully** [7] - 149:25, 188:2, 235:18, 235:25, 236:7, 237:1, 238:18
**fun** [1] - 266:24
**function** [3] - 154:24, 169:2, 256:4
**functional** [1] - 206:18
**functioning** [5] - 226:16, 228:12, 239:7, 259:1, 265:13
**funnier** [1] - 257:23
**furnish** [1] - 148:25
**furthering** [1] - 225:4
**future** [1] - 198:3

### G

**gaining** [1] - 158:25
**gait** [2] - 196:22, 203:4

**games** [1] - 247:7
**gangway** [1] - 243:7
**garbled** [1] - 196:14
**gather** [1] - 224:22
**gathering** [1] - 154:11
**gauge** [2] - 171:9, 173:9
**gelled** [1] - 201:25
**general** [9] - 154:23, 159:23, 162:20, 163:13, 168:12, 169:2, 190:10, 201:17, 212:9
**General's** [1] - 193:9
**generalize** [1] - 256:9
**generally** [3] - 155:6, 163:5, 173:23
**generated** [2] - 210:7, 218:24
**generation** [1] - 155:6
**genetic** [1] - 227:17
**gentle** [1] - 168:17
**genuinely** [2] - 222:18, 222:21
**geographical** [1] - 163:17
**get-go** [1] - 166:17
**girlfriend** [1] - 214:19
**given** [13] - 166:1, 184:17, 196:20, 199:22, 213:7, 217:18, 239:18, 253:21, 257:17, 258:25, 260:1, 269:10, 282:13
**giver** [1] - 239:25
**glasses** [1] - 196:9
**glazed** [1] - 257:25
**goal** [3] - 194:22, 194:24, 198:23
**goals** [1] - 194:23
**God** [1] - 219:20
**Government** [4] - 146:15, 148:12, 193:21, 262:24
**government** [13] - 149:25, 161:15, 181:24, 182:11, 184:11, 186:7, 186:9, 187:20, 244:20, 267:22, 267:25, 269:19, 278:4
**Government's** [1] - 176:10
**government's** [2] - 183:8, 263:22
**gown** [1] - 170:15
**graces** [1] - 224:10
**grade** [4] - 152:17, 196:19, 251:6, 251:7
**grades** [1] - 215:25
**graduated** [1] - 225:19
**graduating** [1] - 190:3
**grandchild** [1] - 160:24
**grandfather** [1] - 214:10
**grandmother** [3] - 197:23, 215:21, 216:13
**gray** [1] - 154:22
**great** [4] - 180:17, 206:6, 214:15, 219:22
**Greene** [1] - 192:9
**grew** [1] - 201:24
**groomed** [1] - 211:13
**ground** [1] - 189:14
**group** [6] - 218:18, 218:23, 219:1, 224:1, 248:21, 262:8
**groups** [3] - 179:15, 179:19, 262:3
**growing** [2] - 214:11, 227:22

**growth** [1] - 201:15
**guarded** [1] - 212:21
**GUERINO** [1] - 146:21
**guess** [10] - 165:25, 167:24, 176:4, 221:14, 221:18, 242:1, 259:12, 271:7, 273:21, 274:5
**guidance** [2] - 172:12, 178:21
**guy** [2] - 237:9, 252:25
**guys** [2] - 165:21, 166:7

## H

**H-i-t-o** [2] - 147:14, 150:14
**hair** [3] - 154:22, 201:16, 214:5
**half** [2] - 268:18, 274:19
**hallmark** [2] - 202:18, 204:11
**hand** [1] - 188:11
**handed** [2] - 253:17, 254:7
**handle** [1] - 229:15
**hands** [2] - 159:16, 214:16
**happier** [2] - 167:23, 218:12
**happy** [10] - 160:9, 160:19, 183:20, 185:22, 186:2, 198:22, 249:21, 250:1, 250:3, 250:7
**hard** [3] - 162:22, 227:4, 256:9
**harder** [3] - 207:9, 207:17, 211:25
**harming** [1] - 221:5
**Harry** [2] - 205:10, 217:1
**Harvard** [1] - 190:3
**headed** [1] - 175:15
**health** [1] - 191:16
**Health** [3] - 189:22, 190:19, 190:22
**healthcare** [2] - 203:21, 206:12
**hear** [11] - 148:6, 168:18, 173:16, 187:18, 188:2, 252:19, 271:8, 271:12, 271:14, 273:20, 282:1
**heard** [16] - 154:21, 224:8, 225:11, 254:24, 255:1, 256:17, 258:23, 269:2, 276:15, 276:16, 276:17, 276:18, 276:25, 277:18, 277:21, 280:17
**hearing** [10] - 148:21, 182:1, 182:23, 188:5, 268:17, 270:7, 271:18, 272:4, 276:1, 276:2
**heavier** [1] - 257:12
**heightened** [1] - 177:9
**help** [4] - 166:8, 174:18, 177:10, 183:3
**helped** [4] - 217:24, 219:22, 227:5, 248:17
**helpful** [2] - 180:10, 181:21
**helping** [3] - 166:6, 221:16, 224:14
**herein** [1] - 228:5
**Hidgra** [1] - 176:9
**high** [7] - 156:1, 171:8, 194:16, 216:18, 225:17, 256:23, 266:23
**highlights** [1] - 265:11
**himself** [11] - 157:21, 159:17, 163:14, 165:23, 202:15, 212:24, 217:24, 227:3, 227:4, 241:24, 247:5
**hinting** [1] - 244:4
**hire** [1] - 194:23

**hired** [2] - 192:22, 193:15
**hires** [1] - 193:2
**history** [23] - 160:6, 196:7, 200:12, 200:19, 200:20, 201:2, 203:20, 204:17, 204:18, 205:13, 210:9, 210:10, 210:11, 212:24, 213:14, 216:20, 216:21, 246:24, 258:13
**Hitner** [2] - 246:20, 246:21
**Hito** [18] - 147:14, 149:5, 149:12, 150:14, 150:20, 150:24, 152:7, 155:15, 160:17, 161:17, 162:16, 165:10, 169:8, 169:25, 170:6, 174:22, 176:13
**Hito's** [1] - 147:20
**hockey** [1] - 247:21
**holidays** [1] - 155:13
**holy** [5] - 220:10, 220:11, 220:15, 220:23, 221:2
**home** [3] - 157:23, 214:13, 215:5
**homeless** [2] - 168:23, 168:24
**Honor** [39] - 147:4, 147:6, 148:20, 150:5, 150:16, 161:14, 170:3, 175:5, 175:25, 180:3, 183:7, 185:6, 188:21, 189:5, 189:10, 192:15, 229:17, 231:5, 263:8, 267:12, 267:14, 267:23, 268:7, 270:11, 271:4, 271:22, 273:1, 276:1, 276:13, 276:24, 277:5, 277:17, 278:2, 278:10, 278:17, 280:11, 282:5, 282:25, 283:1
**HONORABLE** [1] - 146:13
**hope** [5] - 149:10, 149:11, 273:5, 281:24, 282:2
**hopeful** [1] - 180:9
**hopefully** [2] - 174:20, 186:5
**hormonal** [1] - 156:22
**hormone** [1] - 197:11
**hospital** [1] - 191:7
**hospitals** [1] - 191:1
**hostile** [1] - 212:20
**hour** [7] - 229:24, 235:11, 238:15, 239:13, 268:18, 275:4, 282:13
**hourly** [1] - 193:22
**hours** [9] - 198:10, 234:16, 235:1, 235:9, 238:15, 238:17
**house** [1] - 215:22
**housed** [1] - 195:12
**household** [1] - 201:18
**human** [1] - 197:10
**HURLEY** [1] - 146:13
**Hurley** [8] - 147:1, 151:24, 153:1, 155:19, 156:3, 164:23, 190:2, 231:2
**Hurley's** [1] - 211:1
**hygiene** [1] - 197:4

## I

**I-B** [1] - 200:1
**IA** [3] - 199:25, 200:3, 284:22
**IB** [2] - 200:3, 284:22
**idea** [10] - 177:1, 182:2, 183:5, 221:5,

221:15, 251:22, 262:5, 268:5, 269:3, 272:9
**ideally** [1] - 173:4
**ideas** [2] - 225:4, 225:7
**identified** [2] - 217:12, 220:7
**identify** [6] - 217:22, 269:1, 272:8, 272:16, 272:24, 274:13
**identity** [1] - 161:20
**idiosyncratic** [1] - 218:19
**II** [1] - 205:13
**illegal** [2] - 169:16, 256:12
**illness** [1] - 197:24
**image** [1] - 170:23
**imbalance** [1] - 156:22
**immature** [1] - 226:16
**immediately** [1] - 243:11
**immigrant** [1] - 155:5
**immigration** [1] - 155:3
**impact** [5] - 241:1, 241:4, 241:7, 256:4, 271:15
**impacted** [1] - 214:21
**impair** [1] - 229:11
**impaired** [2] - 255:6, 257:20
**impairment** [6] - 203:1, 206:16, 206:18, 228:23, 229:10, 246:14
**impairments** [1] - 214:23
**impediment** [1] - 196:13
**importance** [2] - 271:16, 282:14
**important** [12] - 195:22, 201:3, 221:14, 223:21, 224:11, 231:16, 231:24, 232:3, 233:23, 243:21, 251:25, 252:2
**impossible** [1] - 280:7
**impress** [1] - 165:1
**impression** [1] - 258:3
**improved** [1] - 219:6
**in-depth** [1] - 208:21
**inability** [1] - 197:10
**inaccurate** [3] - 186:14, 187:2, 268:3
**incapable** [1] - 243:2
**incarcerated** [3] - 235:24, 241:6, 242:16
**incarceration** [3] - 226:23, 240:25, 241:19
**include** [1] - 154:2
**included** [1] - 224:4
**including** [3] - 195:25, 197:20, 201:10
**inconsistencies** [1] - 216:14
**inconsistent** [2] - 252:22, 255:7
**incoordination** [1] - 203:4
**incorporates** [1] - 255:16
**incorrect** [3] - 254:1, 256:20, 260:7
**independent** [2] - 245:8, 266:21
**independently** [1] - 253:19
**index** [1] - 206:9
**indicate** [9] - 184:15, 186:21, 187:20, 198:16, 249:24, 251:14, 258:2, 274:11, 276:10
**indicated** [4] - 174:17, 236:17, 237:22, 244:25
**indicates** [1] - 251:1

**indication** [4] - 175:14, 179:18, 206:21, 212:7
**indicia** [1] - 235:21
**individual** [28] - 163:15, 204:12, 205:21, 206:14, 207:6, 207:12, 207:14, 209:2, 218:13, 222:14, 225:2, 225:6, 225:10, 232:4, 232:9, 235:22, 236:4, 237:3, 237:9, 239:18, 239:24, 241:1, 241:3, 244:10, 248:15, 262:23, 263:3, 274:7
**individual's** [2] - 200:18, 200:22
**individualized** [2] - 196:20, 206:23
**individuals** [26] - 153:24, 154:2, 176:16, 185:19, 191:9, 202:18, 204:14, 204:22, 224:6, 225:22, 226:19, 233:10, 237:4, 240:1, 242:7, 249:9, 249:24, 251:18, 251:23, 252:1, 255:19, 256:11, 260:18, 260:22, 262:19
**indoctrinate** [1] - 225:23
**indoctrinated** [1] - 225:19
**indoctrination** [3] - 224:24, 225:5, 225:24
**infant** [2] - 196:2, 196:4
**infertile** [1] - 201:14
**inflammatory** [1] - 165:9
**infliction** [1] - 257:20
**inform** [2] - 158:8, 198:4
**information** [27] - 147:18, 194:2, 194:7, 194:9, 200:24, 206:5, 206:10, 208:25, 211:4, 224:8, 231:17, 232:8, 232:13, 232:16, 233:2, 233:5, 235:13, 238:1, 242:1, 242:9, 242:11, 242:13, 243:21, 246:19, 258:5, 274:9, 274:16
**informed** [1] - 192:1
**inherent** [1] - 166:19
**initial** [4] - 156:17, 158:1, 159:5, 210:24
**injustice** [5] - 213:6, 213:15, 221:4, 259:19, 261:9
**injustices** [2] - 213:10, 217:15
**inmates** [1] - 226:24
**innocent** [2] - 220:16, 221:5
**Innovation** [1] - 189:23
**inpatient** [1] - 191:6
**inquire** [1] - 268:7
**inquiry** [1] - 174:17
**insight** [1] - 242:14
**instance** [6] - 175:14, 232:14, 248:16, 260:18, 269:2, 274:11
**instances** [5] - 231:24, 231:25, 249:8, 259:17, 260:13
**instant** [1] - 210:12
**instead** [1] - 186:2
**instinctively** [1] - 271:11
**institution** [3] - 234:20, 234:21, 234:23
**instructed** [1] - 175:8
**integrated** [1] - 160:12
**integrity** [1] - 161:20
**intelligence** [5] - 204:15, 205:5, 211:19, 237:17, 237:18
**intelligent** [4] - 186:11, 250:1, 250:3,

250:7
**intelligently** [1] - 255:4
**intelligible** [2] - 182:25, 184:16
**intense** [1] - 216:25
**intensely** [1] - 202:24
**intensity** [1] - 204:21
**intent** [3] - 211:24, 262:6, 262:12
**intentionally** [1] - 259:6
**intentions** [1] - 179:11
**interact** [1] - 164:17
**interacted** [4] - 164:16, 202:5, 212:22, 233:22
**interacting** [3] - 161:2, 242:7, 243:17
**interaction** [5] - 156:25, 168:1, 170:16, 175:17, 262:14
**interactions** [8] - 161:7, 161:18, 162:5, 162:18, 163:4, 177:4, 177:7, 246:15
**interactive** [1] - 167:24
**interest** [25] - 148:7, 155:22, 203:2, 204:24, 216:22, 216:25, 217:5, 217:9, 218:17, 218:24, 220:4, 220:11, 220:23, 221:3, 225:16, 246:15, 247:8, 247:14, 247:16, 247:19, 247:25, 248:4, 266:6, 266:7
**interested** [9] - 153:20, 179:19, 183:11, 204:16, 205:1, 218:21, 218:24, 219:8, 221:9
**interests** [5] - 202:24, 218:10, 218:19, 224:5, 247:17
**internal** [1] - 214:1
**internally** [2] - 214:2, 224:2
**internet** [2] - 162:6, 216:23
**interpersonally** [1] - 211:14
**interpretation** [1] - 174:24
**interpreting** [1] - 172:20
**interrupt** [1] - 275:25
**intervals** [1] - 194:14
**intervention** [1] - 196:15
**interview** [10] - 194:20, 234:6, 234:24, 242:3, 242:15, 246:25, 252:4, 257:16, 265:16, 266:21
**interviewed** [5] - 234:4, 234:8, 241:18, 251:14, 255:3
**interviewing** [3] - 205:15, 208:22, 234:18
**interviews** [2] - 195:10, 249:17
**intimidating** [1] - 164:25
**intrigue** [1] - 220:11
**introduce** [1] - 148:4
**introduced** [2] - 162:4, 167:18
**introduction** [1] - 166:12
**introductions** [1] - 210:5
**introductory** [1] - 194:3
**invasion** [1] - 214:14
**investigation** [2] - 161:21, 202:11
**involved** [20] - 148:3, 168:20, 171:14, 171:18, 171:21, 173:13, 175:20, 202:25, 206:13, 217:7, 221:10, 224:6, 244:10, 245:11, 245:15, 245:20, 245:22, 256:12, 262:9, 274:14

**involvement** [2] - 222:14, 225:17
**involves** [1] - 245:25
**involving** [4] - 225:13, 278:25, 281:7, 281:13
**irrelevant** [2] - 232:1, 255:13
**Islam** [10] - 174:15, 174:24, 216:24, 217:9, 217:23, 218:17, 247:15, 257:13, 262:7, 265:21
**Islamic** [4] - 176:4, 205:14, 216:20, 216:21
**Island** [3] - 154:16, 169:20, 191:17
**Islip** [1] - 146:6, 151:2
**issue** [6] - 148:24, 199:8, 207:6, 223:17, 228:19, 261:16
**issues** [12] - 197:6, 201:10, 202:13, 204:3, 209:13, 209:15, 209:16, 209:20, 211:18, 211:19, 219:23, 229:6, 236:19
**itself** [3] - 156:25, 187:16, 224:7

### J

**jail** [3] - 191:9, 236:5, 236:6, 237:10
**January** [8] - 226:5, 234:9, 280:1, 280:19, 280:25, 281:6, 281:12, 281:17
**jeopardize** [1] - 161:20
**Jihad** [3] - 175:24, 176:7, 261:19
**job** [3] - 151:17, 253:17, 254:7
**join** [2] - 261:10, 262:6
**joined** [3] - 221:17, 222:3, 262:17
**joining** [3] - 171:11, 221:10, 221:25
**joint** [1] - 191:3
**jointly** [1] - 191:7
**journals** [1] - 216:23
**jovial** [1] - 167:23
**JUDGE** [1] - 146:13
**judge** [2] - 244:8, 279:15
**Judge** [19] - 147:15, 151:24, 153:1, 155:19, 156:3, 164:23, 180:13, 180:25, 190:1, 192:18, 198:2, 211:1, 230:1, 231:2, 244:8, 272:2, 273:16, 282:11, 282:24
**July** [3] - 146:8, 283:3, 283:5
**jumping** [1] - 186:2
**juncture** [1] - 161:21
**June** [2] - 256:21, 275:8
**justice** [3] - 213:6, 245:16, 259:19
**Justin** [57] - 147:15, 155:17, 158:10, 158:11, 158:20, 158:25, 159:2, 159:5, 161:7, 162:1, 162:5, 162:17, 163:2, 163:8, 163:14, 163:22, 165:5, 165:8, 165:15, 166:4, 166:11, 166:14, 166:17, 167:5, 167:8, 167:18, 167:20, 168:11, 169:5, 175:22, 176:22, 193:12, 195:24, 202:12, 208:3, 215:11, 216:16, 220:10, 220:14, 220:22, 222:3, 222:9, 222:17, 223:7, 224:23, 231:14, 247:1, 249:25, 254:24, 274:24, 275:4, 275:9, 275:18, 279:21, 281:7, 281:13, 281:18

**JUSTIN** [1] - 146:7
**Justin's** [4] - 158:7, 161:18, 162:18, 180:16

# K

**KALIEBE** [1] - 146:7
**Kaliebe** [109] - 155:17, 155:20, 155:21, 155:25, 156:4, 156:18, 157:10, 157:19, 158:8, 158:19, 159:1, 170:10, 171:2, 171:17, 174:23, 175:15, 177:5, 177:16, 178:2, 178:7, 178:10, 178:14, 178:21, 179:7, 179:10, 179:14, 179:24, 193:13, 194:4, 194:13, 194:15, 195:10, 195:16, 197:25, 200:8, 202:12, 202:15, 203:22, 204:18, 205:5, 205:8, 205:16, 206:7, 206:13, 209:5, 209:24, 210:3, 210:25, 211:5, 211:12, 212:4, 213:2, 214:25, 215:6, 217:12, 218:5, 219:7, 224:22, 225:3, 225:14, 226:4, 226:7, 227:9, 229:2, 231:14, 240:10, 241:16, 243:17, 243:25, 246:19, 246:23, 251:21, 251:23, 252:7, 252:10, 252:12, 252:20, 253:12, 253:16, 254:6, 254:9, 254:13, 254:25, 255:3, 256:19, 257:9, 257:23, 259:2, 259:9, 260:18, 261:16, 262:2, 262:5, 264:25, 265:6, 265:17, 266:22, 267:5, 271:13, 274:24, 275:4, 275:9, 275:18, 275:23, 278:25, 279:10, 280:20, 281:1, 281:7
**Kaliebe's** [11] - 194:5, 195:15, 201:2, 202:14, 203:11, 207:3, 208:3, 213:23, 226:19, 233:18, 237:17
**Kallmann** [2] - 197:8, 227:17
**Kallmann's** [3] - 202:6, 204:2, 207:6
**keep** [3] - 160:2, 207:12, 215:4
**Kendra's** [1] - 191:14
**kid** [2] - 196:25, 207:1
**kids** [2] - 154:13, 251:7
**kill** [1] - 237:11
**killed** [1] - 237:10
**kind** [39] - 153:21, 156:1, 156:8, 156:11, 156:13, 157:1, 157:15, 157:21, 158:14, 159:16, 163:25, 165:23, 166:19, 166:20, 166:22, 166:24, 167:7, 167:23, 170:14, 175:21, 186:13, 204:18, 204:21, 207:3, 208:16, 208:20, 208:24, 211:17, 211:21, 217:5, 218:20, 223:12, 229:9, 236:13, 250:4, 251:20, 251:22, 257:22
**kindergarten** [1] - 196:17
**kinds** [2] - 156:21, 246:24
**Kings** [1] - 192:8
**knowing** [3] - 164:20, 236:9, 237:15
**knowledge** [1] - 165:4
**known** [1] - 160:20

# L

**LA** [52] - 208:1, 220:21, 223:15, 223:18, 223:19, 224:16, 224:18, 229:13, 230:1, 263:13, 263:15, 267:8, 267:19, 267:22, 268:9, 269:7, 271:7, 271:23, 272:10, 272:15, 272:21, 273:11, 273:21, 274:4, 274:21, 275:2, 275:7, 275:12, 275:17, 275:21, 277:6, 277:11, 278:14, 278:19, 278:23, 279:3, 279:9, 279:15, 279:19, 279:25, 280:5, 280:10, 280:15, 280:23, 281:5, 281:11, 281:16, 281:21, 281:24, 282:2, 283:1, 284:17
**labeled** [1] - 273:13
**lack** [6] - 213:17, 214:5, 214:24, 221:20, 255:7, 259:21
**lacked** [1] - 214:5
**Laden** [1] - 261:25
**laid** [3] - 186:25, 187:20, 268:25
**land** [4] - 220:5, 220:6, 261:7, 261:8
**land-based** [1] - 261:8
**language** [5] - 149:22, 166:14, 181:5, 221:14, 276:10
**lap** [2] - 160:20, 160:21
**LAPINTA** [34] - 180:5, 180:7, 180:13, 180:22, 180:25, 181:3, 181:8, 181:13, 181:22, 182:6, 182:10, 183:1, 183:4, 183:12, 184:8, 184:17, 184:20, 184:24, 186:17, 187:10, 188:6, 188:21, 189:4, 189:10, 189:17, 192:14, 198:9, 198:15, 198:18, 198:22, 199:14, 199:18, 200:5, 284:13
**LaPinta** [3] - 146:19, 188:2, 188:20
**large** [4] - 173:8, 175:23, 208:24, 249:16
**largely** [1] - 246:19
**larger** [2] - 259:24, 259:25
**largest** [2] - 154:11, 154:16
**last** [12] - 149:13, 150:11, 150:14, 168:3, 170:16, 170:22, 188:17, 188:18, 245:3, 276:14, 277:19, 280:24
**lastly** [1] - 281:16
**late** [3] - 161:2, 162:22, 170:12
**latest** [1] - 181:14
**latter** [4] - 156:2, 171:7, 223:4, 262:1
**law** [5] - 175:10, 191:14, 210:11, 222:6, 245:25
**lay** [3] - 186:21, 187:21, 197:24
**lead** [1] - 159:8
**leading** [4] - 147:25, 178:25, 223:13, 243:17
**learn** [7] - 153:21, 158:1, 160:5, 215:10, 216:17, 222:2, 222:5, 222:5
**learned** [4] - 174:22, 195:21, 223:7
**learning** [3] - 197:12, 201:8, 206:20
**least** [6] - 171:10, 221:8, 251:1, 258:8, 270:2, 270:19
**leastly** [1] - 281:16
**leave** [3] - 215:11, 234:13, 268:23
**leaving** [1] - 234:17

**lectures** [3] - 165:20, 225:20, 248:14
**led** [5] - 160:18, 178:23, 201:11, 201:20, 227:18
**left** [5] - 176:22, 196:18, 255:8, 262:23, 268:22
**legal** [5] - 194:10, 194:11, 200:21, 227:3, 228:19
**legitimate** [2] - 220:5, 221:11
**length** [3] - 180:17, 197:19, 274:14
**lens** [1] - 228:17
**lenses** [1] - 196:8
**less** [6] - 155:2, 175:20, 218:12, 233:7, 240:24, 266:18
**letter** [1] - 272:20
**letters** [1] - 194:18
**level** [8] - 158:16, 206:15, 209:17, 219:4, 226:11, 226:21, 229:8, 237:17
**liaison** [1] - 191:2
**liberal** [1] - 169:17
**liberties** [1] - 241:7
**license** [1] - 190:9
**licenses** [2] - 190:8, 240:1
**lie** [2] - 242:21, 259:13
**lied** [1] - 258:22
**life** [21] - 196:11, 200:18, 200:22, 210:7, 213:4, 214:9, 215:8, 219:15, 219:19, 219:22, 219:23, 227:5, 232:19, 236:5, 236:21, 237:10, 247:4, 247:12, 248:2, 249:24, 265:12
**light** [3] - 242:25, 243:8, 280:6
**like-minded** [1] - 247:24
**likely** [1] - 258:24
**likewise** [1] - 186:17
**limitations** [1] - 265:10
**limited** [3] - 172:14, 203:2, 246:15
**limper** [1] - 159:16
**line** [2] - 174:17, 276:19
**lingo** [1] - 166:24
**link** [1] - 173:20
**list** [2] - 185:23, 195:18
**listed** [1] - 185:16
**listen** [9] - 181:25, 183:13, 183:21, 184:14, 185:3, 186:2, 252:16, 254:23, 268:1
**listened** [4] - 185:20, 224:23, 254:25, 274:7
**listening** [1] - 186:6
**listing** [1] - 198:7
**literature** [2] - 153:17, 156:6
**live** [12] - 184:4, 188:4, 215:17, 255:20, 268:16, 268:21, 269:8, 269:18, 270:13, 270:18, 270:24, 271:12
**lived** [2] - 215:13, 216:14
**livelier** [1] - 167:23
**lives** [2] - 255:21, 259:14
**living** [3] - 151:5, 189:18, 226:23
**Livoti** [1] - 195:15
**loading** [1] - 274:22
**located** [2] - 152:8, 162:8

**locomotives** [1] - 204:17
**logic** [1] - 242:12
**logistical** [1] - 189:11
**long-winded** [1] - 155:3
**look** [16] - 176:11, 181:18, 181:19, 183:20, 185:5, 194:3, 207:8, 209:2, 227:4, 228:16, 250:22, 253:11, 256:22, 273:12, 277:23
**looked** [3] - 156:19, 173:17, 250:5
**looking** [6] - 206:4, 226:15, 244:3, 248:20, 272:19, 273:13
**loop** [1] - 217:6
**lose** [1] - 241:12
**lost** [2] - 175:21, 241:6
**louder** [1] - 158:17
**loudly** [1] - 150:23
**loved** [1] - 155:8
**lunar** [1] - 177:12
**lunch** [4] - 149:10, 158:11, 230:3, 253:15
**Luncheon** [1] - 230:5
**Lundy** [1] - 282:19
**lying** [1] - 259:6

## M

**mail** [2] - 146:23, 162:6
**main** [1] - 203:4
**Malcolm** [3] - 217:8, 217:12, 217:24
**malingering** [2] - 192:2, 205:24
**malpractice** [1] - 192:2
**man** [2] - 155:16, 215:3
**Manhattan** [1] - 192:9
**manic** [1] - 211:21
**manifest** [1] - 204:7
**manifestations** [1] - 202:18
**manifested** [2] - 201:7, 224:7
**manifesting** [2] - 202:3, 209:13
**manipulated** [1] - 225:22
**manner** [3] - 158:4, 209:25, 259:15
**Manual** [1] - 246:9
**March** [1] - 199:19
**Marcos** [14] - 164:7, 164:11, 164:20, 164:23, 165:6, 165:8, 165:10, 165:14, 166:13, 171:13, 171:16, 176:22, 176:24, 263:3
**MARCOS** [1] - 164:9
**marijuana** [1] - 257:11
**marines** [1] - 205:12
**Marines** [1] - 247:21
**mark** [2] - 277:3, 278:1
**marked** [1] - 198:25
**marriage** [1] - 155:8
**marry** [1] - 255:23
**Masjid** [1] - 152:7
**Massachusetts** [1] - 192:11
**match** [1] - 277:21
**matched** [1] - 204:22
**matching** [1] - 276:7

**material** [3] - 198:5, 232:13, 277:1
**materials** [4] - 198:17, 198:21, 237:21, 270:4
**matter** [7] - 166:14, 204:13, 204:21, 205:2, 210:21, 245:4, 282:14
**matters** [3] - 213:1, 245:12, 245:16
**maturation** [1] - 226:25
**mature** [2] - 226:7, 226:14
**maturity** [1] - 226:21
**MCMI-3** [2] - 263:25, 264:3
**MDC** [5] - 234:7, 234:10, 234:16, 234:18, 234:24
**meals** [3] - 248:11, 248:12, 249:3
**mean** [30] - 160:20, 160:23, 165:16, 167:2, 168:1, 168:14, 170:21, 172:14, 173:18, 179:2, 208:11, 212:12, 214:1, 218:3, 220:25, 221:25, 222:13, 223:24, 225:16, 226:3, 228:16, 233:25, 240:1, 241:10, 248:13, 251:9, 254:17, 266:4, 269:4, 270:23
**meaning** [1] - 211:14
**meaningful** [2] - 255:20, 276:9
**means** [1] - 234:17
**meant** [2] - 236:13, 236:22
**measure** [1] - 206:19
**Medical** [1] - 190:14
**medical** [45] - 151:6, 151:11, 151:18, 156:20, 157:5, 179:21, 179:24, 188:24, 190:4, 190:5, 190:6, 190:9, 191:3, 191:4, 194:12, 195:4, 200:9, 201:2, 201:7, 201:10, 201:11, 201:23, 202:5, 202:14, 204:2, 204:19, 205:4, 206:8, 208:3, 208:21, 209:3, 209:13, 210:16, 211:7, 217:19, 218:4, 226:7, 227:19, 228:3, 228:6, 228:11, 228:17, 232:25, 233:1, 233:5
**medically** [1] - 151:10
**medication** [1] - 204:6
**medications** [1] - 201:22
**Medicine** [1] - 190:13
**meet** [6] - 155:16, 156:7, 157:15, 158:8, 182:11, 240:23
**meeting** [8] - 158:19, 159:5, 160:5, 171:11, 210:14, 220:25, 234:15, 249:8
**meetings** [3] - 195:7, 220:9, 248:13
**member** [10] - 147:15, 152:7, 152:10, 153:12, 153:24, 158:21, 160:25, 164:6, 221:12, 222:19
**members** [20] - 152:23, 153:4, 153:8, 153:25, 154:2, 154:8, 154:13, 154:18, 157:17, 161:7, 161:9, 163:22, 166:15, 169:3, 172:12, 174:6, 175:20, 205:17, 219:1, 233:9
**membership** [1] - 158:9
**memorandum** [3] - 148:18, 149:23, 180:15
**memory** [1] - 171:10
**mental** [12] - 170:23, 191:16, 195:1, 197:24, 203:11, 203:14, 203:17, 228:22, 233:18, 233:23, 234:2, 241:22

**Mental** [3] - 189:22, 190:19, 190:21
**mentally** [1] - 255:5
**mention** [2] - 164:1, 263:3
**mentioned** [4] - 185:8, 201:7, 259:17, 269:11
**merely** [1] - 175:22
**met** [24] - 147:16, 155:20, 156:4, 156:7, 158:7, 162:17, 181:23, 195:10, 209:24, 210:25, 218:18, 219:7, 222:14, 238:14, 240:19, 240:20, 252:12, 253:4, 253:23, 253:24, 254:10, 254:12, 254:14, 262:19
**Metro** [2] - 250:18, 250:19
**MICHAEL** [1] - 146:16
**micropenis** [2] - 196:1, 214:5
**microphone** [2] - 150:22
**mid** [5] - 154:19, 155:4, 162:22, 162:24, 250:9
**mid-adolescence** [1] - 250:9
**mid-age** [1] - 154:19
**mid-eastern** [1] - 162:24
**mid-sixties** [1] - 155:4
**middle** [4] - 221:2, 266:23, 268:20, 275:22
**might** [12] - 157:17, 182:21, 207:2, 216:2, 229:20, 229:21, 231:24, 231:25, 232:1, 233:6, 233:7, 282:13
**milestones** [1] - 226:8
**military** [1] - 221:20
**mimicking** [1] - 166:24
**mind** [6] - 156:18, 207:12, 221:2, 221:17, 228:7, 241:22
**mind-set** [1] - 221:17
**minded** [1] - 247:24
**mindful** [1] - 282:9
**mine** [1] - 185:5
**minimal** [3] - 159:8, 160:3, 160:4
**minimize** [1] - 206:1
**minor** [1] - 157:13
**minutes** [9] - 189:1, 189:8, 229:24, 234:25, 238:15, 268:13, 269:6, 275:3, 277:8
**mirror** [1] - 182:5
**misleading** [2] - 205:18, 238:25
**mission** [1] - 224:20
**misunderstood** [1] - 239:23
**mitigation** [3] - 228:20, 233:11, 233:13
**moment** [8] - 150:2, 161:12, 169:22, 188:10, 189:25, 200:23, 203:17, 243:1
**money** [13] - 252:11, 252:12, 252:20, 253:3, 253:8, 253:16, 253:17, 253:20, 253:24, 254:7, 254:10, 254:15, 254:24
**month** [2] - 171:6, 177:12
**months** [5] - 171:23, 172:1, 240:24, 256:19, 257:6
**mood** [1] - 218:10
**morning** [11] - 147:7, 147:8, 150:4, 150:5, 170:6, 170:7, 188:8, 188:23, 226:4, 240:20, 267:23

**mosque** [66] - 152:10, 152:15, 152:19, 152:23, 153:19, 153:25, 154:8, 154:16, 154:19, 154:24, 155:4, 155:6, 155:23, 157:14, 158:9, 158:11, 158:21, 161:7, 161:17, 162:2, 162:17, 163:5, 163:12, 163:15, 163:20, 163:23, 164:6, 164:14, 164:15, 164:17, 165:20, 166:12, 166:16, 167:18, 168:1, 168:11, 168:20, 168:23, 169:2, 169:8, 169:10, 169:11, 169:12, 169:19, 169:20, 170:14, 171:11, 171:18, 172:10, 173:9, 173:24, 175:8, 175:10, 175:19, 175:20, 176:5, 178:3, 222:3, 248:10, 262:9, 262:17, 265:21, 265:22, 266:3, 266:5
**Mosque** [2] - 147:15, 152:8
**mosque's** [1] - 160:20
**most** [16] - 148:9, 155:3, 156:11, 156:14, 169:19, 197:1, 201:2, 201:4, 205:13, 208:11, 227:15, 231:16, 232:3, 241:21, 266:22, 270:16
**mostly** [1] - 191:19
**mother** [8] - 194:21, 195:15, 202:15, 204:19, 214:17, 215:12, 215:21, 246:25
**motive** [1] - 242:21
**motor** [3] - 196:12, 250:14, 250:22
**move** [10] - 162:9, 162:12, 188:3, 192:16, 199:6, 215:12, 216:5, 216:6, 222:23, 248:25
**moved** [4] - 159:17, 215:16, 216:16, 247:6
**movement** [1] - 159:14
**movements** [1] - 197:7
**moves** [1] - 218:8
**moving** [4] - 207:16, 211:25, 253:14, 262:10
**MR** [160] - 147:4, 147:6, 147:10, 148:13, 148:16, 148:20, 149:7, 149:10, 149:13, 149:16, 149:21, 149:25, 150:16, 150:19, 161:12, 161:14, 161:25, 162:4, 162:8, 162:12, 162:15, 169:22, 169:24, 170:3, 170:5, 173:15, 174:19, 174:21, 175:2, 175:5, 175:25, 178:1, 180:2, 180:5, 180:7, 180:13, 180:22, 180:25, 181:3, 181:8, 181:13, 181:22, 182:6, 182:10, 183:1, 183:4, 183:7, 183:12, 183:15, 184:3, 184:8, 184:17, 184:20, 184:24, 185:6, 185:11, 185:15, 186:17, 187:10, 188:6, 188:21, 189:4, 189:10, 189:17, 192:14, 192:18, 198:2, 198:9, 198:15, 198:18, 198:22, 199:2, 199:14, 199:18, 200:5, 208:1, 220:19, 220:21, 223:15, 223:18, 223:19, 224:16, 224:18, 229:13, 229:17, 229:21, 230:1, 230:2, 231:5, 231:7, 244:14, 263:8, 263:13, 263:15, 267:8, 267:12, 267:19, 267:22, 268:7, 268:9, 268:14,

269:7, 269:14, 270:1, 270:21, 271:7, 271:21, 271:23, 272:1, 272:10, 272:15, 272:21, 273:1, 273:11, 273:15, 273:21, 274:4, 274:21, 275:2, 275:7, 275:12, 275:17, 275:21, 275:24, 276:13, 276:24, 277:5, 277:6, 277:11, 277:17, 277:25, 278:2, 278:10, 278:14, 278:19, 278:23, 279:3, 279:9, 279:15, 279:19, 279:25, 280:5, 280:10, 280:15, 280:23, 281:5, 281:11, 281:16, 281:21, 281:24, 282:2, 282:5, 282:24, 282:25, 283:1, 284:7, 284:9, 284:13, 284:15, 284:17
**MRIs** [1] - 209:18
**multiple** [6] - 207:5, 207:9, 207:11, 207:16, 219:19, 257:1
**muscle** [2] - 196:10, 201:16
**musculature** [1] - 201:16
**Muslim** [5] - 152:13, 154:4, 155:3, 219:8, 219:24, 221:12
**Muslims** [3] - 173:6, 220:1, 220:5
**mutually** [1] - 282:13
**mutually-agreeable** [1] - 282:13


## N

**name** [12] - 147:14, 150:11, 150:13, 150:14, 161:1, 164:7, 188:17, 188:18, 218:7, 246:12, 251:15, 265:2
**named** [2] - 155:17, 263:3
**names** [1] - 265:17
**narrow** [3] - 204:24, 216:24, 223:2
**Nassau** [2] - 189:22, 192:8
**natural** [1] - 152:2
**naturally** [1] - 172:17
**nature** [3] - 167:12, 228:23, 229:3
**necessarily** [11] - 182:4, 233:4, 233:8, 236:10, 237:8, 237:15, 242:17, 242:25, 252:24, 259:13, 259:14
**necessary** [2] - 161:15, 189:12
**need** [10] - 177:10, 180:17, 187:14, 188:22, 188:24, 204:5, 239:8, 268:20, 273:18, 277:1
**needed** [4] - 166:8, 206:20, 209:17, 209:18
**negativity** [1] - 214:21
**nervous** [2] - 156:12, 159:13
**Neurological** [1] - 197:13
**never** [11] - 157:17, 164:16, 166:1, 167:10, 173:17, 176:6, 216:11, 251:20, 253:4, 254:24, 254:25
**NEW** [1] - 146:2
**new** [6] - 152:19, 153:5, 163:14, 214:19, 215:17, 246:12
**New** [18] - 146:6, 151:2, 152:8, 190:9, 190:14, 191:7, 191:9, 191:14, 192:4, 192:5, 192:7, 193:10, 214:11, 244:9, 244:15, 245:1, 245:4, 245:4
**newspaper** [1] - 167:4
**next** [17] - 147:9, 149:5, 176:12, 177:18,

199:16, 199:23, 230:6, 231:24, 240:20, 269:12, 269:22, 275:2, 275:7, 275:12, 278:1, 282:17, 282:22
**nice** [2] - 158:14, 168:15
**nighttime** [1] - 177:11
**nine** [3] - 191:12, 275:8, 279:9
**non** [1] - 258:1
**non-communication** - 258:1
**none** [2] - 239:2, 252:19
**nonexistent** [1] - 164:3
**normal** [7] - 204:15, 205:5, 212:14, 226:12, 226:19, 257:19, 265:13
**normally** [1] - 218:19
**notably** [1] - 266:23
**note** [2] - 278:3, 278:7
**noted** [1] - 261:21
**notes** [1] - 251:14
**nothing** [4] - 169:24, 186:10, 229:13, 236:16
**notice** [3] - 156:15, 159:15, 166:13
**noticed** [4] - 156:13, 163:4, 166:18, 167:3
**notion** [2] - 172:24, 220:4
**notions** [1] - 174:10
**number** [27] - 154:9, 154:14, 156:6, 173:8, 173:11, 173:12, 177:10, 178:5, 194:12, 194:18, 201:7, 202:24, 203:3, 203:23, 215:22, 216:13, 227:10, 249:7, 249:16, 249:23, 251:15, 258:15, 265:14, 268:11, 268:23, 268:24, 272:23
**numbers** [1] - 173:17
**numerous** [1] - 163:9
**NYU** [4] - 190:6, 190:13, 190:25, 191:1


## O

**o'clock** [2] - 229:19, 268:23
**oath** [1] - 198:20
**object** [1] - 181:15
**objecting** [1] - 186:6
**objection** [16] - 173:15, 175:2, 175:25, 192:18, 199:2, 199:7, 220:19, 268:20, 269:19, 271:4, 271:21, 273:1, 276:5, 276:9, 276:22, 277:18
**objections** [2] - 181:6, 181:13
**obligation** [1] - 173:1
**obligations** [1] - 172:20
**observations** [7] - 147:18, 156:17, 158:3, 159:4, 167:20, 167:21, 210:24
**observe** [4] - 160:8, 161:18, 163:2, 166:11
**observed** [5] - 160:18, 163:8, 168:8, 177:4, 177:7
**obsessions** [2] - 204:12, 205:9
**obstacles** [1] - 217:14
**obtain** [1] - 194:6
**obtained** [2] - 210:15, 233:7
**obtaining** [1] - 206:10
**obvious** [1] - 180:16

**obviously** [8] - 148:7, 157:12, 201:6, 244:4, 267:1, 267:3, 276:3, 280:16
**occasion** [6] - 151:18, 155:16, 162:17, 258:8, 266:11, 282:23
**occasions** [2] - 163:9, 216:10
**occupancy** [1] - 154:10
**occurred** [1] - 214:9
**OF** [3] - 146:2, 146:3, 146:12
**offense** [14] - 194:10, 195:1, 200:24, 203:15, 210:12, 211:6, 225:17, 228:5, 228:7, 228:11, 233:19, 235:14, 241:25, 250:11
**offensive** [1] - 203:25
**offer** [6] - 184:11, 271:6, 273:11, 279:21, 281:2, 281:12
**offering** [6] - 148:4, 148:13, 148:16, 179:22, 179:23, 180:15
**offhand** [1] - 263:24
**office** [3] - 208:13, 234:18, 234:19
**Office** [2] - 193:9, 193:10
**officer** [3] - 243:11, 249:9, 249:11
**offices** [2] - 151:18, 193:7
**Official** [1] - 146:22
**official** [2] - 152:15, 198:23
**offshoot** [2] - 222:19, 222:22
**often** [3] - 153:24, 168:23, 266:19
**old** [10] - 150:24, 150:25, 155:25, 156:9, 157:11, 164:1, 164:11, 194:13, 196:15, 226:17
**older** [5] - 165:15, 201:9, 201:25, 219:1, 247:6
**Oliver** [4] - 244:6, 244:14, 244:15, 284:23
**omitted** [1] - 259:16
**once** [10] - 157:1, 189:10, 189:14, 190:18, 203:6, 209:20, 254:21, 257:13, 279:11, 280:24
**One** [1] - 149:13
**one** [64] - 149:17, 150:2, 157:15, 161:12, 166:9, 167:3, 168:3, 169:22, 183:13, 185:15, 185:16, 190:25, 200:16, 202:5, 202:6, 202:17, 202:23, 205:23, 206:19, 207:6, 208:5, 209:4, 210:14, 211:25, 214:11, 214:13, 216:24, 219:19, 226:3, 238:24, 240:17, 240:19, 241:11, 245:19, 251:1, 251:7, 251:8, 251:11, 253:13, 253:25, 256:15, 258:8, 260:18, 263:17, 264:24, 265:5, 265:12, 265:15, 266:17, 268:22, 268:23, 269:11, 269:15, 273:14, 274:15, 274:19, 275:12, 275:17, 275:25, 277:3, 279:16, 279:17
**one's** [1] - 256:4
**one-on-one** [1] - 210:14
**ones** [5] - 148:17, 155:8, 206:1, 254:25, 256:9
**ongoing** [1] - 214:14
**open** [3] - 186:10, 270:16, 271:9
**operation** [1] - 167:6

**operative** [17] - 147:16, 161:19, 161:22, 161:23, 162:1, 162:4, 222:6, 222:11, 222:18, 222:24, 223:7, 223:10, 223:21, 223:25, 224:14, 224:20, 271:13
**operative's** [2] - 147:21, 224:10
**opine** [2] - 240:9, 240:12
**opinion** [17] - 160:18, 167:10, 197:15, 197:23, 198:17, 214:22, 217:11, 226:16, 228:2, 228:10, 228:25, 229:5, 229:10, 243:24, 247:17, 265:15, 267:1
**opinions** [2] - 206:12, 266:2
**opportunity** [4] - 167:11, 185:4, 186:18, 252:16
**opposed** [3] - 172:1, 244:2, 244:21
**opposition** [1] - 198:24
**oppressed** [2] - 220:1, 220:8
**order** [3] - 186:1, 232:7, 233:12
**ordered** [1] - 191:10
**organically** [1] - 167:8
**organization** [2] - 224:25, 261:10
**Organization** [1] - 260:9
**organizations** [1] - 169:16
**organize** [1] - 188:24
**organized** [1] - 186:15
**orientation** [1] - 218:14
**oriented** [1] - 211:20
**original** [1] - 199:18
**Osama** [1] - 261:25
**ostracized** [1] - 258:11
**OT** [1] - 250:5
**otherwise** [1] - 187:24
**ought** [3] - 188:1, 188:3, 273:6
**outcome** [1] - 205:23
**outline** [1] - 175:11
**outlined** [1] - 181:14
**outpatient** [1] - 191:15
**outreach** [2] - 153:13, 153:23
**outside** [3] - 149:8, 164:14, 197:1
**outsider** [1] - 217:13
**overall** [1] - 156:25
**overdose** [1] - 251:2
**overlap** [1] - 172:4
**overruled** [2] - 173:16, 176:2
**own** [14] - 155:7, 166:18, 166:19, 167:8, 167:10, 181:8, 181:9, 191:19, 191:20, 217:18, 225:7, 247:8, 250:11, 268:2

# P

**Page** [2] - 284:3, 284:20
**page** [26] - 177:18, 180:15, 230:6, 250:21, 252:5, 269:22, 272:16, 272:19, 272:22, 273:11, 275:12, 275:13, 275:22, 276:16, 277:7, 278:23, 278:24, 279:4, 279:9, 279:25, 280:18, 280:23, 280:24, 281:11
**paid** [1] - 193:18
**papers** [1] - 194:11
**paranoid** [1] - 212:20

**parcel** [1] - 166:25
**parent** [2] - 253:18, 254:8
**parents** [3] - 157:15, 197:20, 215:14
**parking** [2] - 166:8, 177:10
**parrot** [1] - 166:19
**parroting** [1] - 167:12
**part** [15] - 148:22, 152:18, 153:23, 154:8, 156:2, 166:24, 168:22, 171:7, 183:16, 209:8, 270:14, 270:19, 271:2, 271:3, 275:8
**participant** [2] - 187:13, 269:1, 274:6
**participants** [2] - 187:12, 274:24
**participate** [4] - 169:5, 178:6, 191:23, 225:4
**participates** [1] - 274:10
**participating** [4] - 176:5, 220:11, 220:17, 221:22
**particular** [23] - 148:7, 163:17, 166:13, 166:14, 167:11, 170:22, 186:24, 194:8, 205:2, 205:16, 213:22, 216:18, 217:7, 220:18, 222:9, 228:5, 238:21, 238:24, 239:2, 265:23, 269:12, 276:10, 276:18
**particularly** [3] - 168:14, 205:7, 211:13
**parties** [7] - 153:6, 182:20, 183:5, 206:11, 245:24, 272:17, 272:24
**parties'** [1] - 184:9
**parts** [2] - 213:8, 220:1
**passive** [2] - 212:23, 212:25
**past** [12] - 163:24, 164:2, 201:2, 205:4, 217:1, 229:19, 244:1, 245:1, 247:22, 250:8, 257:11
**paste** [1] - 167:7
**paternal** [1] - 215:7
**path** [3] - 175:15, 207:8, 225:18
**pathological** [1] - 265:15
**patience** [3] - 180:8, 189:4, 278:17
**patient** [2] - 208:19, 232:8
**patients** [6] - 156:19, 156:21, 156:22, 191:4, 240:5, 245:20
**pause** [2] - 150:3, 169:23
**Pause** [1] - 161:13
**pay** [1] - 253:15
**paying** [1] - 193:21
**peaceful** [1] - 168:16
**peacefully** [1] - 174:4
**peculiar** [1] - 163:25
**Pediatric** [1] - 197:13
**pediatrician** [1] - 197:16
**penis** [1] - 201:16
**Pennsylvania** [1] - 192:11
**people** [57] - 153:4, 153:17, 153:20, 154:15, 154:22, 155:4, 155:13, 157:18, 160:25, 165:2, 165:22, 168:7, 168:19, 168:24, 172:15, 172:18, 173:11, 174:8, 174:14, 177:10, 195:8, 202:20, 205:15, 208:18, 212:10, 216:1, 216:13, 217:4, 218:9, 218:18, 218:20, 218:23, 220:8, 220:18, 221:5, 221:7, 221:10, 221:22, 222:5, 233:21,

233:25, 241:11, 242:3, 247:2, 247:3, 247:24, 248:3, 248:9, 248:17, 248:22, 250:11, 254:21, 256:10, 259:13, 262:18, 266:8, 266:12
**People** [3] - 244:6, 244:15, 284:23
**people's** [1] - 202:21
**peppered** [1] - 201:24
**per** [1] - 181:18
**perceive** [1] - 237:25
**perceived** [6] - 221:4, 259:10, 259:19, 260:6, 260:10, 260:17
**perceives** [1] - 260:4
**perceiving** [1] - 236:18
**percent** [10] - 193:5, 244:18, 245:13, 245:14, 245:17, 245:18, 245:19, 245:22
**percentage** [1] - 245:10
**perception** [2] - 223:17, 252:24
**perceptive** [2] - 250:14, 250:23
**perfect** [2] - 150:15, 188:22
**perfectly** [1] - 272:5
**perform** [4] - 194:24, 222:23, 224:13, 239:8
**performed** [1] - 209:10
**perhaps** [6] - 166:9, 182:14, 188:22, 271:11, 271:14, 273:11
**period** [13] - 164:11, 168:10, 171:18, 178:23, 203:24, 207:13, 215:11, 215:23, 233:22, 238:15, 238:17, 239:13, 241:18
**perished** [1] - 265:3
**permission** [6] - 158:15, 158:20, 158:25, 162:9, 162:11, 180:7
**permit** [1] - 274:12
**permitted** [2] - 187:19, 248:4
**person** [9] - 156:7, 164:21, 165:5, 165:6, 183:13, 210:1, 213:3, 241:15, 274:10
**personal** [1] - 220:9
**personality** [1] - 212:9
**personalized** [1] - 217:16
**pertain** [1] - 173:18
**pertaining** [1] - 245:16
**pertains** [1] - 149:18
**phone** [2] - 156:5, 157:19
**photograph** [2] - 176:17, 176:21
**physical** [8] - 195:25, 201:17, 203:23, 204:3, 214:16, 218:14, 260:22, 260:25
**physically** [1] - 216:9
**physician** [4] - 157:8, 180:1, 184:1, 246:20
**physicians** [2] - 194:19, 209:5
**pick** [3] - 157:17, 269:12, 282:13
**picked** [2] - 156:8, 266:24
**picking** [2] - 212:13, 257:17
**picture** [2] - 177:1, 229:9
**piece** [1] - 243:21
**piecemeal** [1] - 186:14
**piggybacked** [1] - 214:22

**pinpoint** [2] - 207:10, 207:17
**Pinta** [9] - 147:5, 150:17, 170:1, 263:12, 267:10, 269:16, 269:20, 271:1, 278:13
**PINTA** [77] - 147:6, 147:10, 148:13, 148:16, 149:7, 149:10, 149:13, 149:16, 149:21, 149:25, 150:16, 150:19, 161:12, 161:14, 161:25, 162:4, 162:8, 162:12, 162:15, 169:22, 169:24, 173:15, 175:2, 175:25, 208:1, 220:21, 223:15, 223:18, 223:19, 224:16, 224:18, 229:13, 230:1, 263:13, 263:15, 267:8, 267:19, 267:22, 268:9, 269:7, 271:7, 271:23, 272:10, 272:15, 272:21, 273:11, 273:21, 274:4, 274:21, 275:2, 275:7, 275:12, 275:17, 275:21, 277:6, 277:11, 278:14, 278:19, 278:23, 279:3, 279:9, 279:15, 279:19, 279:25, 280:5, 280:10, 280:15, 280:23, 281:5, 281:11, 281:16, 281:21, 281:24, 282:2, 283:1, 284:7, 284:17
**piqued** [1] - 216:21
**place** [5] - 168:25, 200:13, 203:25, 213:22, 217:21
**placed** [1] - 206:20
**plan** [4] - 147:20, 149:3, 180:13, 271:9
**plane** [2] - 243:4, 243:8
**plans** [1] - 225:8
**platform** [2] - 153:22, 165:24
**play** [7] - 183:20, 185:24, 186:3, 269:5, 269:16, 271:20, 272:3
**played** [24] - 180:19, 186:10, 247:5, 269:3, 274:25, 275:5, 275:10, 275:15, 275:19, 277:9, 277:15, 278:6, 278:21, 279:1, 279:7, 279:13, 279:23, 280:3, 280:6, 280:21, 281:3, 281:9, 281:14, 281:19
**playing** [11] - 147:21, 149:16, 180:16, 183:2, 183:5, 185:18, 247:7, 267:23, 267:24, 270:5, 272:17
**plotting** [1] - 169:15
**plural** [1] - 161:23
**plus** [3] - 174:17, 273:19
**point** [19] - 156:9, 183:3, 183:24, 186:20, 188:1, 188:5, 194:3, 213:12, 214:13, 215:9, 218:10, 223:6, 224:12, 251:11, 267:18, 268:14, 273:23, 274:20, 276:7
**police** [2] - 213:9, 216:10
**Police** [1] - 260:9
**polite** [1] - 212:21
**poor** [1] - 215:25
**poorly** [1] - 211:14
**popular** [1] - 160:13
**populated** [1] - 169:19
**portion** [1] - 188:4
**portions** [8] - 148:1, 181:12, 182:22, 187:2, 187:5, 199:11, 223:20
**pose** [2] - 157:11, 181:6
**posed** [1] - 181:13

**posing** [3] - 166:20, 166:22, 166:23
**position** [5] - 149:19, 153:12, 166:1, 190:13, 191:5
**positions** [3] - 152:15, 179:19, 190:20
**positive** [4] - 161:5, 168:6, 217:6, 225:20
**possibility** [3] - 241:10, 241:11, 257:4
**possible** [1] - 239:1
**possibly** [1] - 150:21
**post** [1] - 205:12
**post-World** [1] - 205:12
**potential** [2] - 158:9, 205:21
**potentially** [1] - 201:14
**Potter** [2] - 205:10, 217:2
**power** [1] - 261:1
**powerful** [1] - 260:17
**practice** [11] - 173:2, 173:6, 173:12, 174:1, 174:4, 191:20, 191:21, 191:22, 245:11, 245:15, 245:22
**practicing** [1] - 173:21
**prayer** [3] - 149:11, 155:14, 166:7
**prayers** [5] - 154:11, 155:7, 172:15, 178:4
**precipitated** [1] - 215:19
**precise** [1] - 170:21
**precisely** [4] - 182:20, 235:16, 240:21, 261:2
**preclude** [1] - 187:23
**predated** [1] - 206:8
**predicate** [2] - 187:14, 199:12
**predicated** [2] - 239:17, 239:21
**predominantly** [1] - 155:9
**prefer** [1] - 182:1
**preferable** [1] - 282:17
**preference** [2] - 272:2, 282:10
**preliminary** [1] - 175:18
**prepared** [6] - 181:23, 184:2, 184:11, 184:14, 274:1
**prescribed** [2] - 201:21, 218:6
**present** [11] - 165:22, 165:24, 166:2, 178:6, 178:18, 187:4, 203:24, 210:8, 249:11, 268:16, 274:14
**presentation** [2] - 147:24, 212:3
**presentations** [1] - 153:19
**presented** [4] - 195:18, 211:12, 212:24, 267:17
**preserve** [4] - 276:5, 276:8, 277:2, 277:17
**press** [1] - 179:4
**presumably** [4] - 162:8, 162:9, 187:1, 242:21
**presume** [3] - 152:13, 181:15, 187:10
**presupposes** [1] - 182:19
**pretty** [3] - 168:4, 247:5, 247:7
**prevented** [1] - 229:6
**preview** [1] - 147:11
**previous** [1] - 190:16
**previously** [4] - 149:22, 212:5, 213:17, 241:3

prime [1] - 203:13
print [1] - 182:14
prison [1] - 236:21
private [6] - 163:5, 166:6, 178:9, 191:20, 191:21
privy [2] - 167:3, 178:16
probability [1] - 256:24
problem [9] - 148:19, 181:3, 204:2, 207:2, 224:15, 228:17, 271:25, 278:7, 279:16
problematic [1] - 220:16
problems [30] - 157:23, 189:11, 196:8, 196:12, 197:5, 201:8, 201:9, 201:12, 202:16, 203:4, 206:16, 206:21, 207:5, 207:9, 207:16, 209:22, 215:4, 217:19, 217:20, 217:22, 217:25, 227:19, 227:22, 229:5, 268:22
procedurally [1] - 210:14
procedure [1] - 278:12
procedures [1] - 209:17
proceed [6] - 147:2, 184:4, 184:5, 189:3, 270:13, 278:9
proceeding [1] - 269:21
proceedings [1] - 182:17
Proceedings [1] - 146:25
process [7] - 178:22, 198:20, 222:10, 225:24, 226:25, 227:5, 234:23
prodded [1] - 214:4
produce [1] - 201:13
produced [2] - 146:25, 231:13
product [1] - 227:9
professional [6] - 151:10, 190:12, 205:9, 245:15, 245:22, 245:23
proffered [1] - 186:23
profiling [1] - 260:10
profound [2] - 241:1, 241:4
program [10] - 153:2, 161:2, 166:7, 191:14, 191:15, 196:18, 196:20, 206:14, 215:25, 246:1
programming [1] - 153:8
programs [5] - 152:18, 153:3, 206:23, 213:8, 213:9
progressed [1] - 222:15
progression [1] - 161:5
progressively [1] - 168:3
prominent [1] - 227:16
proper [1] - 187:19
properties [1] - 163:6
property [1] - 169:11
proportion [1] - 193:2
proposed [5] - 182:12, 182:13, 268:18, 268:19, 271:2
proposition [1] - 237:7
propositions [2] - 173:22, 238:3
prosecuted [1] - 235:24
prosecution [4] - 192:23, 193:3, 193:6, 205:25
prosecutors' [1] - 193:7
provide [12] - 172:10, 172:12, 178:21, 183:10, 183:22, 185:23, 242:9, 242:10, 242:14, 244:16, 267:24, 269:18
provided [13] - 148:22, 185:11, 185:17, 185:20, 191:3, 195:5, 233:2, 249:14, 252:17, 259:16, 264:8, 264:11, 264:14
providers [3] - 203:21, 205:5, 206:12
providing [2] - 245:11, 245:17
proximity [1] - 226:24
psychiatric [13] - 190:18, 191:1, 191:3, 191:4, 191:7, 193:12, 195:2, 210:10, 211:7, 228:18, 239:7, 242:10, 246:10
psychiatrist [4] - 189:19, 192:22, 228:16, 266:11
psychiatrists [1] - 201:21
psychiatry [5] - 190:6, 190:10, 190:11, 191:6, 192:17
psychological [12] - 195:2, 203:23, 204:3, 209:14, 215:9, 227:18, 239:7, 239:8, 250:6, 260:22, 261:1, 264:4
psychologists [1] - 201:20
psychosocial [1] - 202:6
psychotic [3] - 211:21, 255:11, 255:13
PT [1] - 250:6
puberty [5] - 197:10, 201:11, 214:5, 226:9, 227:18
public [3] - 157:14, 196:21, 206:14
publications [1] - 191:23
published [1] - 191:25
puppets [1] - 167:6
purely [2] - 154:25, 155:2
purports [1] - 185:12
purpose [8] - 198:3, 198:7, 205:25, 210:19, 219:22, 233:6, 233:17, 238:24
purposes [6] - 148:20, 154:25, 155:2, 155:10, 195:3, 198:10
pursue [1] - 187:2
pursuing [1] - 174:23
pushed [1] - 165:23
put [16] - 154:9, 172:23, 173:1, 178:5, 183:17, 186:13, 217:14, 219:18, 219:21, 233:12, 236:12, 250:21, 252:5, 258:11, 277:3, 278:1

## Q

Qaeda [9] - 179:16, 222:19, 222:22, 243:5, 252:10, 261:11, 261:14, 262:6
qualified [4] - 192:6, 192:10, 192:12, 192:19
qualify [1] - 192:16
quality [1] - 211:18
quarter [1] - 229:25
Queens [1] - 192:8
questions [15] - 150:20, 167:11, 180:3, 233:6, 238:4, 240:17, 248:25, 255:4, 255:6, 255:9, 255:10, 263:9, 263:18, 264:24, 265:16
quick [1] - 234:23
quickly [1] - 263:16

quit [1] - 213:9
quite [1] - 208:12
quitting [2] - 260:4, 260:9
quote [1] - 179:4
quoted [1] - 269:17
quoting [1] - 254:3
Quran [1] - 152:8
Qusar [1] - 261:25

## R

racial [1] - 260:10
radical [1] - 261:19
radicalization [4] - 174:10, 174:15, 225:11, 225:18
rafting [2] - 248:21, 249:1
raise [2] - 158:16, 188:10
raised [3] - 199:9, 256:25, 257:3
raising [1] - 216:15
Ramadan [2] - 177:9, 177:11
rambling [1] - 255:12
random [2] - 220:17, 221:22
range [2] - 154:19, 250:23
ranges [1] - 154:21
rape [1] - 266:18
rapidly [1] - 216:24
rare [2] - 208:24, 208:25
rarely [1] - 197:25
rate [1] - 193:22
rather [4] - 190:20, 213:5, 223:17, 266:9
reach [1] - 227:23
reaching [1] - 203:9
read [7] - 167:4, 254:5, 257:22, 258:7, 264:16, 268:1, 276:18
readable [1] - 182:18
reading [8] - 202:21, 216:22, 217:8, 247:9, 253:1, 266:22, 271:17
ready [3] - 147:2, 196:18, 276:19
real [4] - 151:6, 151:8, 173:25, 203:13
realized [2] - 157:12, 254:17
really [11] - 156:9, 157:25, 171:9, 171:25, 173:9, 173:17, 173:19, 176:6, 177:11, 178:3, 178:13, 178:19, 202:4, 203:11, 204:8, 204:22, 206:17, 212:2, 214:20, 215:4, 218:10, 221:17, 223:2, 224:1, 224:11, 225:6, 229:6, 229:8, 239:6, 248:5, 258:11
reason [4] - 148:23, 170:12, 217:11, 258:17
reasonable [3] - 228:2, 228:10, 282:16
reassess [1] - 189:13
recategorized [1] - 246:11
received [9] - 199:10, 200:2, 200:4, 231:17, 232:16, 239:4, 246:20, 258:5, 284:22
recently [2] - 205:13, 247:12
recess [3] - 189:2, 229:23, 230:5
reciprocity [2] - 211:15, 258:1
recitation [1] - 186:24

**reclaim** [1] - 261:7
**recognize** [1] - 176:16
**recognized** [1] - 164:15
**recollection** [4] - 154:7, 171:13, 235:8, 245:8
**record** [17] - 181:1, 181:4, 184:21, 198:12, 198:14, 198:23, 201:23, 208:16, 212:6, 244:14, 256:25, 257:1, 270:15, 271:2, 272:6, 273:5, 280:11
**recorded** [11] - 146:25, 147:24, 182:21, 187:22, 235:5, 242:22, 249:8, 253:25, 254:12, 264:19, 264:22
**recording** [35] - 180:14, 181:4, 181:20, 182:5, 183:2, 183:8, 183:10, 183:11, 183:18, 185:7, 242:13, 244:10, 244:11, 272:24, 273:14, 275:2, 275:7, 276:2, 276:14, 276:17, 276:21, 277:14, 277:19, 278:24, 279:6, 279:12, 279:16, 279:22, 280:2, 280:20, 281:1, 281:2, 281:8, 281:13
**recordings** [50] - 147:22, 148:1, 148:8, 148:22, 148:25, 149:4, 149:6, 180:8, 182:14, 183:6, 183:9, 183:20, 183:24, 184:6, 184:7, 184:9, 184:14, 185:4, 185:13, 185:17, 185:24, 186:4, 186:7, 186:9, 186:11, 242:6, 243:10, 243:23, 252:16, 252:19, 253:5, 253:21, 253:22, 253:25, 254:23, 264:6, 264:7, 264:10, 264:14, 267:16, 269:16, 269:20, 270:14, 270:25, 271:2, 271:5, 271:12, 272:17, 278:15, 281:21
**records** [24] - 182:9, 188:24, 194:12, 194:15, 195:4, 195:5, 202:14, 204:19, 205:4, 206:8, 208:9, 208:21, 208:22, 209:4, 210:16, 210:20, 218:4, 226:7, 232:25, 233:1, 239:5, 246:24, 266:1, 266:22
**redirect** [2] - 180:4, 263:12
**REDIRECT** [2] - 263:14, 284:16
**refer** [4] - 161:21, 247:16, 258:2, 281:11
**reference** [1] - 250:20
**referenced** [1] - 269:17
**referred** [1] - 191:9
**referring** [10] - 149:21, 172:6, 183:15, 185:10, 250:16, 250:17, 257:18, 269:20, 274:22, 280:24
**reflected** [1] - 221:14
**reflection** [1] - 178:25
**regarding** [36] - 152:20, 158:9, 158:20, 160:6, 163:2, 167:20, 168:7, 168:14, 169:16, 182:13, 185:1, 192:23, 193:2, 195:4, 195:7, 195:10, 195:17, 196:2, 197:6, 197:18, 200:7, 201:1, 203:6, 203:15, 203:20, 206:12, 208:8, 222:10, 224:19, 228:5, 262:23, 264:6, 264:24, 265:5, 266:1, 272:25
**region** [1] - 193:8
**regular** [2] - 163:19, 163:20
**relate** [1] - 219:24
**related** [5] - 211:14, 212:13, 213:8,

227:21, 254:9
**relation** [1] - 231:13
**relations** [1] - 202:17
**relationship** [13] - 173:25, 210:10, 214:24, 216:4, 222:15, 222:23, 223:24, 224:3, 225:1, 225:22, 251:21, 251:22
**relationships** [2] - 200:20, 216:12
**relative** [1] - 194:22
**relevance** [7] - 149:18, 180:16, 271:16, 272:18, 272:24, 273:3, 273:13
**relevant** [25] - 147:17, 148:1, 148:9, 178:22, 178:25, 194:7, 195:2, 195:18, 195:22, 201:2, 201:4, 203:8, 205:16, 206:13, 206:17, 208:8, 210:25, 213:18, 221:19, 223:20, 226:1, 229:9, 234:2, 236:6, 243:6
**reliable** [1] - 233:2
**relied** [2] - 157:18, 239:24
**religion** [6] - 152:21, 154:3, 217:16, 219:13, 219:25
**religions** [1] - 219:8
**religious** [7] - 153:7, 154:25, 155:2, 155:9, 172:10, 172:20, 172:24
**reluctant** [2] - 266:16, 266:19
**relying** [1] - 199:3
**remain** [1] - 188:10
**remained** [3] - 190:25, 191:12, 191:17
**remaining** [1] - 282:9
**remains** [1] - 240:13
**remember** [14] - 156:1, 166:6, 170:19, 170:23, 171:1, 171:6, 171:7, 177:8, 244:7, 244:13, 244:23, 245:5, 245:7, 257:10
**remembered** [1] - 170:16
**remembering** [1] - 170:13
**removed** [1] - 163:4
**repeat** [2] - 174:12, 254:2
**replaced** [1] - 219:2
**reply** [2] - 148:18, 149:22
**report** [33] - 175:9, 198:16, 198:25, 199:5, 199:6, 199:10, 199:17, 199:18, 199:19, 199:25, 200:1, 200:7, 200:15, 200:25, 210:7, 231:13, 231:16, 231:21, 232:4, 240:9, 240:16, 243:14, 243:15, 246:3, 250:17, 250:20, 251:1, 252:5, 254:3, 254:4, 258:2, 258:7
**reported** [6] - 153:18, 203:21, 206:7, 206:8, 215:2, 252:7
**Reporter** [2] - 146:21, 146:22
**reporter** [2] - 150:12, 188:18
**reporting** [2] - 249:17, 249:23
**reports** [8] - 199:20, 200:20, 218:12, 245:12, 245:17, 249:23, 250:6, 258:24
**representation** [1] - 148:21
**reputation** [1] - 169:17
**request** [1] - 158:8
**requested** [2] - 153:18, 166:7
**require** [3] - 196:8, 236:11
**required** [1] - 196:14

**requisite** [1] - 174:18
**reside** [1] - 151:1
**residence** [2] - 215:11, 215:13
**residency** [2] - 190:6, 190:24
**resolve** [1] - 184:6
**resolved** [1] - 209:20
**respect** [11] - 148:24, 179:11, 179:24, 183:7, 183:19, 189:13, 236:23, 244:2, 257:10, 268:24, 276:14
**respected** [1] - 219:5
**respectful** [2] - 161:19, 168:15
**respond** [1] - 257:22
**response** [3] - 261:6, 263:17, 271:7
**responsibilities** [1] - 172:9
**responsibility** [1] - 206:1
**rest** [5] - 236:5, 236:20, 237:10, 245:20, 268:6
**rested** [1] - 203:11
**restricted** [6] - 202:24, 246:15, 247:14, 247:16, 248:20, 266:6
**resume** [3] - 229:24, 272:4, 282:14
**retained** [4] - 244:21, 244:25, 245:3, 245:9
**revealed** [3] - 202:12, 250:13, 250:22
**reverse** [1] - 196:16
**review** [16] - 182:17, 185:22, 186:18, 208:17, 208:21, 209:3, 211:4, 226:6, 243:21, 243:23, 244:11, 246:23, 249:13, 264:6, 264:10, 266:1
**reviewed** [13] - 194:14, 194:18, 198:4, 198:5, 198:17, 198:21, 200:18, 210:7, 210:15, 212:6, 235:13, 249:14, 264:7
**reviewing** [2] - 237:21, 270:3
**reviews** [1] - 224:5
**revisit** [1] - 278:12
**rich** [2] - 247:10, 258:25
**Richmond** [1] - 192:8
**righting** [1] - 221:3
**Rikers** [1] - 191:17
**Robert** [5] - 158:8, 158:19, 158:25, 197:25, 214:25
**ROBERT** [1] - 146:15
**role** [3] - 153:1, 153:15, 163:12
**roles** [1] - 179:15
**room** [2] - 191:2, 258:11
**rose** [1] - 206:9
**rote** [1] - 236:13
**rough** [1] - 154:10
**roughly** [1] - 171:6
**row** [1] - 186:12
**Rule** [1] - 148:19
**rules** [1] - 189:14
**ruling** [1] - 274:1
**run** [2] - 191:7, 282:22
**runs** [2] - 183:18, 185:19

---

**S**

---

**sad** [2] - 160:9, 160:11

**sake** [3] - 147:23, 195:14, 195:17
**Samaritan** [1] - 197:13
**savage** [1] - 246:22
**Savage's** [1] - 256:22
**saw** [16] - 156:8, 156:24, 160:14, 163:3, 164:15, 168:2, 168:4, 170:22, 171:19, 177:15, 178:12, 179:4, 223:25, 226:13, 237:3, 257:24
**scale** [1] - 239:20
**scales** [1] - 239:22
**scanned** [1] - 214:4
**schedule** [3] - 268:18, 268:19, 282:20
**scheduled** [2] - 195:8, 198:1
**school** [29] - 152:16, 152:17, 152:20, 154:13, 156:1, 171:8, 190:4, 190:5, 194:14, 194:16, 196:21, 197:1, 200:14, 206:14, 206:18, 207:2, 208:22, 215:24, 216:18, 217:20, 225:17, 247:7, 253:15, 258:12, 266:23
**School** [1] - 190:13
**schoolmates** [1] - 213:14
**schools** [1] - 153:18
**sciences** [1] - 152:2
**scoot** [1] - 150:21
**scores** [2] - 250:14, 250:23
**scrap** [1] - 183:5
**screen** [3] - 176:12, 250:21, 252:6
**se** [1] - 181:19
**seat** [1] - 159:15
**seated** [2] - 150:10, 188:16
**secluded** [1] - 178:17
**second** [5] - 148:17, 162:4, 196:19, 269:13, 275:25
**secondary** [2] - 214:6, 227:16, 229:1
**seconds** [3] - 268:11, 275:3
**security** [1] - 166:7
**see** [24] - 156:23, 163:13, 166:4, 168:2, 174:20, 175:11, 175:14, 175:18, 176:12, 176:13, 178:8, 178:13, 186:15, 189:7, 206:5, 210:19, 219:21, 230:3, 239:8, 245:19, 266:8, 268:1, 268:4, 277:1
**seeing** [4] - 171:16, 208:20, 276:3, 276:22
**seeking** [1] - 233:11
**seem** [3] - 159:13, 213:5, 268:11
**segment** [1] - 209:24
**self** [1] - 219:6
**self-esteem** [1] - 219:6
**selling** [2] - 151:8, 151:9
**send** [1] - 153:17
**senior** [1] - 190:18
**SENIOR** [1] - 146:13
**sense** [13] - 171:23, 172:1, 173:7, 176:3, 206:15, 212:16, 213:6, 217:18, 225:6, 242:12, 259:24, 259:25, 276:11
**sensitive** [1] - 174:8
**sentence** [2] - 233:10, 273:14
**sentences** [1] - 149:18

**sentencing** [6] - 148:18, 183:17, 195:3, 199:21, 228:20, 269:17
**separate** [4] - 166:9, 202:4, 258:11, 266:9
**September** [3] - 277:7, 277:12, 278:20
**serious** [1] - 257:21
**seriously** [1] - 175:1
**served** [1] - 214:20
**service** [5] - 169:3, 191:2, 191:3, 191:6, 191:11
**services** [3] - 169:6, 191:16, 193:18
**set** [8] - 153:3, 155:4, 155:6, 158:14, 202:23, 221:17, 241:22, 282:21
**SETH** [1] - 146:17
**setting** [2] - 157:14, 221:20
**seven** [2] - 277:7, 277:8
**Seventh** [1] - 216:21
**several** [3] - 191:25, 201:5, 223:23
**severe** [3] - 196:7, 202:13, 206:21
**sexual** [4] - 201:15, 214:6, 226:10, 266:18
**share** [2] - 182:12, 217:22
**shared** [1] - 217:5
**Sharia** [1] - 179:15
**sharing** [1] - 248:4
**Shariq** [1] - 261:25
**shed** [2] - 242:25, 243:8
**shelters** [1] - 168:23
**shifts** [1] - 177:13
**shirt** [1] - 170:15
**Shore** [4] - 147:15, 152:8, 163:20, 222:3
**short** [2] - 147:20, 198:19
**short-circuit** [1] - 198:19
**showed** [1] - 259:18
**showing** [2] - 176:10, 180:16
**shown** [1] - 246:24
**shy** [2] - 156:12, 165:8
**side** [2] - 151:7, 273:12
**sides** [2] - 147:2, 282:15
**sign** [2] - 234:10, 234:13
**signed** [4] - 235:4, 235:6
**significance** [1] - 274:9
**significant** [5] - 201:10, 201:15, 203:10, 246:14, 276:17
**signs** [2] - 156:24, 196:11
**similar** [5] - 171:13, 208:5, 217:1, 217:3, 218:10, 237:4
**simple** [1] - 259:8
**simultaneous** [2] - 183:18, 185:19
**single** [2] - 264:18, 264:21
**singularly** [1] - 204:15
**sister** [13] - 194:21, 195:16, 202:15, 214:18, 237:10, 237:11, 246:25, 247:6, 258:10, 258:13, 258:22, 258:24, 267:2
**sits** [1] - 169:11
**sitting** [2] - 170:14, 178:12
**situation** [8] - 147:19, 157:24, 159:16, 161:15, 165:23, 171:8, 189:13, 282:7

**six** [8] - 177:17, 194:13, 197:20, 256:18, 257:6, 275:12, 275:22, 276:16
**sixties** [1] - 155:4
**skills** [3] - 196:12, 215:1, 237:22
**skipped** [1] - 196:17
**slightly** [2] - 164:12, 233:5
**slow** [1] - 226:7
**slower** [1] - 280:13
**slowly** [1] - 150:23
**small** [3] - 158:13, 173:14, 251:8
**smiling** [1] - 161:3
**snippets** [13] - 147:21, 148:1, 148:3, 148:14, 148:16, 149:4, 149:5, 149:17, 149:18, 268:10, 269:5, 269:11
**so-called** [1] - 245:3
**social** [22] - 153:8, 155:12, 156:25, 159:7, 168:3, 200:19, 202:16, 202:17, 203:1, 213:24, 216:18, 217:19, 218:15, 218:25, 224:1, 229:6, 246:14, 247:10, 248:1, 248:3, 251:21
**socialization** [5] - 168:7, 202:13, 213:18, 214:22, 215:1
**socialize** [4] - 166:4, 248:17, 262:18, 265:10
**socialized** [2] - 248:9, 249:5
**socializing** [2] - 163:22, 250:11
**socially** [4] - 156:13, 168:5, 247:2, 247:4
**society** [2] - 240:10, 240:13
**soft** [1] - 168:17
**someone** [12] - 159:10, 208:13, 211:16, 212:14, 217:13, 219:4, 219:5, 241:13, 242:24, 257:20, 272:8
**sometime** [1] - 262:11
**sometimes** [6] - 153:18, 154:2, 172:18, 211:23, 211:24, 253:14
**somewhat** [1] - 180:23
**somewhere** [2] - 258:7, 262:7
**son** [1] - 158:9
**sorry** [8] - 166:21, 171:4, 224:17, 250:2, 254:22, 275:4, 275:24, 282:1
**sort** [6] - 201:25, 219:21, 225:3, 225:9, 229:8, 238:3
**sorts** [1] - 151:11
**sounds** [1] - 149:2
**sources** [5] - 194:2, 194:9, 206:5, 208:23, 232:21
**Southern** [1] - 192:12
**space** [2] - 236:18, 236:19
**spanned** [1] - 194:15
**speaker** [2] - 275:23, 280:2
**speaking** [10] - 166:15, 178:19, 185:20, 213:1, 233:21, 233:25, 241:13, 254:21, 272:9, 275:9
**speaks** [2] - 225:24, 237:15
**Special** [1] - 206:20
**specific** [15] - 160:17, 186:3, 204:20, 205:25, 207:17, 217:11, 218:19, 231:22, 238:20, 247:14, 253:3, 253:8, 256:23, 263:18, 276:22

**specifically** [7] - 191:25, 192:7, 199:7, 216:20, 236:12, 266:5, 277:2
**Spectrum** [6] - 227:15, 227:24, 246:4, 246:7, 246:11, 255:15
**spectrum** [4] - 168:4, 197:16, 202:2, 266:9
**speech** [3] - 196:13, 203:3, 211:23
**speed** [1] - 280:12
**spell** [2] - 150:12, 188:17
**spend** [5] - 175:6, 236:5, 245:10, 245:11, 245:15
**spending** [2] - 205:1, 236:20
**spent** [7] - 157:24, 164:19, 197:1, 214:2, 244:18, 247:9, 278:15
**spirited** [1] - 168:15
**spiritual** [2] - 219:9, 219:13
**spoken** [1] - 275:13
**spring** [1] - 218:5
**stage** [3] - 158:14, 209:14, 209:19
**stamp** [15] - 272:23, 275:8, 275:13, 275:22, 277:12, 278:25, 279:4, 279:10, 279:20, 280:1, 280:19, 280:25, 281:5, 281:12, 281:17
**stamped** [4] - 275:18, 277:7, 277:24, 278:19
**stand** [3] - 189:8, 260:25, 278:8
**standing** [1] - 188:10
**staring** [1] - 196:7
**start** [4] - 149:12, 188:21, 216:22, 272:22
**started** [7] - 155:4, 156:10, 160:13, 252:8, 257:14, 262:8, 278:3
**starting** [1] - 147:13
**State** [3] - 192:4, 192:5, 244:15
**state** [13] - 150:11, 160:9, 188:17, 190:9, 192:7, 195:1, 203:11, 203:14, 203:17, 228:7, 233:18, 233:23, 234:2
**statement** [5] - 252:22, 253:12, 254:13, 256:15, 272:24
**statements** [2] - 273:2, 276:20
**STATES** [3] - 146:1, 146:3, 146:13
**states** [2] - 202:22, 262:2
**States** [7] - 146:6, 146:16, 146:17, 173:7, 173:12, 193:21, 220:18
**Statistical** [1] - 246:8
**statistics** [1] - 173:17
**stay** [1] - 161:2
**staying** [1] - 211:24
**steady** [1] - 215:5
**steer** [1] - 159:8
**stenography** [1] - 146:25
**step** [3] - 189:7, 260:14, 267:15
**stepfather** [4] - 215:12, 216:4, 216:8, 216:13
**stepmother** [1] - 214:18
**stepping** [1] - 153:22
**stilted** [1] - 211:23
**stipulate** [2] - 270:8, 270:11
**stipulation** [1] - 182:15

**stone** [1] - 153:22
**Stoney** [1] - 190:4
**stood** [3] - 213:12, 258:5, 260:19
**stooling** [1] - 197:6
**stop** [3] - 158:23, 253:15, 261:1
**stopped** [22] - 253:16, 254:6, 257:12, 257:14, 275:1, 275:6, 275:11, 275:16, 275:20, 277:10, 277:16, 278:22, 279:2, 279:8, 279:24, 280:4, 280:22, 281:4, 281:10, 281:15, 281:20
**stops** [1] - 218:11
**story** [2] - 222:13, 259:15
**straight** [1] - 157:22
**straightforward** [1] - 254:18
**street** [2] - 163:7
**strength** [2] - 201:17
**stressors** [1] - 219:15
**strict** [1] - 175:11
**strictly** [1] - 162:6
**striking** [1] - 218:3
**strong** [1] - 227:4
**strongly** [2] - 205:22, 213:15
**struck** [1] - 167:7
**struggles** [4] - 217:18, 219:19, 219:20, 221:16
**struggling** [1] - 217:15
**students** [2] - 155:22, 266:24
**studies** [4] - 176:4, 216:18, 217:23, 219:25
**study** [3] - 166:2, 205:4, 216:24
**studying** [2] - 216:17, 216:20
**subject** [10] - 166:14, 175:4, 176:1, 204:12, 204:20, 205:2, 210:20, 211:25, 213:1, 244:2
**submission** [11] - 148:17, 181:14, 183:17, 185:8, 185:12, 185:16, 185:25, 186:14, 272:12, 275:13, 276:16
**submissions** [3] - 183:16, 199:21, 269:17
**submit** [2] - 149:22, 198:14
**submitting** [1] - 186:13
**subsequent** [1] - 231:13
**subsequently** [1] - 165:11
**substance** [3] - 200:21, 210:10, 215:3
**substantial** [1] - 229:10
**subways** [1] - 204:17
**succeed** [1] - 260:21
**successful** [1] - 256:2
**successfully** [1] - 187:24
**suddenly** [3] - 217:21, 219:4, 247:25
**suffered** [9] - 197:3, 202:1, 206:24, 214:7, 215:3, 235:13, 241:3, 246:4
**suffering** [9] - 201:18, 211:7, 227:20, 227:23, 228:21, 249:18, 255:10
**suffers** [1] - 197:24
**sufficient** [1] - 164:19
**sufficiently** [3] - 182:24, 184:15, 278:5
**Suffolk** [2] - 152:4, 192:8

**suggest** [2] - 226:22, 249:18
**suggested** [1] - 267:22
**suggesting** [1] - 261:13
**suggestion** [3] - 270:17, 272:2, 282:12
**suggestions** [1] - 269:14
**sum** [1] - 212:2
**summarizes** [1] - 200:15
**summation** [2] - 273:8, 273:19
**summer** [1] - 170:12
**Sunday** [2] - 152:16, 152:20
**SUNY** [1] - 190:4
**superficial** [1] - 229:7
**supplement** [1] - 200:1
**Supreme** [1] - 192:6
**surely** [2] - 173:20, 174:8
**surreptitious** [1] - 147:22
**suspect** [1] - 276:10
**suspicion** [2] - 205:17, 270:15
**suspicious** [1] - 175:9
**Sustained** [1] - 220:20
**sustained** [2] - 174:16
**sweet** [1] - 165:8
**sworn** [2] - 150:7, 188:14
**symptoms** [3] - 204:7, 211:21, 211:22
**Syndrome** [8] - 209:6, 227:14, 227:24, 229:1, 246:11, 246:13, 255:16, 255:20
**syndrome** [10] - 197:9, 197:17, 202:1, 202:6, 204:2, 206:25, 207:7, 227:17, 256:18
**system** [4] - 191:10, 196:21, 200:21, 245:16

## T

**T-shirt** [1] - 170:15
**tangible** [1] - 182:18
**Tape** [36] - 274:25, 275:1, 275:5, 275:6, 275:10, 275:11, 275:15, 275:16, 275:19, 275:20, 277:9, 277:10, 277:15, 277:16, 278:21, 278:22, 279:1, 279:2, 279:7, 279:8, 279:13, 279:14, 279:23, 279:24, 280:3, 280:4, 280:21, 280:22, 281:3, 281:4, 281:9, 281:10, 281:14, 281:15, 281:19, 281:20
**tape** [6] - 187:18, 267:23, 267:24, 274:7, 276:12, 280:2
**tapes** [5] - 224:8, 224:23, 249:14, 268:24, 272:3
**target** [2] - 203:13, 207:16
**targeting** [1] - 220:16
**tasks** [1] - 169:6
**taught** [1] - 152:16
**teach** [1] - 152:21
**teacher** [1] - 152:20
**teaching** [2] - 172:14, 190:25
**technical** [1] - 204:16
**technician** [2] - 151:6, 151:17
**teenager** [2] - 202:13, 205:8
**Telephone** [1] - 146:22

**telepsychiatry** [1] - 192:1
**teller** [1] - 257:25
**ten** [5] - 165:14, 165:18, 240:24, 280:1, 280:18
**tend** [2] - 209:13, 241:14
**tendency** [1] - 233:11
**term** [5] - 225:11, 225:13, 255:8, 256:17, 259:21
**terms** [19] - 151:11, 154:23, 159:13, 160:1, 160:18, 167:1, 168:7, 170:8, 177:8, 211:9, 212:9, 214:25, 221:2, 246:16, 247:25, 258:1, 262:10, 270:22, 270:23
**terrible** [1] - 223:2
**terrorism** [4] - 165:12, 169:14, 220:17, 221:1
**terrorist** [1] - 169:16
**terroristic** [2] - 221:1, 224:25
**test** [14] - 206:3, 219:21, 238:2, 238:24, 239:18, 239:20, 239:25, 246:13, 256:23, 263:18, 264:1, 264:2
**testicles** [1] - 196:1
**testified** [11] - 170:9, 176:24, 178:15, 188:14, 192:3, 231:12, 237:18, 244:18, 244:21, 263:17, 264:7
**testifies** [1] - 150:8
**testify** [2] - 184:2, 186:25
**testifying** [2] - 181:19, 244:19
**testimonial** [1] - 198:11
**testimony** [19] - 147:20, 149:8, 179:22, 183:6, 184:5, 187:14, 189:15, 195:24, 196:5, 196:24, 197:18, 198:6, 198:8, 199:3, 245:11, 268:16, 270:6, 270:19, 282:8
**testing** [8] - 151:14, 238:2, 239:5, 246:22, 250:13, 250:16, 250:22, 256:22
**testosterone** [3] - 197:11, 201:13, 209:17
**tests** [20] - 156:21, 209:18, 238:17, 238:20, 238:22, 239:1, 239:3, 239:9, 239:10, 239:13, 239:17, 239:19, 239:21, 239:22, 240:2, 240:4, 263:21, 263:24
**THE** [115] - 146:13, 147:2, 147:5, 147:8, 148:11, 148:15, 148:19, 149:2, 149:9, 149:12, 149:15, 149:20, 149:24, 150:4, 150:5, 150:9, 150:13, 150:15, 150:17, 161:23, 162:3, 162:7, 162:11, 162:14, 170:1, 173:16, 174:16, 175:3, 175:6, 176:1, 180:4, 180:12, 180:20, 180:23, 181:2, 181:7, 181:11, 181:16, 181:23, 182:7, 182:19, 183:2, 183:13, 183:23, 184:4, 184:10, 184:19, 184:22, 185:9, 185:14, 186:20, 187:12, 188:8, 188:16, 188:19, 188:20, 189:2, 189:6, 189:9, 189:12, 192:19, 192:20, 198:14, 198:16, 198:19, 199:8, 199:15, 199:23, 200:6, 220:20, 223:13, 223:16, 224:15,

229:15, 229:18, 229:22, 230:3, 230:4, 231:3, 254:21, 254:22, 263:11, 267:10, 267:13, 267:14, 267:15, 267:21, 268:22, 269:8, 270:18, 271:19, 272:7, 272:14, 272:19, 273:6, 273:17, 273:24, 274:5, 276:8, 276:23, 277:3, 277:23, 278:1, 278:3, 278:11, 278:18, 279:18, 280:9, 280:14, 281:23, 282:1, 282:4, 282:16, 283:2, 283:3
**theirs** [1] - 185:5
**therapeutic** [1] - 196:14
**Therapy** [2] - 250:18, 250:19
**thereafter** [1] - 257:14
**therefore** [2] - 207:15, 229:11
**thereof** [1] - 214:24
**thin** [1] - 170:15
**thinking** [3] - 211:19, 243:1, 252:8
**third** [1] - 202:8
**thirty** [1] - 150:25
**thoughtful** [1] - 213:3
**thoughts** [2] - 172:23, 179:11
**three** [12] - 166:5, 202:4, 204:8, 234:16, 235:1, 235:9, 235:11, 238:2, 238:3, 238:15, 238:17
**three-hour** [2] - 235:11, 238:15
**threw** [1] - 164:25
**throughout** [7] - 196:11, 201:23, 207:12, 247:4, 247:11, 249:24, 256:25
**thrown** [1] - 215:21
**throws** [1] - 249:13
**thrust** [1] - 196:16
**timid** [1] - 156:12
**today** [19] - 147:12, 147:13, 147:24, 155:5, 179:24, 183:6, 185:4, 185:15, 185:24, 186:4, 193:19, 226:13, 267:24, 268:16, 268:19, 268:20, 268:22, 269:9
**toddler** [1] - 196:5
**together** [10] - 155:13, 165:21, 177:16, 178:12, 186:14, 201:25, 204:8, 222:24, 262:8, 268:1
**ton** [1] - 278:16
**tone** [1] - 201:16
**tongue** [1] - 196:16
**took** [10] - 156:13, 175:21, 191:5, 194:8, 200:13, 203:25, 209:19, 213:22, 238:16, 260:21
**top** [3] - 275:13, 278:24, 280:24
**topic** [2] - 211:24, 216:23
**topics** [4] - 165:22, 165:24, 166:2, 178:19
**total** [1] - 235:1
**touch** [1] - 175:21
**towards** [6] - 174:10, 175:15, 214:17, 214:18, 235:25
**track** [2] - 276:15, 277:20
**trained** [1] - 151:10
**training** [4] - 172:10, 192:16, 227:25, 270:23

**transcript** [25] - 180:20, 181:12, 181:17, 181:20, 181:25, 182:3, 182:12, 182:13, 183:17, 185:1, 185:18, 186:21, 186:23, 187:4, 187:8, 187:15, 187:16, 187:21, 187:25, 198:24, 267:25, 276:3, 276:6, 277:18, 277:22
**TRANSCRIPT** [1] - 146:12
**Transcript** [1] - 146:25
**Transcription** [1] - 146:25
**transcripts** [27] - 181:5, 181:7, 181:8, 183:8, 183:10, 183:19, 184:11, 184:12, 184:18, 185:2, 185:3, 185:12, 185:22, 185:23, 186:18, 189:13, 264:10, 264:13, 264:16, 270:2, 270:9, 270:14, 270:20, 271:3, 276:4, 278:5, 280:11
**transpired** [1] - 186:24
**transposed** [1] - 200:25
**trauma** [1] - 202:6
**traumatic** [2] - 204:4, 265:6
**traumatized** [1] - 214:14
**traveling** [1] - 179:11
**treat** [2] - 191:8, 210:6
**treated** [2] - 201:20, 214:3
**treating** [6] - 197:15, 209:5, 246:20, 253:17, 254:6, 266:10
**treatment** [8] - 191:10, 191:21, 200:10, 201:3, 202:11, 203:7, 208:3, 209:22
**TRIAL** [1] - 146:12
**trial** [1] - 283:5
**tried** [4] - 174:9, 194:6, 200:22, 274:12
**trier** [3] - 182:8, 184:16, 187:18
**trip** [3] - 234:16, 234:17, 276:20
**triple** [1] - 154:14
**trips** [1] - 153:18
**trouble** [5] - 158:2, 227:3, 236:17, 250:25
**true** [5] - 184:8, 193:15, 200:8, 232:7, 233:8, 239:19, 259:3, 259:9
**truncated** [1] - 282:18
**truth** [10] - 231:18, 231:20, 232:2, 232:5, 232:8, 254:14, 258:21, 258:24, 259:11, 259:13
**truthfulness** [1] - 239:21
**try** [8] - 154:14, 173:1, 173:20, 174:15, 174:19, 180:8, 232:8, 271:23
**trying** [9] - 170:19, 179:23, 187:21, 221:18, 228:17, 232:5, 238:23, 276:15, 278:16
**Tuesday** [1] - 283:5
**turn** [1] - 279:9
**turns** [1] - 268:3
**TV** [1] - 250:22
**twenties** [1] - 162:22
**twice** [1] - 257:13
**two** [31] - 148:5, 149:17, 167:17, 168:10, 171:15, 191:15, 191:17, 195:14, 198:10, 202:18, 209:5, 238:15, 239:6, 239:13, 251:15, 251:23, 252:1, 254:16, 254:21, 258:23, 259:17,

260:13, 265:17, 266:3, 268:15, 268:24, 269:8, 275:3, 282:7, 282:17
**two-hour** [1] - 239:13
**two-year** [1] - 168:10
**type** [7] - 164:20, 165:5, 165:6, 173:13, 274:2, 274:14, 282:16
**types** [2] - 168:25, 224:24
**typical** [2] - 224:24, 247:18
**typically** [4] - 251:7, 265:14, 268:25, 278:8

## U

**U.S** [1] - 193:9
**UC** [16] - 274:24, 275:4, 275:9, 275:14, 275:18, 275:23, 277:12, 278:19, 278:25, 279:10, 279:21, 280:2, 280:20, 281:7, 281:13, 281:17
**UC-1** [26] - 161:22, 161:23, 161:24, 162:2, 162:5, 162:18, 162:21, 163:3, 163:8, 163:12, 163:13, 163:14, 163:17, 163:23, 165:20, 166:4, 166:8, 166:13, 171:19, 172:7, 172:8, 177:5, 177:16, 178:7, 178:13, 180:16
**UC-2** [3] - 161:24, 162:5, 162:8
**Ujitari** [1] - 218:6
**Ulster** [1] - 192:9
**ultimate** [1] - 266:2
**ultimately** [2] - 173:13, 201:24
**ultra** [1] - 165:1
**uncomfortable** [1] - 157:13
**uncoordination** [1] - 196:12
**under** [4] - 172:17, 175:4, 198:20, 198:23
**undercover** [23] - 147:16, 161:19, 222:6, 243:11, 243:17, 249:9, 249:11, 252:9, 252:11, 252:12, 252:20, 253:16, 253:18, 253:20, 254:8, 254:10, 254:14, 254:24, 262:14, 262:16, 262:19, 264:19, 266:7
**undergone** [1] - 239:5
**underscore** [1] - 199:11
**understood** [9] - 163:18, 166:18, 229:3, 229:4, 235:22, 236:20, 236:22, 259:18, 261:21
**undescended** [1] - 196:1
**unedited** [1] - 148:8
**unfortunately** [1] - 282:15
**uniquely** [1] - 204:15
**unit** [1] - 191:7
**UNITED** [3] - 146:1, 146:3, 146:13
**United** [8] - 146:6, 146:16, 146:17, 173:7, 173:12, 193:21, 220:18, 262:2
**universe** [1] - 249:15
**up** [38] - 147:25, 150:21, 152:17, 153:3, 155:4, 155:6, 156:8, 157:17, 170:8, 176:6, 178:23, 179:1, 188:8, 190:15, 197:5, 201:9, 207:14, 209:12, 212:14, 213:12, 214:11, 219:18, 221:17, 221:25, 225:4, 225:7, 227:22, 243:17,

250:21, 252:5, 257:17, 258:5, 260:19, 260:25, 268:17, 274:22, 276:7, 277:21
**upbringing** [1] - 232:19
**upsetting** [2] - 157:25, 158:3
**urine** [1] - 197:5
**usefulness** [2] - 231:21, 239:17
**uses** [1] - 221:15
**usual** [2] - 211:15, 212:14

## V

**vacuum** [3] - 215:8, 215:9, 219:2
**Valhalla** [1] - 190:15
**valid** [2] - 190:9, 240:1
**validity** [3] - 231:21, 239:16, 239:20
**valuable** [2] - 281:24, 282:2
**various** [33] - 165:12, 189:24, 192:3, 192:7, 193:7, 195:7, 195:11, 195:25, 199:21, 200:13, 201:11, 201:24, 202:10, 205:15, 206:4, 208:22, 211:7, 213:1, 213:8, 213:13, 213:15, 214:3, 217:25, 218:6, 219:14, 220:1, 222:5, 224:6, 225:19, 227:8, 227:22, 239:5, 263:21
**vary** [1] - 161:9
**vast** [1] - 203:22
**veneer** [1] - 156:25
**verbal** [2] - 214:16, 237:22
**verbally** [2] - 197:21, 238:1
**verify** [4] - 198:20, 253:11, 253:19, 254:13
**versus** [2] - 193:3, 259:19
**via** [1] - 162:6
**victim** [2] - 214:13, 266:15
**victimized** [1] - 266:20
**victims** [6] - 220:16, 266:12, 266:17, 266:18, 266:19
**video** [4] - 185:19, 186:4, 242:24, 247:7
**videos** [2] - 184:17, 261:19
**videotape** [1] - 242:6
**view** [4] - 194:3, 243:13, 268:15, 273:23, 276:7
**viewing** [1] - 243:16
**views** [1] - 168:18
**violence** [7] - 168:18, 174:10, 174:25, 175:16, 261:4, 261:14, 262:2
**violent** [6] - 168:15, 173:13, 173:21, 174:1, 197:22, 261:19
**virtue** [1] - 147:18
**vision** [1] - 196:8
**visitation** [1] - 198:1
**visual** [3] - 250:14, 250:22
**visually** [2] - 156:23, 158:5
**vocabulary** [1] - 166:20
**voice** [2] - 158:16, 269:2
**voluntarily** [2] - 169:5, 221:7
**volunteer** [1] - 168:23
**voracity** [1] - 253:11

## W

**waged** [1] - 220:6
**walked** [3] - 159:17, 170:13, 196:22
**walking** [3] - 196:3, 226:9, 243:7
**wants** [4] - 183:20, 185:22, 271:6, 278:11
**War** [2] - 205:12, 247:21
**war** [11] - 220:6, 220:11, 220:12, 220:15, 220:23, 221:2, 221:6, 221:7, 221:11, 221:21, 222:1
**warrant** [1] - 278:5
**WASI** [2] - 263:25, 264:1
**watching** [1] - 261:18
**wearing** [4] - 170:13, 170:14, 170:24, 280:12
**week** [3] - 154:11, 245:19, 269:12
**weeks** [1] - 172:2
**weight** [1] - 165:1
**weird** [1] - 196:25
**welcomed** [1] - 160:14
**welcoming** [1] - 153:5
**west** [1] - 151:2
**whatsoever** [1] - 266:2
**wheelchairs** [1] - 154:22
**whereas** [1] - 219:18
**white** [1] - 170:15
**whole** [3] - 234:16, 234:17, 271:17
**wide** [1] - 168:4
**wife** [1] - 214:19
**willing** [4] - 154:3, 270:1, 270:7, 270:11
**winded** [1] - 155:3
**window** [1] - 257:25
**wise** [1] - 212:9
**wish** [1] - 185:5
**wishes** [1] - 185:24
**withdraw** [5] - 199:9, 224:17, 279:15, 279:19, 280:8
**WITNESS** [8] - 150:5, 150:13, 188:19, 188:9, 192:20, 230:4, 254:22, 267:14
**witness** [32] - 147:9, 147:13, 147:17, 150:7, 162:18, 174:17, 180:6, 186:4, 187:7, 187:23, 188:4, 188:13, 192:3, 223:14, 245:23, 263:22, 268:21, 269:12, 269:13, 269:18, 270:6, 270:13, 270:18, 270:21, 270:24, 271:24, 272:3, 273:22, 278:8, 282:9, 282:11
**witness's** [1] - 273:23
**witnessed** [2] - 214:9, 214:15
**witnesses** [8] - 195:15, 197:24, 268:15, 268:17, 269:8, 269:9, 282:7, 282:17
**Witnesses** [1] - 284:3
**word** [5] - 183:19, 244:2, 244:10, 258:15
**word-for-word** [1] - 183:19
**words** [8] - 178:24, 182:24, 185:18, 208:13, 228:17, 229:7, 250:2, 271:17
**workups** [1] - 201:11
**world** [1] - 220:2

**World** [1] - 205:12
**worried** [1] - 252:14
**wrestling** [4] - 205:10, 217:1, 218:21, 247:21
**written** [5] - 183:16, 186:20, 194:19, 273:19, 276:16
**wrongfulness** [8] - 228:24, 235:18, 236:1, 236:25, 237:2, 238:19, 256:13, 256:15
**wrote** [1] - 252:7

## Y

**year** [9] - 168:10, 171:6, 177:8, 177:11, 190:6, 226:17, 239:6, 240:24, 242:16
**Year's** [1] - 214:11
**years** [16] - 150:25, 151:22, 152:10, 157:11, 165:15, 165:18, 167:18, 171:23, 172:2, 191:12, 191:15, 191:18, 194:13, 194:15, 196:15, 245:6
**yell** [1] - 252:13
**yelled** [1] - 253:9
**Yemen** [5] - 162:9, 167:6, 179:5, 179:8, 179:12
**yesterday** [7] - 184:18, 185:1, 195:14, 195:19, 195:24, 198:8, 199:3
**YORK** [1] - 146:2
**York** [17] - 146:6, 151:2, 152:8, 190:10, 190:14, 191:8, 191:9, 191:14, 192:4, 192:5, 192:7, 193:10, 244:9, 244:15, 245:1, 245:4
**young** [5] - 154:19, 155:16, 155:22, 226:17, 266:12
**younger** [3] - 153:8, 164:12, 165:16
**yourself** [3] - 157:2, 181:24, 195:8
**youth** [8] - 152:18, 153:2, 153:4, 173:18, 213:8, 214:2, 227:21

## Z

**Zea** [16] - 164:7, 164:11, 164:20, 164:24, 165:6, 165:10, 165:14, 166:4, 166:13, 171:13, 171:18, 176:24, 178:2, 178:11, 263:4, 279:21
**ZEA** [1] - 164:9
**zeal** [1] - 204:21