CRIMINAL CAUSE FOR SENTENCE
BEFORE JUDGE: HURLEY, J.-   DATE: JANUARY 10, 2017   TIME: 11:15-12:40
DOCKET NUMBER: CR-13-00072   CASE: USA  V.  KALIEBE           1:40-4:20

DEFT. NAME: JUSTIN KALIEBE   DEF. #: 1
     X   PRESENT, _NOT PRESENT, X   IN CUSTODY,_ ON  BAIL
      ATTY FOR DEFT.: ANTHONY LAPINTA   CJA
         X   PRESENT, _NOT PRESENT
A.U.S.A.: JOHN DURHAM
COURT REPORTER(S) OR ESR OPERATOR: PERRY AUERBACH
PROBATION: STEVEN GUTTMAN
 INTERPRETER:

   CASE CALLED FOR SENTENCING ON COUNT 1 AND 2 OF THE INFORMATION
   THE DEFENDANT IS SENTENCED 156  MONTHS ON COUNT
   I ; 156 MONTHS ON COUNT 2 OF THE INFORMATION TO RUN CONCURRENTLY
WITH COUNT 1 FOLLOWED BY 20  YEARS SUPERVISED  RELEASE ON COUNT 1 AND 2 TO RUN CONCURRENTLY WITH THE  FOLLOWING SPECIAL CONDITIONS:
    -DEFENDANT SHALL NOT POSSESS A FIREARM.
    - 6 MONTHS CURFEW WITH ELECTRONIC MONITORING DIRECTED BY THE
      PROBATION DEPARTMENT
    - SEARCH CONDITION
   - THE DEFENDANT SHALL SUBMIT TO EVALUATIONS FOR SUBSTANCE ABUSE
     AND ENROLL IN A REHABILITATIVE PROGRAM IF NECESSARY
    -THE DEFENDANT SHALL PARITICPATE IN A MENTAL HEALTH TREATMENT
     PROGRAM AS APPROVED BY THE PROBATION DEPARTMENT;
    -THE DEFENDANT SHALL MAINTAIN EDUCATION AND/OR EMPLOYMENT
     AS APPROVED BY THE PROBATION DEPARTMENT;
   -THE DEFENDANT SHALL NOT ASSOCIATE WITH ANY MEMBER OR ASSOCIATE
    OF ANY ORGANIZED TERRORIST ORGANIZATION, OR ANY OTHER CRIMINAL
    GROUP, EITHER IN PERSON, BY MAIL, OVER THE INTERNET OR BY TELEPHONE;
   - THE DEFENDANT IS NOT TO USE COMPUTER SYSTEMS, INTERNET-CAPABLE
    DEVICES AND/OR SIMILAR ELECTRONIC DEVICES O COMMIT CRIMINAL
    ACTIVITY;
   -$200.00 SPECIAL ASSESSMENT SHALL BE PAID ON OR BEFORE 3/1/2017.
   - THE FINE IS WAIVED.
   - NO OPEN COUNTS;
   - THE DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL.
   - THE COURT RECOMMENDS TO THE BUREAU OF PRISONS THAT THE
   - DEFENDANT   BE HOUSED AT THE BUTNER OR DEVIN  FACILITY;
  AND THAT THE DEFENDANT, IF ELIGIBLE PARTICIPATE IN THE RDAP
  PROGRAM.